**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| STATE OF ILLINOIS; DISTRICT OF COLUMBIA; STATE OF CALIFORNIA; COMMONWEALTH OF VIRGINIA; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF HAWAI'I; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF OREGON; Governor of the COMMONWEALTH OF PENNSYLVANIA; STATE OF VERMONT; STATE OF WASHINGTON; STATE OF WISCONSIN; | No. 1:26-mc-19 |
| *Movants*, v. | |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, | |
| *Respondent*. | |

**MOVANT STATES' MOTION TO QUASH ADMINISTRATIVE
SUBPOENA NO. HSI-DC-2026-081167-001**

Kwame Raoul
 *Attorney General of Illinois*
Cara Hendrickson*
 *Executive Deputy Attorney General*
Katharine Roller*
Paul Berks*
 *Complex Litigation Counsels*
Gretchen Helfrich*
 *Deputy Chief, Special Litigation Bureau*
Molly Mauck*
 *Assistant Attorney General*
OFFICE OF THE ILLINOIS ATTORNEY GENERAL
115 South LaSalle St.
Chicago, IL 60603
312-814-3000

Counsel for the State of Illinois

Jay Jones
 *Attorney General of Virginia*
Tillman J. Breckenridge (#85647)
 *Solicitor General*
Megan C. Keenan (#102489)
 *Deputy Solicitor General*
 Counsel of Record
Mikaela A. Phillips (#97164)
 *Assistant Solicitor General*
OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA
202 North Ninth Street
Richmond, Virginia 23219
Telephone: (804) 786-2071
Facsimile: (804) 786-1991
SolicitorGeneral@oag.state.va.us

Counsel for the Commonwealth of Virginia

* *Pro hac vice forthcoming*
*Additional counsel in signature block*

August 13, 2026

PLEASE TAKE NOTICE that Movants STATE OF ILLINOIS; DISTRICT OF COLUMBIA; STATE OF CALIFORNIA; COMMONWEALTH OF VIRGINIA; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF HAWAI'I; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF OREGON; Governor of the COMMONWEALTH OF PENNSYLVANIA; STATE OF VERMONT; STATE OF WASHINGTON; and STATE OF WISCONSIN (collectively, "Movant States") hereby move the Court pursuant to Federal Rule of Civil Procedure 45 to quash Administrative Subpoena No. HSI-DC-2026-081167-001 (the "Subpoena"), attached hereto as Exhibit 1.

Movant States respectfully move the Court to quash the Subpoena, based on this Motion, the Brief in Support that accompanies this motion, the Proposed Order, the accompanying supporting declarations and exhibits, as well as the papers, evidence, and records on file in this action, and any other written or oral evidence or argument presented at or before the time this motion is heard by the Court. Movant States' Memorandum of Points and Authorities and supporting declarations and exhibits establish that: (1) Respondent UNITED STATES DEPARTMENT OF HOMELAND SECURITY served the Subpoena on the American Association of Motor Vehicle Administrators ("AAMVA") on August 11, 2026; (2) the Subpoena demands the production of 17 million State-owned records from the Commercial Driver's License Information System ("CDLIS"), and it demands the production of this vast trove of data by 8:00 a.m. Eastern Time on August 17, 2026; (3) this Court has jurisdiction over this matter and venue is proper in the Eastern District of Virginia; (4) the Movant States may move to quash the Subpoena; and (5) the Subpoena exceeds Respondent's authority and violates multiple federal statutes.

For the foregoing reasons, the Movant States respectfully request that the Court quash the Subpoena.

Date: August 13, 2026

Respectfully submitted,

**ROB BONTA**
Attorney General of California

*/s/ David Green*
Thomas S. Patterson*
Michael L. Newman*
*Senior Assistant Attorneys General*
Seth E. Goldstein*
Robin L. Goldfaden*
*Supervising Deputy Attorneys General*
David Green*
Maria Buxton*
Chase Goldstein*
Ezra Kautz*
Emilia P. E. Morris*
*Deputy Attorneys General*
1300 I Street, Suite 125
Sacramento, CA 95814
916-210-6242
David.Green@doj.ca.gov
*Counsel for Movant State of California*

