**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| STATE OF ILLINOIS; DISTRICT OF COLUMBIA; STATE OF CALIFORNIA; COMMONWEALTH OF VIRGINIA; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF HAWAI'I; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF OREGON; Governor of the COMMONWEALTH OF PENNSYLVANIA; STATE OF VERMONT; STATE OF WASHINGTON; STATE OF WISCONSIN; | No. 1:26-mc-19 |
| *Movants*, v. | |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, | |
| *Respondent*. | |

**[PROPOSED] ORDER GRANTING MOVANT STATES' MOTION TO QUASH
ADMINISTRATIVE SUBPOENA NO. HSI-DC-2026-081167-001**

Having considered the Subpoena, the briefing, and the supporting exhibits and declaration before the Court, this Court finds the following: (1) this Court has jurisdiction over this matter and venue is proper in the Eastern District of Virginia; (2) the Movant States may move to quash the Subpoena; and (3) the Subpoena exceeds Respondent United States Department of Homeland Security's authority and violates the Driver's Privacy Protection Act and the Privacy Act.

Upon consideration, and for good cause shown, IT IS HEREBY ORDERED that Movant States' Motion to Quash Administrative Subpoena No. HSI-DC-2026-081167-001 (the "Subpoena") is GRANTED.

The Subpoena, which was served by Respondent United States Department of Homeland Security on the Association of Motor Vehicle Administrators on August 11, 2026, is hereby QUASHED.

SO ORDERED, this _____ day of _____, 2026.

_____
UNITED STATES DISTRICT JUDGE