**JAY JONES**
Attorney General of Virginia

*/s/ Megan C. Keenan*
Tillman J. Breckenridge (#85647)
*Solicitor General*
Megan C. Keenan (#102489)
*Deputy Solicitor General*
*Counsel of Record*
Mikaela A. Phillips (#97164)
*Assistant Solicitor General*
Office of the Attorney General of Virginia
202 North Ninth Street
Richmond, Virginia 23219
804-786-2071
mkeenan@oag.state.va.us
mphillips@oag.state.va.us
*Counsel for Movant Commonwealth of Virginia*

**KWAME RAOUL**
Attorney General of Illinois

*/s/ Molly Mauck*
Molly Mauck*
*Assistant Attorney General*
Cara Hendrickson*
*Executive Deputy Attorney General*
Katharine Roller*
Paul Berks*
*Complex Litigation Counsel*
Gretchen Helfrich*
*Deputy Chief, Special Litigation Bureau*
Office of the Illinois Attorney General
115 S. LaSalle St.,
Chicago, IL 60603
312-814-3000
Cara.Hendrickson@ilag.gov
Katharine.Roller@ilag.gov
Paul.Berks@ilag.gov
Gretchen.Helfrich@ilag.gov
Molly.Mauck@ilag.gov
*Counsel for Movant State of Illinois*

**BRIAN L. SCHWALB**
Attorney General of the District of Columbia

*/s/ Mitchell P. Reich*
Mitchell P. Reich*
*Senior Counsel to the Attorney General*
Karthik Reddy*
*Special Assistant Attorney General*
Office of the Attorney General for the District of Columbia
400 Sixth St. NW
Washington, DC 20001
202-279-1261
Mitchell.Reich@dc.gov
*Counsel for Movant District of Columbia*

**KRISTIN MAYES**
Attorney General of Arizona

*/s/ Mary M. Curtin*

**PHIL WEISER**
Attorney General of Colorado

*/s/ Gabe Podesta*

Mary M. Curtin*
*Senior Litigation Counsel*
Arizona Attorney General's Office
2005 N. Central Ave.
Phoenix, AZ 85004
602-542-3333
Mary.Curtin@azag.gov
ACL@azag.gov
*Counsel for Movant State of Arizona*

**WILLIAM TONG**
Attorney General of Connecticut

*/s/ Vianca Malick*
Vianca Malick*
*Assistant Attorney General*
165 Capitol Ave
Hartford, CT 06106
860-808-5090
Vianca.Malick@ct.gov
*Counsel for Movant State of Connecticut*

**ANNE E. LOPEZ**
Attorney General of Hawai'i

*/s/ Kaliko'onālani D. Fernandes*
Kaliko'onālani D. Fernandes*
*Solicitor General*
425 Queen Street
Honolulu, HI 96813
808-586-1360
kaliko.d.fernandes@hawaii.gov
*Counsel for Movant State of Hawai'i*

**ANTHONY G. BROWN**
Attorney General of Maryland

*/s/ Yasmin Dagne*
Yasmin Dagne*
*Assistant Attorney General*
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
410-223-1580
ydagne@oag.maryland.gov
*Counsel for the State of Maryland*

Gabe Podesta*
Sarah H. Weiss*
*Senior Assistant Attorneys General*
1300 Broadway, 10th Fl.
Denver, CO 80203
720-508-6000
Gabe.Podesta@coag.gov
Sarah.Weiss@coag.gov
*Counsel for Movant State of Colorado*

**KATHLEEN JENNINGS**
Attorney General of Delaware

*/s/ Ian R. Liston*
Ian R. Liston*
*Director of Impact Litigation*
Vanessa L. Kassab*
*Deputy Attorney General*
Anuradha Sivaram*
*Assistant Attorney General*
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
302-683-8899
Ian.Liston@delaware.gov
*Counsel for Movant State of Delaware*

**AARON M. FREY**
Attorney General of Maine

*/s/ Halliday Moncure*
Halliday Moncure*
*Assistant Attorney General*
Office of the Attorney General
6 State House Station
Augusta, ME 04333-0006
207-626-8800
Halliday.Moncure@maine.gov
*Counsel for Movant State of Maine*

**ANDREA JOY CAMPBELL**
Attorney General of Massachusetts

*/s/ Gerard J. Cedrone*
Gerard J. Cedrone*
*Deputy State Solicitor*
Michelle Pascucci*
*State Trial Counsel*
Office of the Attorney General
One Ashburton Place, 20th Floor
Boston, MA 02108
617-963-2282
Gerard.Cedrone@mass.gov

4

*Counsel for Movant Commonwealth of Massachusetts*

**DANA NESSEL**
Attorney General of Michigan

*/s/ Neil Giovanatti*
Neil Giovanatti*
*Assistant Attorney General*
P.O. Box 30212
Lansing, MI 48909
517-241-1050
GiovanattiN@michigan.gov
*Counsel for the State of Michigan*

**KEITH ELLISON**
Attorney General of Minnesota

*/s/ Lindsey E. Middlecamp*
Lindsey E. Middlecamp*
Special Counsel, Rule of Law
445 Minnesota Street, Suite 600
St. Paul, Minnesota, 55101
(651) 300-0711
Lindsey.middlecamp@ag.state.mn.us
*Counsel for the State of Minnesota*

**AARON D. FORD**
Attorney General of Nevada

*/s/ K. Brunetti Ireland*
K. Brunetti Ireland*
*Chief of Special Litigation*
Office of the Nevada Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119
kireland@ag.nv.gov
*Counsel for the State of Nevada*

**JENNIFER DAVENPORT**
Attorney General of New Jersey

*/s/ Amanda McElfresh*
Amanda McElfresh*
*Deputy Attorney General*
New Jersey Office of the Attorney General
124 Halsey Street
Newark, NJ 07101
609-696-5363
Amanda.McElfresh@law.njoag.gov
*Counsel for Movant State of New Jersey*

**RAÚL TORREZ**
Attorney General of New Mexico

*/s/ Anjana Samant*
Anjana Samant*
*Deputy Counsel*
New Mexico Department of Justice
408 Galisteo Street
Santa Fe, New Mexico 87501
505-270-4332
asamant@nmdoj.gov
*Counsel for Movant State of New Mexico*

**LETITIA JAMES**
Attorney General of New York

*/s/ Rabia Muqaddam*
Rabia Muqaddam*
*Chief Counsel for Federal Initiatives*
Zoe Levine*
*Special Counsel for Immigrant Justice*
Matthew Conrad*
*Assistant Attorney General*
28 Liberty St.
New York, NY 10005
212-416-8333
Rabia.Muqaddam@ag.ny.gov
Zoe.Levine@ag.ny.gov
Matthew.Conrad@ag.ny.gov
*Counsel for Movant State of New York*

**DAN RAYFIELD**
Attorney General of Oregon

*/s/ Scott P. Kennedy*
Scott P. Kennedy*
*Senior Assistant Attorney General*
Oregon Department of Justice
100 SW Market Street

**JOSH SHAPIRO**
Governor for Commonwealth of Pennsylvania

*/s/ Jacob B. Boyer*
Jennifer C. Selber*
Jacob B. Boyer*
Governor's Office of General Counsel
30 North 3rd Street

5

Portland, OR 97201
971-673-1880
Scott.Kennedy@doj.oregon.gov
*Counsel for Movant State of Oregon*

Suite 200
Harrisburg, PA 17101
JacobBoyer@pa.gov
*Counsel for Governor Josh Shapiro*

**CHARITY R. CLARK**
Attorney General of Vermont

*/s/ Ryan Patrick Kane*
Ryan Patrick Kane*
*Deputy Solicitor General*
109 State Street
Montpelier, VT 05609
802-828-3171
Ryan.Kane@vermont.gov
*Counsel for Movant State of Vermont*

**NICHOLAS W. BROWN**
Attorney General of Washington

*/s/ Lauryn K. Fraas*
Lauryn K. Fraas*
*Assistant Attorney General*
800 Fifth Ave., Suite 2000
Seattle, WA 98104-3188
206-464-7744
Lauryn.Fraas@atg.wa.gov
*Counsel for Movant State of Washington*

**JOSHUA L. KAUL**
Attorney General of Wisconsin

*/s/ Brian Keenan*
Brian Keenan*
*Assistant Attorney General*
17 West Main Street
Post Office Box 7857
Madison, Wisconsin 53707
608-266-0020
Brian.Keenan@wisdoj.gov
*Counsel for Movant State of Wisconsin*