**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| STATE OF ILLINOIS; DISTRICT OF COLUMBIA; STATE OF CALIFORNIA; COMMONWEALTH OF VIRGINIA; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF HAWAI'I; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF OREGON; Governor of the COMMONWEALTH OF PENNSYLVANIA; STATE OF VERMONT; STATE OF WASHINGTON; STATE OF WISCONSIN;<br><br>         *Movants*,<br>  v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>         *Respondent*. | No. 1:26-mc-19 |

**DECLARATION OF KELLY O'CONNELL**

I, Kelly O'Connell, declare under penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

1.  I am a resident of the State of Connecticut. I am over the age of 18, competent to testify as to the facts herein, and I testify based on personal knowledge, records kept in the ordinary course of business at the Connecticut Department of Motor Vehicles, and information I learned from the Connecticut Department of Motor Vehicles personnel whose work I rely upon and who have assisted me in gathering this information from our institution.

2.  I am currently employed by the Connecticut Department of Motor Vehicles as a Motor Vehicle Division Chief in the Driver Regulations Division (DRD) and have held this role since January 2, 1991. Prior to my current position, I was a Motor Vehicle Division Manager, a Program Coordinator and a CDL Coordinator at the Connecticut Department of Motor Vehicles.

3.  In my current role at the Connecticut Department of Motor Vehicles, I am responsible for administering staff and operations of the DRD. I am responsible for the administration and oversight of the Driver's License (DL), Commercial Learner's Permit (CLP), and Commercial Driver's License (CDL) programs, providing executive leadership for all statewide licensing operations and ensuring compliance with applicable state laws, federal regulations, and Federal Motor Carrier Safety Administration (FMCSA) requirements. My responsibilities include the following: directing the development and implementation of licensing policies and procedures; overseeing the issuance, renewal, suspension, reinstatement, and maintenance of DLs, CLPs, and CDLs; ensuring compliance with the REAL ID Act, the Commercial Driver's License Information System (CDLIS), the National Driver Register (NDR), and medical certification requirements; supervising driver examination and CDL testing programs; administering operational budgets and personnel; monitoring program performance, audits, and quality assurance initiatives; overseeing fraud prevention, identity verification, and data security measures; coordinating licensing technology modernization and system enhancements; analyzing operational and regulatory data to support executive decision-making; representing the department before executive leadership, legislative bodies, federal agencies, and external stakeholders; and ensuring the efficient, accurate, secure, and lawful administration of all driver licensing programs while advancing the agency's strategic objectives and maintaining the integrity of the state's licensing system.

DECLARATION OF KELLY O'CONNELL

4. In my current role, I also oversee the state's participation in FMCSA's CDLIS, ensuring that commercial driver licensing records are accurately created, maintained, updated, and transmitted in accordance with federal regulations. As the Motor Vehicle Division Chief for the DRD, I oversee policies and procedures governing the integrity, accuracy, and compliance of CDLIS records maintained by the department. In Connecticut, the Connecticut Department of Motor Vehicles is the state driver licensing agency (SDLA) and has powers and duties relating to issuing and renewing both CDLs and non-commercial drivers' licenses. (See, for example, Conn. Gen. Stat. §§ 14-36, 14-36a, 14-44, and 14-44a.) Among other things, the Connecticut Department of Motor Vehicles is responsible for verifying each drivers' license applicant's legal eligibility and medical fitness, identifying and disciplining problem drivers, and protecting the privacy of drivers' personal information.

**Connecticut's Management of Driver Licensing**

5. The Connecticut Department of Motor Vehicles is responsible for issuing and renewing CDLs and DLs to residents of Connecticut.

6. As part of Connecticut's commitment to traffic safety, the Connecticut Department of Motor Vehicles follows stringent procedures to ensure that drivers do not receive a license unless they can safely operate a vehicle and observe all traffic laws. In pursuit of that goal, and in accordance with state and federal laws and regulations, the Connecticut Department of Motor Vehicles administers driving tests, assesses applicants' medical fitness, checks to ensure that each applicant is not the holder of a driver's license from any other state, and checks each applicant's driving history to ensure that the applicant has not been subject to discipline or had their license revoked. For CDLs, the Connecticut Department of Motor Vehicles also verifies the applicant's immigration status.

7. To comply with our legal obligations and ensure that each driver has a clean record, it is necessary for the Connecticut Department of Motor Vehicles to have a means of checking each driver's history, not only in Connecticut, but in other states where the applicant may have held a license.

8. For CDLs, this check is conducted through the CDLIS database.

DECLARATION OF KELLY O'CONNELL

### The Commercial Driver's License Information System (CDLIS)

9. CDLIS is a database that contains driver records owned and maintained by the states. It operates as a clearinghouse where states can assist one another in verifying the identity and history of individual CDL applicants. CDLIS is operated on behalf of the states as a cooperative endeavor by the American Association of Motor Vehicle Administrators (AAMVA), a trade association for SDLAs, of which all states and some foreign jurisdictions are members.

10. CDLIS does not contain a driver's full record. Rather, CDLIS contains a "Master Pointer Record" (MPR) for each CDL holder in the United States, which consists of each driver's: state of record, driver license number, name, date of birth, social security number (SSN), sex, the date and time the driver was added to CDLIS, the date and time the record was last updated, and indicators showing whether a change in the state of record is in progress, and whether the number in the SSN field is an SSN, a substitute SSN, or a pseudo SSN.

11. If the Connecticut Department of Motor Vehicles queries CDLIS and finds that an applicant has an MPR, the Connecticut Department of Motor Vehicles would then send the identified state of record for that driver a request for the driver's full history, called a "driver record" or "Driver History Record" (DHR) which the state of record would provide directly to the requesting state. Similarly, if another state queries CDLIS and finds an MPR for a driver licensed in Connecticut, the Connecticut Department of Motor Vehicles would send that driver's record to the requesting state.

12. To query CDLIS, a user must know either the driver's name and date of birth, the driver's license number, or the driver's SSN. Users cannot conduct indiscriminate batch searches, such as searching for all drivers born in 1987, or all drivers with the last name "Smith."

13. As stated above, the data in CDLIS is owned and maintained by the states. The Connecticut Department of Motor Vehicles has the power to add, delete, or change its own records maintained in CDLIS—and regularly does so, to ensure that our data remains accurate and up to date. Neither AAMVA nor FMCSA, on the other hand, has any power to make additions, deletions, or changes to Connecticut's CDLIS data.

DECLARATION OF KELLY O'CONNELL

14. Before issuing a CDL, Connecticut, like all states, is required to use CDLIS to determine whether an applicant for a CDL already holds one, whether his or her license has been disqualified, and whether the applicant is disqualified from operating a motor vehicle. [49 CFR 383.73(b)(ii)]. The Connecticut Department of Motor Vehicles usually queries CDLIS multiple times per day.

15. The Connecticut Department of Motor Vehicles has participated in and relied on CDLIS to operate its CDL program since April 1, 1992. Even if we were not legally required to use CDLIS, we would need CDLIS or some other system like it in order to serve our public safety mission: the Connecticut Department of Motor Vehicles needs to know whether an applicant has a history of dangerous or unlawful driving in order to fulfill its public safety mission. If CDLIS were to shut down, particularly on short notice, it would be a major impediment to the operation of our CDL program.

16. The Connecticut Department of Motor Vehicles also queries CDLIS before issuing a DL. Thus, our operation of our DL program would also be impaired by the loss of CDLIS.

17. The Connecticut Department of Motor Vehicles participates in CDLIS pursuant to a contract with AAMVA. Attached as Exhibit A is a true and correct copy of Connecticut's CDLIS contract with AAMVA.

18. In addition to CDLIS, AAMVA also operates other critical programs that the Connecticut Department of Motor Vehicle uses. For example, AAMVA operates the Problem Driver Pointer System (PDPS). PDPS allows states to search the National Driver Register (NDR), which contains information on problem drivers. By carrying out a PDPS search, the Connecticut Department of Motor Vehicles obtains information that directs it to the jurisdiction that has a full record of a driver's history. Based on this information, the Connecticut Department of Motor Vehicles can determine whether an applicant for a driver's license is eligible.

19. Like CDLIS, PDPS was created by statute and is a function of the National Highway Transportation Safety Administration (NHTSA).

20. The Connecticut Department of Motor Vehicles also uses AAMVA for the following:

- Driver's License Data Verification System (DLDV System): A system that verifies data contained in driver's license, driver's permit and identification card documents against the databases of the issuing state.

4

DECLARATION OF KELLY O'CONNELL

- Help America Vote Verification (HAVV): A system that verifies voter registration and identity information with the Social Security Administration.

- National Motor Vehicle Titling Information System (NMVTIS): A system that contains automobile information from states, insurance carriers and the salvage industry. The NMVTIS system verifies information on the title paperwork with the electronic data against the electronic data from the issuing state of the title.

- Problem Driver Pointer System (PDPS): A system that allows states to search the NDR data. The NDR is a repository of information on problem drivers provided by all 51 U.S. jurisdictions. Based on information received as a result of an NDR search, PDPS "points" the inquiring state to the state of record, where an individual's driver status and history information is stored.

- Social Security Number Online Verification (SSOLV): A system run in conjunction with the Social Security Administration (SSA). The state may submit in real time an inquiry to the SSA via SSOLV to verify a driver's Social Security number, name and date of birth.

- Verification of Lawful Status (VLS): A system that is integrated into the state's driver licensing and ID card issuing systems and provides an interface to the Systematic Alien Verification for Entitlements (SAVE) system to verify the lawful status of driver's license and identification card applicants. The SAVE program is an intergovernmental initiative designed to aid federal, state and local benefit-issuing agencies and licensing bureaus in verifying an applicant's immigration status.

21. The Connecticut Department of Motor Vehicles queries at least one AAMVA system every time an individual applies for a driver's license.

## FMCSA's Demand for CDLIS Data

22. On July 27, 2026, Connecticut learned that FMCSA has demanded that AAMVA turn over to FMCSA the entire contents of CDLIS, including Connecticut's records.

DECLARATION OF KELLY O'CONNELL

23. I am unaware of FMCSA or any other federal agency ever previously requesting or demanding that AAMVA turn over the contents of CDLIS or any other database.

24. I understand that FMCSA has asserted that it needs this data so that it can verify CDL validity and conduct motor carrier safety assessments. As described above, the Connecticut Department of Motor Vehicles already carries out those functions, as is typical for state agencies, in accordance with federal and state statutes and regulations.

25. I also understand that FMCSA has asserted that, once it obtains this data, it could lawfully share it with any other federal agency for use in carrying out that agency's functions.  I am not aware of any data-security protections that would ensure the security and confidentiality of this data once it is in the hands of either FMCSA or any other agency.

**Irreparable Harm of Disclosure to FMCSA**

26. FMCSA's demand seeks Connecticut's proprietary and confidential records and data.

27. Once Connecticut's data is in FMCSA's hands, Connecticut would lose control and oversight of its confidential records. To my knowledge, FMCSA has not made any commitments to AAMVA that it will maintain the confidentiality of this data; to the contrary, it has affirmatively stated that it is authorized to redisclose it to any other federal agency. And even if FMCSA made promises to AAMVA regarding the security and/or privacy of this data, Connecticut would not be in a position to enforce those promises, and these new records, which would be federal and not state records, could be used for purposes that violate our state law and regulations regarding the confidentiality of information.

28. In particular, the Connecticut Department of Motor Vehicles understands itself to be bound by Connecticut laws pertaining to the release of personal information and highly restricted personal information under § 14-10 of the Connecticut General Statutes.  Pursuant to such law, given that the data demanded from FMCSA (i.e., Social Security numbers) is considered "highly restricted personal information," the Connecticut Department of Motor Vehicles is prohibited from disclosing such information unless such disclosure (which is permissive) complies with the Driver's Privacy

6

DECLARATION OF KELLY O'CONNELL

Protection Act (DPPA) (18 USC §2721).  Notwithstanding the fact that the release of highly restricted personal information is permissive under the DPPA, prior to disclosing such information to FMCSA, the Connecticut Department of Motor Vehicles must first determine whether the information will be used for a permitted purpose.  However, given the lack of specificity of how FMCSA will use the data demanded, or to whom such information will be redisclosed, handing over Connecticut's proprietary and confidential information to FMCSA is incompatible with those obligations.

29. Connecticut's agreement with AAMVA includes provisions requiring AAMVA to follow Connecticut's requirements in regard to data security and confidentiality, but those obligations would not run to FMCSA.

30. Moreover, if the data were turned over to FMCSA, Connecticut would not be able to update the data or ensure that it is accurate, creating the risk that out-of-date or erroneous data attributed to Connecticut could form the basis or justification for federal action.

31. Finally, residents of Connecticut entrust the state with their personal data when they apply for a CDL. That trust would be destroyed if the data is turned over to FMCSA without controls and without a clear statement of FMCSA's purpose in seeking it.

32. A readily foreseeable result of this breach of trust is that fewer people will seek CDLs from Connecticut. This means Connecticut will lose revenue, as each applicant for a CDL must pay a seventy-dollar fee.

33. There is also an acute risk that some individuals who are concerned about broadly disclosing their personal information to the federal government—such as individuals who are lawfully qualified to obtain a CDL but are part of mixed-status immigration families—may avoid the CDL process entirely and attempt to drive commercial motor vehicles without a license. If that occurs in even a small number of cases, it would pose grave public-safety risks, as states would not be able to identify the drivers of those motor vehicles or ensure that they are properly qualified to drive commercial motor vehicles.

DECLARATION OF KELLY O'CONNELL

**Connecticut would be harmed if AAMVA's programs were impaired**

34. I understand that FMCSA has threatened to terminate all of its funding to and contracts with AAMVA, including the funding that provides for the upkeep of CDLIS.

35. Connecticut would be seriously harmed if FMCSA carried out those threats.

36. As stated above, the Connecticut Department of Motor Vehicles heavily relies on CDLIS, the PDPS, and other resources and services operated by AAMVA. Such services include not only information related to an individual's operator's license, but also information related to the registration of motor vehicles.

37. In particular, without an effective, functioning, and up-to-date CDLIS, the Connecticut Department of Motor Vehicles would not be able to issue new CDLs or renew existing ones in compliance with federal law and regulations or have access to certain information related to motor vehicle registrations. This would result in the inability of Connecticut to safely issue or renew CDLs to requesting customers, thereby resulting in safety concerns not only for commercial motor vehicles operating on Connecticut's highways, but also on a nationwide basis. And even if those laws and regulations did not apply, Connecticut would be harmed by losing access to an important public safety resource that keeps unsafe drivers off Connecticut's roads.

* * *

DECLARATION OF KELLY O'CONNELL

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.

Executed on August  9th  , 2026, in Wethersfield, Connecticut.

**Kelly O'Connell**

Digitally signed by Kelly O'Connell
Date: 2026.08.09 13:33:57 -04'00'

Kelly O'Connell
Motor Vehicle Division Chief
Driver Regulations Division
Connecticut Department of Motor Vehicles

9

DECLARATION OF KELLY O'CONNELL

# Exhibit A



# Contract Number:

# #20PSX0075

# State of Connecticut

## AND

# American Association of Motor Vehicle Administrators (AAMVA)

# For

# AAMVA Services for Connecticut Motor Vehicle Requirements

**Introduction**

This contract (the "Contract") is made by and between, American Association of Motor Vehicle Administrators, a District of Columbia nonprofit corporation (AAMVA) (the "Contractor") and the State of Connecticut, acting by its Department of Administrative Services ("DAS") in accordance with Sections 4a-2, 4a-51,4a-58 and 4d-2 of the Connecticut General Statutes.

The Contractor and the State agree as follows:

**1. Definitions**

The following definitions apply in this Contract, except to the extent modified in Exhibit A, in which case Exhibit A controls.

**a. Reserved**

**b. Reserved**

**c. Reserved**

**d. Administrator**

A designated Client Agency representative who is responsible for managing the Client Agency's User access to the System. The Administrator shall be responsible for implementing a role-based security policy process for access to the System.

**e. Reserved**

**f. Business Day**

A day of the week recognized by the Client Agency as a work-day, exclusive of Saturdays, Sundays and any State or federal holiday.

**g. Claims**

All actions, suits, claims, demands, investigations, and proceedings of any kind, open, pending, or threatened, whether mature, un-matured, contingent, known or unknown, at law or in equity in any form.

**h. Client Agency**

The State Department of Motor Vehicles ("DMV") is authorized and chooses to make purchases under, and pursuant to the terms of this Contract.

**i. Client Agency Data**

Any data or information of the Client Agency that Contractor receives or creates by any means and in any form in connection with this Contract, Deliverables or Performance, including data and information with respect to any one or more of the following: databases, systems, operations, facilities, and regulatory compliance.

**j. Confidential Information**

Any name, number or other information that may be used, alone or in conjunction with any other information, to identify a specific individual including, but not limited to, such individual's name, date of birth, mother's maiden name, motor vehicle operator's license number and residential address, Social Security number, employee identification number, employer or taxpayer identification number, alien registration number, government passport number, health insurance identification number, demand deposit account number, savings account number, credit card number, debit card number or unique biometric data such as fingerprint, voice print, retina or iris image, or other unique physical representation. Without limiting the foregoing, Confidential Information shall also include any information that classifies as "confidential" or "restricted" Confidential Information shall not include information that may be lawfully obtained from publicly available sources or from federal, state, or local government records which are lawfully made available to the general public.

**k. Confidential Information Breach**

Generally, an instance where an unauthorized person or entity accesses Confidential Information in any manner, including but not limited to the following occurrences: (1) any Confidential Information that is not encrypted or protected is misplaced, lost, stolen or in any way compromised; (2) one or more third parties have had access to or taken control or possession of any Confidential Information that is not encrypted or protected without prior written authorization from the State; (3) the unauthorized acquisition of encrypted or protected Confidential Information together with the confidential process or key that is capable of compromising the integrity of the Confidential Information; or (4) if there is a substantial risk of identity theft or fraud to the Client Agency, the Contractor, or State.

**l. Contractor IP**

Contractor's materials and other intellectual property (1) in existence prior to this Contract, (2) created, developed or acquired during the Term but not exclusively for the State, or (3) identified as Contractor IP in the applicable SOW; or (4) otherwise developed or acquired independent of this Contract and employed by the Contractor in connection with the Deliverables.

**m. Contractor Parties**

Contractor's directors, officers, managers, representatives, agents, servants, consultants, employees or any one of them or any other person or entity with whom the Contractor is in privity and who acts under the direction of Contractor in Contractor's Performance under this Contract.

**n. Corrective Action Plan, or CAP**

A detailed written plan produced by Contractor at the request of the Client Agency to correct or resolve a Breach identified by the Client Agency in accordance with the Breach section of this Contract.

**o. Deliverable**

Each (1) Good, Service, Maintenance Services, Improvement, Material, Documentation, System, process or information of any type, whether stand-alone or intended as part of the integration of the System with existing hardware or software of the State, and whether or not used for administrative, maintenance, consulting, training, data warehousing, operations, support, hosting, or fulfillment of Performance; and (2) warranty of a Deliverable(s) that is listed in the Pricing Schedule or provided by Contractor as an element of Contractor's overall approach and solution to the requirements of this Contract. Any one of them or a combination of any of them may

be developed or produced by Contractor or by a third party as a supplier or subcontractor to Contractor.

**p.  Deliverables Document**

Exhibit A, which sets forth and describes the Deliverables that are to be provided or made available to the State under this Contract or in a Statement of Work, as applicable, and the specific requirements and terms applicable to those Deliverables.

**q.  Reserved**

**r.  Documentation**

All Specifications; all technical, systems and user reference manuals; all System documentation related to each component of the System, Deliverables and processes; and any Improvements to any of them.

**s.  Electronically Stored Information (ESI)**

Data, including Confidential Information that is collected and processed which data may include the Client Agency's administrative, civil and criminal matters and investigations, including any and all related written and electronic communications, voicemails, audio and video files. Without limiting the foregoing, ESI shall include Freedom of Information requests and responses.

**t.  Force Majeure Event**

Strikes, lockouts, riot, sabotage, rebellion, insurrection, acts of war, acts of terrorism, failure of or inadequate permanent power, fire, flood, earthquake, epidemics, pandemics, natural disasters, and acts of God.

**u.  Goods**

All things which are movable, including, but not limited to, supplies, materials, equipment, hardware, software, specially manufactured things, a component incorporated into another thing and things that are attached to real property and that may be severed from the real property without material harm to the things.

**v.  Goods or Services**

Goods, Services or both, as specified in the Solicitation and set forth in Exhibit A.

**w.  Reserved.**

**x.  Reserved**

**y.  Improvement**

Any Contractor changes, patches, corrections, repairs, replacements, additions, modifications, enhancements, updates, releases, revisions, error fixes, bug fixes or any new versions of Deliverables, or any combination of the foregoing, that are to be or may be provided as a Deliverable from time to time. An Improvement may serve any purpose. Improvements do not include upgrades to software for which Contractor charges its customers, or upgrades by a licensor that is charging Contractor for such upgrade.

**z.  Reserved**

**aa. Reserved**

**bb. Reserved**

**cc. Reserved**

**dd. Reserved**

**ee. Maintenance Services**

The software and process support services described in this Contract, or a Statement of Work, as applicable.

**ff.  Reserved**

**gg. Reserved**

**hh. Materials**

Collectively, software programs, literary works, other works of authorship, documented specifications, designs, analyses, processes, methodologies, concepts, inventions, know-how, programs, program listings, program tools, Documentation, reports, drawings, data bases, spreadsheets, machine readable text, models and work product, whether tangible or intangible.

**ii.  Perform**

All acts and things of the Contractor and Contractor Parties, severally and collectively, that are necessary or appropriate to fulfill or accomplish this Contract fully, including the Deliverables and all other Contract obligations. The word "Perform" includes all parts of speech.

**jj.  Performance Criteria**

Operation of the Deliverables in compliance with all Specifications and Documentation and complying with the requirements of this Contract and a Statement of Work, as applicable.

**kk. Price Schedule**

Exhibit B to this Contract which when read in conjunction with Exhibit A, Deliverables Document, lists the Deliverables available under this Contract and establishes the components, unit pricing and price schedules for each Deliverable.

**ll.  Reserved**

**mm. Reserved**

**nn. Purchase Orders**

A written or electronic document that the Client Agency issues for one or more Deliverables in accordance with the terms of this Contract.

## oo. Records

All working papers and such other information and materials furnished or prepared by the Contractor in Performing including but not limited to, documents, data, plans, books, computations, drawings, specifications, notes, reports, records, estimates, summaries, memoranda and correspondence, kept or stored in any form.

## pp. Reserved

## qq. Reserved

## rr. Services

The labor or work, necessary or appropriate for the Contractor to Perform, including but not limited to Contractor's provision of the subscription services described in Exhibit A.

## ss. Service Level Agreement (SLA)

Document, attached as Exhibit C – Service Level Maintenance and Support Agreement, which sets forth and describes the service level and maintenance and support agreement or those performance standards, response times and associated obligation between the parties, that may be set forth in this Contract or in a Statement of Work as applicable.

## tt. Site

Location(s) specified by the Client Agency where Deliverables are to be installed, Services rendered, or materials furnished.

## uu. Solicitation

A State request, in whatever form issued, inviting bids, proposals or quotes for Deliverables, typified by, but not limited to, an invitation to bid, request for proposal, requests for information or request for quotes.  The Solicitation and this Contract shall be governed by the statutes, regulations and procedures of DAS. The Solicitation is incorporated into and made a part of this Contract as if it had been fully set forth in it if, but only if, the Solicitation is in the form of an invitation to bid, request for information or request for quotes.  A Solicitation in the form of a request for proposal is not incorporated into this Contract in its entirety, but, rather, it is incorporated into this Contract only to the extent specifically stated in Exhibit A.

## vv. Solicitation Response

A submittal in response to a Solicitation.

## ww. Reserved

## xx. Specifications

Contractor's published technical and non-technical detailed descriptions of each Deliverable's capabilities, or intended use or both, as more fully set forth in this Contract a Statement of Work, as applicable.

**yy. Reserved**

**zz. State**

The State of Connecticut, including DAS, the Client Agency and any office, department, board, council, commission, institution or other agency of the State.

**aaa. Statement of Work (SOW)**

Statement issued in connection with a Purchase Order for a Deliverable or Service available under this Contract which sets forth all work and payment requirements for Contractor's Performance in connection with said Purchase Order.

**bbb. System**

Contractor furnished or otherwise supplied Deliverables that fulfill the respective Performance Criteria of Deliverables provided pursuant to this Contract or SOW, as applicable.

**ccc. Term**

The original term of this Contract plus any extensions exercised under this Contract.

**ddd. Termination**

An end to this Contract prior to the end of its Term.

**eee. Title**

All ownership, title, licenses, rights and interest, including, but not limited to, perpetual use, of and to the Deliverable.

**fff. Reserved**

**ggg. Reserved**

**hhh. Reserved**

**iii. User**

A Client Agency representative that may access the System.  User access will be subject to role-based security implemented by the Client Agency's Administrator.

**jjj. Reserved**

**kkk. Warranty Period**

The period commencing upon the Effective Date for the duration of the Term.

**2. Term of Contract; Contract Extensions**

This Contract will be in effect from the date that the Connecticut Attorney General's Office

approves it, as evidenced by its signature below (the "Effective Date") through September 30, 2029. The parties, by mutual agreement, may extend this Contract for additional terms beyond the Term, prior to Termination or expiration, one or more times for a combined total period not to exceed the complete length of the original Term, but only in accordance with the section in this Contract concerning Contract Amendments.

### 3. Deliverables

Contractor shall sell, transfer, convey and license, as appropriate, to the State each Deliverable and Perform in accordance with this Contract and the Statement of Work, as applicable. The Deliverables are set forth in accordance with Exhibit A and shall be acquired through duly issued Purchase Orders.

a.  Any Purchase Order accepted by Contractor is subject to the terms of this Contract and shall remain in effect until Client Agency's accepts full Performance of all Deliverables contained in the applicable Purchase Order, unless terminated sooner under the terms of this Contract. Neither party shall be bound by any additional substantive terms that may appear in any Purchase Order. If a Purchase Order includes any such terms, then they shall be void ab initio and have no effect.

b.  Notwithstanding any other provision of this Contract, Contractor shall not make any material change to the Deliverables that alters the nature or scope of the Deliverables or their intended use.

The Client Agency shall issue a Purchase Order when acquiring any Deliverable or Service available under this Contract and, if appropriate, a Statement of Work mutually acceptable to the purchasing Client Agency and the Contractor.

### 4. Payments and Credits

a.  The Client Agency shall pay for Deliverables only pursuant to this Contract and a Statement of Work, as applicable, and receipt of a properly documented invoice from the Contractor.  At the Client Agency's request, Contractor shall submit to the Client Agency such documentation as the Client Agency deems it to be necessary or appropriate to justify and support the Performance detailed in any invoice, prior to the Client Agency approving the invoice for payment.

b.  The Client Agency shall pay Contractor within net sixty (60) days after each calendar month end and receipt of Contractor's properly documented invoice and supporting detail.

c.  The State shall make all payments to the Contractor through electronic funds transfer via the Automated Clearing House ("ACH").  Contractor shall enroll in ACH through the Office of the State Comptroller prior to sending any invoice to the State.  The Contractor may obtain detailed information regarding ACH at: http://www.osc.ct.gov/vendor/directdeposit.html.

d.  Contractor shall furnish separate invoices for each Purchase Order and shall itemize each charge included in each invoice as a separate line item.

### 5. Reserved

6. **Reserved**

7. **Reserved**

8. **Reserved**

9. **Purchase Orders**

   a. This Contract itself is not an authorization for the Contractor to begin Performance in any way. The Contractor may begin Performance only after it has received a duly issued Purchase Order against this Contract for Performance.

   b. The Client Agency shall issue a Purchase Order against this Contract directly to the Contractor and to no other party.

   c. All Purchase Orders shall be in written or electronic form, bear the Contract number (if any) and comply with all other State and Client Agency requirements, particularly the Client Agency's requirements concerning procurement.  Purchase Orders issued in compliance with such requirements shall be deemed to be duly issued.

   d. A Contractor Performing without a duly issued Purchase Order in accordance with this Section does so at the Contractor's own risk.

   e. The Client Agency may, in its sole discretion, deliver to the Contractor any or all duly issued Purchase Orders via electronic means only, such that the Client Agency shall not have any additional obligation to deliver to the Contractor a "hard copy" of the Purchase Order or a copy bearing any hand-written signature or other "original" marking.

10. **Reserved**

11. **Time of the Essence**

   Time is of the essence with respect to all provisions of this Contract that specify a time for Performance; provided, however, that this provision shall not be construed to limit or deprive a party of the benefits of any grace or use period allowed in this Contract.

12. **Waiver**

   a. No waiver of any Breach of this Contract shall be interpreted or deemed to be a waiver of any other or subsequent Breach. All remedies afforded in this Contract shall be taken and construed as cumulative, that is, in addition to every other remedy provided in this Contract or at law or in equity.

   b. A party's failure to insist on strict performance of any provision of this Contract shall only be deemed to be a waiver of rights and remedies concerning that specific instance of Performance and shall not be deemed to be a waiver of any subsequent rights, remedies or Breach.

**13.** **Reserved**

**14.** **Reserved**

**15.** **Reserved**

### 16. Data: Access and Ownership of Data

**a.** Access to Contract and State Data:

The Contractor shall provide to the Client Agency access to any data, as defined in Conn. Gen Stat. Sec. 4e-1, concerning the Contract and the Client Agency that are in the possession or control of the Contractor upon demand and shall provide the data to the Client Agency in a format prescribed by the Client Agency and the State Auditors of Public Accounts at no additional cost.

**b.** Ownership of Data:

i. All ownership, title, licenses, proprietary rights and interest (including, but not limited to, perpetual use) (for purposes of this Ownership of Data Section, collectively, "Title") of and to any and all data existing in electronic, magnetic or any other tangible or intangible form (for purposes of this Ownership of Data Section, "Data") that is uploaded, collected, stored, held, hosted, located or utilized by the Client Agency or Contractor and Contractor Parties directly or indirectly in connection with this Contract at all times is and will always remain vested in the State.  At no time will Contractor have Title to such Data, wherever located.

ii. At no cost to the State the Contractor and Contractor Parties shall, no later than fifteen (15) Business Days after (i) receiving a written request from the Client Agency or (ii) Termination for any reason, deliver and transfer possession to the Client Agency all of the Data, in a format acceptable to the State.

iii. At no cost to the State, the Contractor and Contractor Parties shall, no later than fifteen (15) Business Days, unless otherwise mutually agreed to in writing by the Parties, after (i) receiving a written request from the Client Agency, (ii) receiving final payment from the Client Agency, or (iii) Termination for any reason, over-write and securely delete all of the Data, such that the Data will be expunged in a manner to make retrieval of the Data impossible.

iv. The Contractor's failure to deliver and transfer possession of the Data to a duly authorized agent of the Client Agency shall constitute, without more, a de facto breach of this Contract. Consequently, the Contractor shall indemnify and hold harmless the Client Agency and the State, as appropriate, for any and all damages, costs and expenses associated directly or indirectly with such failure.  The damages, costs and expenses shall include, but not be limited to, those resulting from any corresponding contracting for credit or identity protection services, or both, and from any subsequent non-State use of any Data.  If Contractor Parties will Perform for any

purpose under this paragraph, the Contractor represents and warrants that it shall cause each of the Contractor Parties to so Perform and that each has vested in the Contractor plenary authority to cause the Contractor Parties to Perform. For purposes of this Ownership of Data Section, "Perform" shall include, but not be limited to, the obligations relating to the sale, transfer of Title, removal and transfer of possession of the Data and indemnifying and holding harmless the Client Agency and the State.  The Contractor on its own behalf and on behalf of the Contractor Parties shall also provide, no later than 30 days after receiving a request by the Client Agency, such information as the Client Agency may identify to ensure, in the Client Agency's sole discretion, compliance with the provisions of this Ownership of Data Section. This Ownership of Data Section survives Termination.

**17. Reserved**

**18. Reserved**

**19. Reserved**

## 20. Maintenance and Support

Contractor represents and warrants that Contractor shall provide the following maintenance and support services at no additional cost with respect to all Deliverables provided under this Agreement:

1.  Assistance in accordance with the requirements of Exhibit A; or a SOW as applicable; and

2.  Improvements related to any and all Deliverables.

## 21. State Comptroller's Specifications

In accordance with Conn. Gen. Stat. § 4d-31, this Contract is deemed to have incorporated within it, and Contractor shall deliver the Deliverables in compliance with, all specifications established by the State Comptroller to ensure that all policies, procedures, processes and control systems, including hardware, software and protocols, which are established or provided by Contractor or Contractor Parties, are compatible with and support the State's core financial systems, including but not limited to, accounting, payroll, time and attendance, and retirement systems.

## 22. Reserved

**23. Reserved**

**24. Background Checks**

If and to the extent that in Performance of this Contract any persons representing the Contractor or the Contractor Parties must be physically present at a State location in conjunction with the Performance of this Contract, the Contractor and Contractor Parties shall submit to and incur the cost of fingerprint supported federal and state criminal history

background checks as may be required by the State, the State of Connecticut Department of Emergency Services and Public Protection, or as provided for in any State document that governs procedures for background checks. The Contractor and Contractor Parties shall cooperate fully as necessary or reasonably requested with the State and its agents in connection with such background checks.

25. **Other Warranties**

Contractor warrants that:

a.  Each Deliverable provided by Contractor or an authorized agent of Contractor in accordance with Contractor's instructions, will function according to the Specifications and Performance Criteria for such Deliverable;

b.  Contractor shall make Improvements to the Deliverable as necessary or appropriate to maintain ongoing reliability according to Performance Criteria identified in Exhibit A; and

c.  Contractor shall provide each Deliverable within the time frames established under this Contract.

d.  EXCEPT FOR THE EXPRESS WARRANTIES IN THIS AGREEMENT, CONTRACTOR HEREBY DISCLAIMS ALL WARRANTIES, WHETHER EXPRESS, IMPLIED, STATUTORY, OR OTHERWISE UNDER OR IN CONNECTION WITH THIS AGREEMENT.

26. **Reserved**

27. **Reserved**

28. **Reserved**

29. **Reserved**

30. **Reserved**

31. **Reserved**

32. **Breach**

a.  If one party (the "Non-breaching Party") determines that the other (the "Breaching Party") has failed to materially comply with any of the Breaching Party's corresponding Contract obligations (a "Breach"), then the Non-breaching Party shall provide written notice of such failure to the Breaching Party in accordance with this Contract. The Non-breaching Party must provide the Breaching Party an opportunity to remedy the Breach within thirty (30) days from the date of the notice. However, if Contractor is the Breaching Party, then the Client Agency may set forth any reasonable remedy period in the notice, so long as that period is otherwise consistent with the provisions of this Contract. The period set forth in the notice is known as the "Remedy Period."  The Non-breaching Party shall extend the Remedy Period if it is satisfied that the Breaching Party is making a good faith effort to remedy the Breach, but the nature of the Breach is such that it cannot be remedied within the Remedy Period.

b.  If the Client Agency determines that the Contractor has committed a Breach, then the Client Agency may require the Contractor to, and Contractor shall, prepare and submit to the Client Agency a CAP in connection with the identified Breach. Contractor shall provide in the CAP a detailed explanation of the deficiencies and other factors that contributed to the cited Breach, Contractor's assessment or diagnosis of Breach (identifying the deficiencies and factors in reasonable detail, with references to the applicable Specifications), and a specific proposal to remedy or resolve the Breach. Contractor shall submit the CAP to the Client Agency within (10) Business Days following the Client Agency's request for the CAP for the Client Agency's review and approval.  Within (10) Business Days of receiving the CAP, the Client Agency must either approve the CAP, or reject it by delivering to Contractor a written explanation for the rejection.  If the Client Agency fails to accept or reject the CAP within the (10) Business Days, then the CAP is deemed to have been approved, without more. The Client Agency's explanation for the rejection must include suggestions for changes to the CAP and the Contractor shall address the suggestions in such a manner to make it likely that the Client Agency will approve the CAP when the Contractor re-submits it to the Client Agency for review and approval. If the Client Agency rejects a CAP, then the parties will repeat this submittal and review process until the earliest of one of the following: (1) The Client Agency accepts a CAP, (2) the Client Agency waives its right to receive a CAP, (3) Contractor remedies the Breach, (4) the Client Agency waives the Breach, or (5) the Client Agency makes a determination to Terminate this Contract. After the first rejection, each of the parties will have (5) Business Days, instead of (10) Business Days, within which to review the CAP.  Each subsequent revision and review will be for up to (3) Business Days each instead of (10) or (5) Business Days.

c.  If the Client Agency determines that the Contractor has Breached this Contract, then the Client Agency may withhold payment in whole or in part for any amounts due pending resolution of the Performance issue, provided that the Client Agency notifies Contractor in writing prior to the date that the payment would have been due.

d.  For purposes of the Client Agency determining whether there is a Breach under this Contract, or whether any statement in the Representations and Warranties Section of this Contract is false or misleading, the parties deem the Acts of the Contractor Parties to be the Acts of the Contractor itself, as if the Contractor itself was the subject of the Acts which the Client Agency considers in determining if there was a Breach, or, an instance of false or misleading statements, or both.

e.  The written notice of the Breach may include an effective Termination date. If the identified Breach is not remedied by the stated Termination date, unless otherwise extended by the Non-breaching Party in writing before such date, no further action shall be required of any party to effect the Termination as of the stated date. If the notice does not set forth an effective Termination date, then the Non-breaching Party shall provide the Breaching Party no less than thirty (30) days prior written notice before terminating this Contract.

f.  Notwithstanding any provisions in this Contract, DAS may terminate this Contract with no Remedy Period for Contractor's Breach or violation of any of the representations or warranties in this Contract and revoke any consent to assignments given as if the assignments had never been requested or consented to, without liability to Contractor or Contractor Parties or any third party. Termination under this Breach section is subject to

the provisions of the Termination Section of this Contract. In case of such revocation or Termination, the Client Agency will have no liability or responsibility to Contractor or Contractor Parties or any third party, or any of them, resulting from the Termination or revocation.

g. None of the State's rights under this Breach Section diminishes the State's rights under the Termination Section of this Contract.

## 33. Termination

a. Notwithstanding any provisions in this Contract, DAS, through a duly authorized employee, may Terminate this Contract whenever DAS makes a written determination that such Termination is in the best interests of the State. DAS shall notify the Contractor in writing of Termination pursuant to this Section, which notice shall specify the effective date of Termination that is at least thirty (30) days following the date of the notice and the extent to which the Contractor must complete its Performance under this Contract prior to such date.

b. Notwithstanding any provisions in this Contract, either party, through a duly authorized employee, may, after making a written determination that the other party has Breached this Contract and has failed to remedy the Breach, Terminate this Contract in accordance with the Breach Section of this Contract.

c. Notices of Termination must be sent certified in accordance with the Notice Section of this Contract. Upon receiving the Termination notice from DAS, the Contractor shall immediately modify or discontinue all Performance affected in accordance with the terms of the notice, undertake commercially reasonable efforts to mitigate any losses or damages and deliver to DAS or the Client Agency (as directed in the notice) all Records. The Records are deemed to be the property of the State and the Contractor shall deliver them to DAS or the Client Agency (as directed in the notice) no later than thirty (30) days after the Termination of this Contract or fifteen (15) days after the Contractor receives a written request from DAS for the Records. The Contractor shall deliver those Records that exist in electronic, magnetic or other intangible form in a non-proprietary format, such as, but not limited to, ASCII or .TXT.

d. Except for any work which DAS directs the Contractor to Perform in the notice prior to the effective date of Termination, and except as otherwise provided in the notice, the Contractor shall terminate or conclude all existing subcontracts and purchase orders and shall not enter into any further subcontracts, purchase orders or commitments.

e. The Client Agency shall, within forty-five (45) days of the effective date of Termination, pay the Contractor for its Performance rendered and accepted by the Client Agency in accordance with Exhibit A or a SOW, as applicable, in addition to all actual and reasonable costs incurred after Termination in completing those portions of the Performance which the notice required the Contractor to complete. However, the Contractor is not entitled to receive and the Client Agency will not tender to the Contractor any payments for anticipated or lost profits. Upon request by the Client Agency, the Contractor shall assign to the Client Agency, or any replacement contractor which the Client Agency designates, all subcontracts, Purchase Orders and other commitments, deliver to the Client Agency all Records and other information pertaining to its Performance, and remove from State premises, whether leased or owned, all of

Contractor's property, equipment, waste material and rubbish related to its Performance, all as DAS or the Client Agency (as directed in the notice) may request.

f.  Upon Termination of this Contract, all rights and obligations shall be null and void, so that no party shall have any further rights or obligations to any other party, except with respect to the sections which survive Termination. All representations, warranties, agreements and rights of the parties under this Contract shall survive such Termination to the extent not otherwise limited in this Contract and without each one of them having to be specifically mentioned in this Contract.

g.  Termination of this Contract pursuant to this Section shall not be deemed to be a Breach of contract by DAS or the Client Agency.

## 34. Continued Performance

The Contractor and Contractor Parties shall continue to Perform their obligations under this Contract while any dispute concerning this Contract is being resolved.

## 35. Open Market Purchases

Failure of the Contractor to Perform within the time specified the Contract, or within a reasonable time as determined by DAS, or failure of the Contractor to replace rejected Deliverables when so requested, immediately or as directed by the CIO, shall constitute authority for DAS to terminate the Contract and purchase the Deliverables on the open market to replace those which have been rejected, not delivered, or not performed. DAS may authorize immediate purchases on the open market in the case of any rejections.  On all such purchases, the Contractor shall immediately reimburse the State for excess costs occasioned by such purchases. Such purchases shall be deducted from the Contract quantities. However, should public necessity demand it, the State reserves the right to use or consume Deliverables which are substandard in quality, subject to an adjustment in price to be determined by DAS.

## 36. Reserved

## 37. Reserved

## 38. Sovereign Immunity

The parties acknowledge and agree that nothing in this Contract shall be construed as a modification, compromise or waiver by the State of any rights or defenses of any immunities provided by federal law or the laws of the State of Connecticut to the State or any of its officers and employees, which they may have had, now have or will have with respect to all matters arising out of this Contract. To the extent that this Section conflicts with any other Section, this Section shall govern.

## 39. Representations and Warranties

Contractor represents and warrants to the State for itself and, as applicable, the Contractor Parties that:

a.  each is a duly and validly existing under the laws of each such entity's respective states of organization and authorized to conduct business in the State of Connecticut in the manner contemplated by this Contract. Further, as appropriate, each has taken all necessary action to authorize the execution, delivery and Performance of this Contract and have the power and authority to execute, deliver and Perform its obligations under this Contract;

b.  each will comply with all applicable State and Federal laws and municipal ordinances in satisfying its obligations to the State under and pursuant to this Contract, including, but not limited to (1) Connecticut General Statutes Title 1, Chapter 10, concerning the State's Codes of Ethics; Title 4a, Chapter 51 concerning State purchasing; and (3) Title 22a, Chapter 446c, section 22a-194a concerning the use of polystyrene foam;

c.  the execution, delivery and Performance of this Contract will not violate, be in conflict with, result in a Breach of or constitute (with or without due notice and/or lapse of time) a default under any of the following, as applicable: (1) any provision of law; (2) any order of any court or the State; or any indenture, agreement, document or other instrument to which it is a party or by which it may be bound;

d.  each is not presently debarred, suspended, proposed for debarment, declared ineligible, or voluntarily excluded from covered transactions by any governmental entity;

e.  as applicable, each has not, within the three years preceding the Effective Date of this Contract, in any of their current or former jobs, been convicted of, or had a civil judgment rendered against them or against any person who would Perform under this Contract, for commission of fraud or a criminal offense in connection with obtaining, attempting to obtain, or Performing a transaction or contract with any governmental entity. This includes, but is not limited to, violation of federal or state antitrust statutes or commission of embezzlement, theft, forgery, bribery, falsification or destruction of records or property, making false statements, or receiving stolen property;

f.  each is not presently indicted for or otherwise criminally or civilly charged by any governmental entity with commission of any of the offenses listed above;

g.  they have notified DAS in writing whether they have had any contracts with any governmental entity Terminated for cause within the three (3) years preceding the Effective Date;

h.  none has employed or retained any entity or person, other than a bona fide employee working solely for them, to solicit or secure this Contract and it has not paid or agreed to pay any entity or person, other than a bona fide employee working solely for them, any fee, commission, percentage, brokerage fee, gifts, or any other consideration contingent upon or resulting from the award or making of this Contract or any assignments made in accordance with the terms of this Contract;

i.  to the best of each entity's knowledge, there are no Claims involving Contractor or Contractor Parties that might reasonably be expected to materially adversely affect their businesses, operations, assets, properties, financial stability, business prospects or ability to Perform fully under this Contract;

j.  each shall disclose, to the best of its knowledge, to the State in writing any Claims

involving it that would be required disclosure on Form 8-K of the Securities Exchange Act of 1934 no later than ten (10) calendar days after becoming aware or after it should have become aware of any such Claims. For purposes of the Contractor's obligation to disclose any Claims to the State, the ten (10) calendar days in the Section of this Contract concerning disclosure of Contractor Parties litigation shall run consecutively with the ten (10) days provided for in this representation and warranty;

k.  each entity's participation in the Solicitation process is not a conflict of interest or a breach of ethics under the provisions of Title 1, Chapter 10 of the Connecticut General Statutes concerning the State's Code of Ethics;

l.  the proposal submitted by Contractor in response to the Solicitation was not made in connection or concert with any other person, entity or proposer, including any affiliate (as defined in the Tangible Personal Property Section of this Contract) of the proposer, submitting a proposal for the same Solicitation, and is in all respects fair and without collusion or fraud;

m.  each is able to Perform under this Contract using their own resources or the resources of a party who has not submitted a proposal;

n.  if Contractor does not have plenary authority to make the representations and warranties in this Section, as applicable, on behalf of Contractor Parties, then Contractor shall enter into a written contract with Contractor Parties, in which contract Contractor Parties shall make all of the applicable representations and warranties in this Section;

o.  each has paid all applicable workers' compensation second injury fund assessments concerning all previous work done in Connecticut; they have a record of compliance with Occupational Health and Safety Administration regulations without any unabated, willful or serious violations;

p.  none owes unemployment compensation contributions;

q.  none is delinquent in the payment of any taxes owed, or, that they have filed a sales tax security bond, and they have, if and as applicable, filed for motor carrier road tax stickers and have paid all outstanding road taxes;

r.  all of each entity's vehicles have current registrations and, unless such vehicles are no longer in service, they shall not allow any such registrations to lapse;

s.  each Contractor Party has vested in the Contractor plenary authority to bind the Contractor Parties to the full extent necessary or appropriate to ensure full compliance with and Performance in accordance with all of the terms of this Contract and that all appropriate parties shall also provide, no later than fifteen (15) days after receiving a request from DAS or the Client Agency, such information as DAS or the Client Agency may require to evidence, in their sole determination, compliance with this Section;

t.  each either owns or has the authority to use all the Deliverables;

u.  to the best knowledge of Contractor, the Deliverables do not infringe or misappropriate any patent, copyright, trade secret or other intellectual property right of a third party;

v.  to the best knowledge of Contractor, the Client Agency's use of any Deliverables in a manner consistent with this Contract shall not infringe or misappropriate any patent, trade secret or other intellectual property right of a third party;

w.  if any party shall procure any Deliverables, they shall sublicense such Deliverables and that the Client Agency shall be afforded the full benefits of any manufacturer or subcontractor licenses for the use of the Deliverables; and

x.  each shall assign or otherwise transfer to the Client Agency or afford the Client Agency the full benefits of any manufacturer's warranty for the Deliverables, to the extent that such warranties are assignable or otherwise transferable to the Client Agency.

## 40. Further Assurances

The parties shall provide such information, execute and deliver any instruments and documents and take such other actions as may be necessary or reasonably requested by the other party which are not inconsistent with the provisions of this Contract and which do not involve the vesting of rights or assumption of obligations other than those provided for in this Contract, in order to give full effect to this Contract and to carry out the intent of this Contract.

## 41. Advertising

The Contractor shall not refer to sales to the State for advertising or promotional purposes, including, but not limited to, posting any material or data on the Internet, without DAS' prior written approval.

## 42. Contractor Changes

The Contractor shall notify DAS in writing no later than ten (10) days from the effective date of any change in its certificate of incorporation.

No changes to the organizational documents of Contractor or individuals in charge of Performance shall relieve the Contractor of any responsibility for the accuracy and completeness of the Performance.

## 43. Contractor Responsibility

a.  The Contractor shall be responsible for the entire Performance under this Contract regardless of whether the Contractor itself Performs.  The Contractor shall be the sole point of contact concerning the management of the Contract, including Performance and payment issues.  The Contractor is solely and completely responsible for adherence by the Contractor Parties to all applicable provisions of this Contract.

b.  The Contractor shall exercise all reasonable care to avoid damage to the State's property or to property being made ready for the State's use, and to all property adjacent to any work site.  The Contractor shall promptly report any damage, regardless of cause, to the State.

**44. Continuity of Systems**

a. This Section is intended to comply with Conn. Gen. Stat. §4d-44, which applies to contracts for Information Systems which is defined in Conn. Gen. Stat. §4d-1(2) as a combination of data processing hardware and software in the collection, processing and distribution of data to and from interactive computer-based systems to meet informational needs. The following provisions of this Section apply only if and to the extent that this Contract includes the provision of "a combination of data processing hardware and software in the collection, processing and distribution of data to and from interactive computer-based systems to meet informational needs". Nothing in this Section shall be construed to prevent Contractor from being paid for its Performance that is provided in accordance with this Contract.

b. Pursuant to Conn. Gen. Stat. §4d-44, if the work under this Contract, any subcontract, or amendment to either, is transferred back to the State or to another contractor at any time for any reason, then  Contractor shall cooperate fully with the State, and do and Perform all acts and things that DAS deems to be necessary or appropriate, to ensure continuity of the Client Agency information system and telecommunication system facilities, equipment and Services so that there is no disruption or interruption in Performance as required or permitted in this Contract.  Contractor shall not enter into any subcontract for any part of the Performance under this Contract without approval of such subcontract by DAS, as required by Conn. Gen. Stat. §4d-32 and without such subcontract including a provision that obligates the subcontractor to comply fully with Conn. Gen. Stat. §4d-44 as if the subcontractor were in fact the Contractor. Contractor shall make a full and complete disclosure of and delivery to DAS or its representatives of all Records and "Public Records," as that term is defined in Conn. Gen. Stat. §4d-33 in whatever form they exist or are stored and maintained and wherever located, directly or indirectly concerning this Contract.

c. The parties shall follow the below applicable and respective procedures in order to ensure the orderly transfer to the State:

1. Facilities and Equipment:

   Not applicable

2. Software Deliverables created or modified pursuant to this Contract, subcontract or amendment:

   Not applicable

3. Public Records, as defined in Conn. Gen. Stat. §4d-33, which  Contractor or Contractor Parties possess or create pursuant to this Contract, subcontract or amendment:  Unless a shorter period is necessary or appropriate to ensure compliance with Conn. Gen. Stat. §4d-44, in which case that shorter period shall apply, Contractor shall deliver to the Client Agency, F.O.B. Hartford, Connecticut or other State location which Client Agency identifies, all Public Records created or modified pursuant to this Contract, any SOW, subcontract or amendment and requested in writing by the Client Agency (provided that Contractor may redact confidential information of Contractor, its personnel or third parties to the extent permitted by applicable law) no later than the latter of (1) the time specified in the

section in this Contract concerning Termination for the return of Public Records and (2) ten (10) days from the date that the work under the Contract or SOW is transferred back to the Client Agency or to another contractor for any reason. Contractor shall deliver to the Client Agency during the Client Agency's Business Hours those Public Records in electronic, magnetic or other intangible form in a non-proprietary format, such as, but not limited to, ASCII or TXT. Contractor shall deliver to the Client Agency, during the Client Agency's business hours, those Public Records and a list of all applicable passwords and security codes, all in appropriately protective packaging to ensure delivery without damage.

d. If Contractor employs former State employees, Contractor shall facilitate the exercising of any reemployment rights that such State employees may have with the State, including, but not limited to, affording them all reasonable opportunities during the workday to interview for State jobs. Contractor shall include language similar to this Section in all of its contracts with its subcontractors and applicable Contractor Parties so that they are similarly obligated.

## 45. Security and/or Property Entrance Policies and Procedures

Contractor shall adhere to established security and/or property entrance policies and procedures for each Client Agency. It is the responsibility of Contractor to understand and adhere to the Client Agency's policies and procedures prior to any to entering the Client Agency premises to Perform under this Contract.

## 46. Contractor Parties Litigation

Contractor shall require that all Contractor Parties, as appropriate, disclose in writing to Contractor, to the best of their knowledge, any Claims involving the Contractor Parties that might reasonably be expected to materially adversely affect their businesses, operations, assets, properties, financial stability, business prospects or ability to Perform fully under this Contract, no later than ten (10) calendar days after becoming aware of or after they should have become aware of any such Claims.

## 47. Protection of Confidential Information

a. Contractor and Contractor Parties have a duty to and shall, at their own expense, protect from a Confidential Information Breach any and all Confidential Information which they come to possess or control, wherever and however stored or maintained, in a commercially reasonable manner in accordance with the highest current industry standards and best practices, as they may be amended from time to time.

b. Contractor and all Contractor Parties shall develop, implement and maintain a comprehensive written information security policy for the protection of Confidential Information that meets or exceeds current industry standards and best practices as they may be amended from time to time. The safeguards contained in the written information security policy must meet or exceed the standards for the protection of Confidential Information, and information of a similar character, as set forth in all applicable federal and State law and in written policy of the Client Agency or DAS concerning the confidentiality of Confidential Information. Such data-security program shall include, but not be limited to, the following:

1. A security policy for employees related to the storage, access and transportation of data containing Confidential Information;

2. Reasonable restrictions on access to records containing Confidential Information, including access to any locked storage where such records are kept and an auditable electronic system of logging and tracking the viewing, accessing or both of Confidential Information;

3. A process for reviewing policies and security measures at least annually;

4. Creating secure access controls to Confidential Information, including but not limited to passwords; and

5. Encrypting of Confidential Information that is stored on laptops, portable devices and storage media or that is being transmitted electronically.

c. Contractor and Contractor Parties shall notify DAS, the Client Agency and the Connecticut Office of the Attorney General as soon as practical, but no later than forty-eight (48) hours after discovery of the Confidential Information Breach as a result of an act or omission of Contractor or a Contractor Party. If a Confidential Information Breach has occurred which, in the sole opinion of the Client Agency after consultation with the Attorney General, constitutes a breach of security as defined in Connecticut General Statutes, § 36a- 701b, or otherwise (Breach), the Contractor shall, within three (3) Business Days after the notification, present a credit monitoring and protection plan that meets the requirements of Connecticut General Statutes, § 36a- 701b to the Commissioner of DAS, the Client Agency, and the Connecticut Office of the Attorney General, for review and approval. Such credit monitoring and protection plan shall be made available by the Contractor at its own cost and expense to all individuals affected by the Confidential Information Breach. Such credit monitoring or protection plan shall include, but is not limited to reimbursement for, the cost of placing and lifting one (1) security freeze per credit file pursuant to Connecticut General Statutes § 36a-701a. Such credit monitoring or protection plans shall be approved by the State in accordance with this Section and shall cover a length of time commensurate with the circumstances of the Breach. Neither Contractor's nor any Contractor Party's costs and expenses for the credit monitoring and protection plan shall be recoverable from DAS, the Client Agency, or any State of Connecticut entity or any affected individuals and shall be outside of any liability cap or limitation contained in this Contract.

d. Contractor shall incorporate the requirements of this Section in all subcontracts requiring each Contractor Party to safeguard Confidential Information in the same manner as provided for in this Section.

e. Nothing in this Section shall supersede in any manner Contractor's or Contractor Party's obligations pursuant to the provisions of this Contract concerning the obligations of the Contractor to the Client Agency or DAS.

f. The requirements of this Section shall survive the expiration or termination of this Agreement for any reason.

### 48. Confidentiality;  Non-Disclosure

The State shall exercise at least the same degree of care to safeguard any trade secrets or Confidential Information of Contractor as the State does its own property of a similar nature and shall take reasonable steps to ensure that neither the Confidential Information of Contractor nor any part of it will be disclosed for reasons other than its own business interests. Such prohibition on disclosures does not apply to disclosures by the State to its employees, agents or representatives, provided such disclosures are reasonably necessary to the State's use of the Deliverables, and provided further that the State will take all reasonable steps to ensure that the Deliverables are not disclosed by such parties in contravention of this Contract. The State's performance of the requirements of this Section shall be subject to the State of Connecticut Freedom of Information Act ("FOIA").

All Records, Client Agency Data, and any Data owned by the State in any form, in the possession of the Contractor or Contractor Parties, whether uploaded, collected, stored, held, hosted, located or utilized by Contractor and Contractor Parties directly or indirectly, must remain within the continental United States.

The requirements of this Section shall survive the expiration or termination of this Agreement for any reason.

### 49. Disclosure of Records Concerning Governmental Functions

This Contract may be subject to the provisions of Section 1-218 of the Connecticut General Statutes. In accordance with this statute, each contract in excess of two million five hundred thousand dollars between a public agency and a person for the performance of a governmental function shall (a) provide that the public agency is entitled to receive a copy of records and files related to the performance of the governmental function, and (b) indicate that such records and files are subject to FOIA and may be disclosed by the public agency pursuant to FOIA. No request to inspect or copy such records or files shall be valid unless the request is made to the public agency in accordance with FOIA. Any complaint by a person who is denied the right to inspect or copy such records or files shall be brought to the Freedom of Information Commission in accordance with the provisions of Sections 1-205 and 1-206 of the Connecticut General Statutes.

### 50. Contractor's Obligation to Notify DAS Concerning Public Records

In accordance with Conn. Gen. Stat. § 4d-38, if the Contractor or Contractor Parties learn of any violation of the provisions of Conn. Gen. Stat. §§ 4d-36 or 4d-37 they shall, no later than seven calendar days after learning of such violation, notify the Chief Information Officer of such violation.

### 51. General Assembly Access to Records

In accordance with Conn. Gen. Stat. § 4d-40, the Joint Committee on Legislative Management and each nonpartisan office of the General Assembly shall continue to have access to DAS records that is not less than the access that said committee and such offices have on July 1, 1997.

### 52. Profiting from Public Records

In accordance with Conn. Gen. Stat. § 4d-37, neither Contractor nor Contractor Parties shall sell, market or otherwise profit from the disclosure or use of any public records which are in their possession pursuant to this Contract or any contract, subcontract or amendment to a contract or subcontract, except as authorized in this Contract. For purposes of this Section, "public records" shall have the meaning set forth in Conn. Gen. Stat. § 1-200, as it may be modified from time to time.

### 53. Application of FOIA to Public Records Provided to Contractor

In accordance with Conn. Gen. Stat. § 4d-35, any public record which a state agency provides to Contractor or Contractor Parties shall remain a public record for the purposes of subsection (a) of Conn. Gen. Stat. § 1-210 and as to such public records, the State, Contractor and Contractor Parties shall have a joint and several obligation to comply with the obligations of the state agency under the Freedom of Information Act (FOIA), as defined in Conn. Gen. Stat. §1-200, provided that the determination of whether or not to disclose a particular record or type of record shall be made by such state agency.

### 54. Ownership Rights and Integrity of Public Records

In accordance with Conn. Gen. Stat. § 4d-34, (a) neither Contractor nor Contractor Parties shall have any Title in or to (1) any public records which the Contractor or Contractor Parties possess, modify or create pursuant to a contract, subcontract or amendment to a contract or subcontract, or (2) any modifications by such contractor, subcontractor, employee or agent to such public records; (b) neither Contractor nor Contractor Parties shall impair the integrity of any public records which they possess or create; and (c) public records which Contractor or Contractor Parties possess, modify or create pursuant to this Contract or other contract, subcontract or amendment to a contract or subcontract shall at all times and for all purposes remain the property of the State. For purposes of this Section, "public records" shall have the meaning set forth in Conn. Gen. Stat. § 4-33, as it may be modified from time to time.

### 55. Nondisclosure of Public Records

In accordance with Conn. Gen. Stat. § 4d-36, neither Contractor nor Contractor Parties shall disclose to the public any public records (a) which they possess, modify or create pursuant to this Contract or any contract, subcontract or amendment to a contract or subcontract and (b) that a state agency (1) is prohibited from disclosing pursuant to state or federal law in all cases, (2) may disclose pursuant to state or federal law only to certain entities or individuals or under certain conditions or (3) may withhold from disclosure pursuant to state or federal law. This provision shall not be construed to prohibit the Contractor from disclosing such public records to any Contractor Parties to carry out the purposes of its subcontract. For purposes of this section, "public records" shall have the meaning set forth in Conn. Gen. Stat. § 1-200, as it may be modified from time to time.

### 56. Audit and Inspection of Plants, Places of Business and Records

a. The State and its agents, including, but not limited to, the Connecticut Auditors of Public Accounts, Attorney General and State's Attorney and their respective agents, may, at reasonable hours, inspect and examine all of the parts of the Contractor's and Contractor Parties' plants and places of business which, in any way, are related to, or involved in, the Performance of this Contract.

b.  Contractor shall maintain, and shall require each Contractor Party to maintain, accurate and complete Records. Contractor shall make all of its and the Contractor Parties' Records available at all reasonable hours for audit and inspection by the State and its agents.

c.  The State shall make all requests for any audit or inspection in writing and shall provide the Contractor with at least fifteen (15) Business Days' notice prior to the requested audit and inspection date. If the State suspects fraud or other abuse, or in the event of an emergency, the State is not obligated to provide any prior notice.

d.  Contractor will reimburse the State for all costs and expenses of any audit or inspection which reveals information that at the conclusion of the State's audit or inspection, and after providing Contractor with reasonable opportunity to review and respond to the State's preliminary audit or inspection findings establishes a Breach by the Contractor under this Contract. The State agrees to conduct its audit or investigation in a commercially reasonable manner and make reasonable efforts to minimize the costs of its audit or inspection.

e.  Contractor shall keep and preserve or cause to be kept and preserved all of its and Contractor Parties' Records until three (3) years after the latter of (1) final payment under this Contract, or (2) the expiration or earlier termination of this Contract, as the same may be modified for any reason. The State may request an audit or inspection at any time during this period. If any Claim or audit is started before the expiration of this period, the Contractor shall retain or cause to be retained all Records until all Claims or audit findings have been resolved.

f.  Contractor shall cooperate fully with the State and its agents in connection with an audit or inspection. Following any audit or inspection, the State may conduct and the Contractor shall cooperate with an exit conference.

g.  Contractor shall incorporate this entire Section verbatim into any contract or other agreement that it enters into with any Contractor Party.

## 57. Audit Requirements for Recipients of State Financial Assistance

For purposes of this paragraph, the word "contractor" shall be deemed to mean "nonstate entity," as that term is defined in Section 4-230 of the Connecticut General Statutes. The Contractor shall provide for an annual financial audit acceptable to the Client Agency for any expenditure of state awarded funds made by the Contractor. Such audit shall include management letters and audit recommendations. The State Auditors of Public Accounts shall have access to all records and accounts for the fiscal year(s) in which the award was made. The Contractor will comply with federal and state single audit standards as applicable.

## 58. Indemnification and Limitation of Liability

a.  Contractor shall indemnify, defend and hold harmless the State and its officers, representatives, agents, servants, employees, successors and assigns from and against any and all (1) Claims of third parties arising, directly or indirectly, in connection with this Contract for the acts of commission or omission (collectively, the "Acts") of the Contractor or Contractor Parties; and (2) liabilities, damages, losses, costs and

expenses, including but not limited to, attorneys' and other professionals' fees, arising, directly or indirectly, in connection with Claims, Acts or this Contract. Contractor shall use counsel reasonably acceptable to the State in carrying out its obligations under this Section. Contractor's obligations under this Section to indemnify, defend and hold harmless against Claims includes Claims concerning confidentiality of any part of or all of the Contractor's bid, proposal or any Records, any intellectual property rights, other proprietary rights of any person or entity, copyrighted or non-copyrighted compositions, secret processes, patented or unpatented inventions, articles or appliances furnished or used in the Performance.

b.  Contractor shall not be responsible for indemnifying, defending or holding the State harmless from any liability arising due to the negligence of the State or any third party acting under the direct control or supervision of the State.

c.  Contractor shall reimburse the State for any and all damages to the real or personal property of the State caused by the Acts of Contractor or any Contractor Parties. The State shall give Contractor reasonable notice of any such Claims.

d.  Contractor's duties under this Section shall remain fully in effect and binding in accordance with the terms of this Contract, without being lessened or compromised in any way, even where the Contractor is alleged or is found to have merely contributed in part to the Acts giving rise to the Claims or where the State is alleged or is found to have contributed to the Acts giving rise to the Claims or both.

e.  Contractor shall carry and maintain at all times during the Term of this Contract, and during the time that any provisions survive the Term of this Contract, sufficient commercial general liability insurance to satisfy its obligations under this Contract. Contractor shall name the State as an additional insured on the policy and shall provide a copy of the policy to DAS prior to the Effective Date of this Contract. Contractor shall not begin Performance until the delivery of the policy to DAS. The State shall be entitled to recover under the insurance policy even if a body of competent jurisdiction determines that the Client Agency or the State was contributorily negligent.

f.  **Limitation of Liability**

Contractor's liability to the State shall be limited to $1,000,000 per Claim, except that for Contractor's breach of its data security privacy obligations, including, without limitation, protection of Confidential Information obligations in this Contract, Contractor's liability to the State for breach for its data security privacy obligations shall be limited to $2,000,000 per Claim.

The limitation of liability in this subparagraph f. under this Section 58 shall not limit Contractor's liability for:

1.    Any actual or alleged Claim that the Deliverables or Services infringe, misappropriate, or otherwise violate any intellectual property rights, including copyright and patent, by any software or other intangible deliverable, including open source software that may be included in the System, Deliverables, or Services provided under this Contract, or to any other liability for infringement of third party intellectual property rights;

2.  Claims arising against the State for bodily injury to persons or damage to real or tangible personal property caused by Contractor's negligence or willful misconduct; or

3.  Contractor's gross negligence or willful misconduct.

g.  Neither party shall be liable for consequential, special, punitive, or incidental damages, or lost profits from any cause under this Contract.

h.  This Section shall survive the Termination of this Contract and shall not be limited by reason of any insurance coverage.

## 59. Forum and Choice of Law

The parties deem this Contract to have been made in the City of Hartford, State of Connecticut. Both parties agree that it is fair and reasonable for the validity and construction of this Contract to be, and it shall be, governed by the laws and court decisions of the State of Connecticut, without giving effect to its principles of conflicts of laws. To the extent that any immunities provided by Federal law or the laws of the State of Connecticut do not bar an action against the State, and to the extent that these courts are courts of competent jurisdiction, for the purpose of venue, the complaint shall be made returnable to the Judicial District of Hartford only or shall be brought in the United States District Court for the District of Connecticut only, and shall not be transferred to any other court, provided, however, that nothing here constitutes a waiver or compromise of the sovereign immunity of the State of Connecticut. The Contractor waives any objection which it may now have or will have to the laying of venue of any Claims in any forum and further irrevocably submits to such jurisdiction in any suit, action or proceeding.

## 60. Reserved

## 61. Assignment

The Contractor shall not assign any of its rights or obligations under this Contract, voluntarily or otherwise, in any manner without the prior written consent of DAS.  DAS may void any purported assignment in violation of this Section and declare the Contractor in breach of Contract. Any Termination by DAS for a breach is without prejudice to DAS' or the State's rights or possible Claims.

## 62. Reserved

## 63. Americans with Disabilities Act

Contractor represents that it is familiar with the terms of the Americans with Disabilities Act, 42 U.S.C. §§12101 et seq, and that it is in compliance with the law. Failure of Contractor to satisfy this standard either now or during the Term as it may be amended will render this Contract voidable at the option of the State upon notice to Contractor. Contractor warrants that it will hold the State harmless from any liability that may be imposed upon the State as a result of any failure of Contractor to be in compliance with the Americans with Disabilities Act.

## 64. Executive Orders and Other Enactments

(a) All references in this Contract to any Federal, State, or local law, statute, public or special act, executive order, ordinance, regulation or code (collectively, "Enactments") shall mean Enactments that apply to the Contract at any time during its term, or that may be made applicable to the Contract during its Term. This Contract shall always be read and interpreted in accordance with the latest applicable wording and requirements of the Enactments.  Unless otherwise provided by Enactments, the Contractor is not relieved of its obligation to perform under this Contract if it chooses to contest the applicability of the Enactments or the Client Agency's authority to require compliance with the Enactments.

(b) This Contract is subject to the provisions of Executive Order No. Three of Governor Thomas J. Meskill, promulgated June 16, 1971, concerning labor employment practices, Executive Order No. Seventeen of Governor Thomas J. Meskill, promulgated February 15, 1973, concerning the listing of employment openings and Executive Order No. Sixteen of Governor John G. Rowland promulgated August 4, 1999, concerning violence in the workplace, all of which are incorporated into and are made a part of this Contract as if they had been fully set forth in it.

(c) This Contract may be subject to (1) Executive Order No. 14 of Governor M. Jodi Rell, promulgated April 17, 2006, concerning procurement of cleaning products and services; and (2) Executive Order No. 61 of Governor Dannel P. Malloy promulgated December 13, 2017 concerning the Policy for the Management of State Information Technology Projects, as issued by the Office of Policy and Management, Policy ID IT-SDLC-17-04. If any of the Executive Orders referenced in this subsection is applicable, it is deemed to be incorporated into and made a part of this Contract as if fully set forth in it.

## 65. Non Discrimination

a. For purposes of this Section, the following terms are defined as follows:

1. "Commission" means the Commission on Human Rights and Opportunities;

2. "Contract" and "contract" include any extension or modification of this Contract;

3. "Contractor" and "contractor" include any successors or assigns of the Contractor or contractor;"

4. "Gender identity or expression" means a person's gender-related identity, appearance or behavior, whether or not that gender related identity, appearance or behavior is different from that traditionally associated with the person's physiology or assigned sex at birth, which gender-related identity can be shown by providing evidence including, but not limited to, medical history, care or treatment of the gender-related identity, consistent and uniform assertion of the gender related identity or any other evidence that the gender-related identity is sincerely held, part of a person's core identity or not being asserted for an improper purpose;

5. "good faith" means that degree of diligence which a reasonable person would exercise in the performance of legal duties and obligations;

6. "good faith efforts" shall include, but not be limited to, those reasonable initial efforts necessary to comply with statutory or regulatory requirements and additional or substituted efforts when it is determined that such initial efforts will not be sufficient to comply with such requirements;

7. "marital status" means being single, married as recognized by the state of Connecticut, widowed, separated or divorced;

8. "mental disability" means one or more mental disorders, as defined in the most recent edition of the American Psychiatric Association's "Diagnostic and Statistical Manual of Mental Disorders", or a record of or regarding a person as having one or more such disorders;

9. "minority business enterprise" means any small contractor or supplier of materials fifty-one percent or more of the capital stock, if any, or assets of which is owned by a person or persons: (1) who are active in the daily affairs of the enterprise, (2) who have the power to direct the management and policies of the enterprise, and (3) who are members of a minority, as such term is defined in subsection (a) of Connecticut General Statutes § 32-9n; and

10. "public works contract" means any agreement between any individual, firm or corporation and the State or any political subdivision of the State other than a municipality for construction, rehabilitation, conversion, extension, demolition or repair of a public building, highway or other changes or improvements in real property, or which is financed in whole or in part by the State, including, but not limited to, matching expenditures, grants, loans, insurance or guarantees.

b. For purposes of this Section, the terms "Contract" and "contract" do not include a contract where each contractor is (1) a political subdivision of the State, including, but not limited to, a municipality, unless the contract is a municipal public works contract or quasi-public agency project contract, (2) any other state, including but not limited to any federally recognized Indian tribal governments, as defined in C.G.S. § 1-267, (3) the federal government, (4) a foreign government, or (5) an agency of a subdivision, state or government described in the immediately preceding enumerated items (1), (2), (3),or (4).

1. The Contractor agrees and warrants that in the Performance of this Contract such Contractor will not discriminate or permit discrimination against any person or group of persons on the grounds of race, color, religious creed, age, marital status, national origin, ancestry, sex, gender identity or expression, status of a veteran, intellectual disability, mental disability or physical disability, including, but not limited to, blindness, unless it is shown by such Contractor that such disability prevents performance of the work involved, in any manner prohibited by the laws of the United States or of the State of Connecticut; and the Contractor further agrees to take affirmative action to ensure that applicants with job-related qualifications are employed and that employees are treated when employed without regard to their race, color, religious creed, age, marital status, national origin, ancestry, sex, gender identity or expression, status of a veteran, intellectual disability, mental disability or physical disability, including, but not limited to, blindness, unless it is shown by the Contractor that such disability prevents performance of the work involved;

2. the Contractor agrees, in all solicitations or advertisements for employees placed by

or on behalf of the Contractor, to state that it is an "affirmative action equal opportunity employer" in accordance with regulations adopted by the Commission;

3. the Contractor agrees to provide each labor union or representative of workers with which the Contractor has a collective bargaining Agreement or other contract or understanding and each vendor with which the Contractor has a contract or understanding, a notice to be provided by the Commission, advising the labor union or workers' representative of the Contractor's commitments under this Section and to post copies of the notice in conspicuous places available to employees and applicants for employment;

4. the Contractor agrees to comply with each provision of this Section and Connecticut General Statutes §§ 46a-68e and 46a- 68f and with each regulation or relevant order issued by said Commission pursuant to Connecticut General Statutes §§ 46a-56, 46a-68e and 46a-68f; and

5. the Contractor agrees to provide the Commission on Human Rights and Opportunities with such information requested by the Commission, and permit access to pertinent books, records and accounts, concerning the employment practices and procedures of the Contractor as relate to the provisions of this Section and Connecticut General Statutes § 46a-56. If the contract is a public works contract, the Contractor agrees and warrants that he will make good faith efforts to employ minority business enterprises as subcontractors and suppliers of materials on such public works projects.

c.  Determination of the Contractor's good faith efforts shall include, but shall not be limited to, the following factors: The Contractor's employment and subcontracting policies, patterns and practices; affirmative advertising, recruitment and training; technical assistance activities and such other reasonable activities or efforts as the Commission may prescribe that are designed to ensure the participation of minority business enterprises in public works projects.

d.  The Contractor shall develop and maintain adequate documentation, in a manner prescribed by the Commission, of its good faith efforts.

e.  The Contractor shall include the provisions of subsection (b) of this Section in every subcontract or purchase order entered into in order to fulfill any obligation of a contract with the State and such provisions shall be binding on a subcontractor, vendor or manufacturer unless exempted by regulations or orders of the Commission. The Contractor shall take such action with respect to any such subcontract or purchase order as the Commission may direct as a means of enforcing such provisions including sanctions for noncompliance in accordance with Connecticut General Statutes §46a-56; provided if such Contractor becomes involved in, or is threatened with, litigation with a subcontractor or vendor as a result of such direction by the Commission, the Contractor may request the State of Connecticut to enter into any such litigation or negotiation prior thereto to protect the interests of the State and the State may so enter.

f.  The Contractor agrees to comply with the regulations referred to in this Section as they exist on the date of this Contract and as they may be adopted or amended from time to time during the Term of this Contract and any amendments thereto.

g. 1.     The Contractor agrees and warrants that in the Performance of this Contract such Contractor will not discriminate or permit discrimination against any person or group of persons on the grounds of sexual orientation, in any manner prohibited by the laws of the United States or the State of Connecticut, and that employees are treated when employed without regard to their sexual orientation;

2.     the Contractor agrees to provide each labor union or representative of workers with which such Contractor has a collective bargaining Contract or other contract or understanding and each vendor with which such Contractor has a contract or understanding, a notice to be provided by the Commission on Human Rights and Opportunities advising the labor union or workers' representative of the Contractor's commitments under this Section, and to post copies of the notice in conspicuous places available to employees and applicants for employment;

3.     the Contractor agrees to comply with each provision of this Section and with each regulation or relevant order issued by said Commission pursuant to Connecticut General Statutes §46a-56; and

4.     the Contractor agrees to provide the Commission on Human Rights and Opportunities with such information requested by the Commission, and permit access to pertinent books, records and accounts, concerning the employment practices and procedures of the Contractor which relate to the provisions of this Section and Connecticut General Statutes §46a-56.

h.    The Contractor shall include the provisions of the foregoing paragraph in every subcontract or purchase order entered into in order to fulfill any obligation of a contract with the State and such provisions shall be binding on a subcontractor, vendor or manufacturer unless exempted by regulations or orders of the Commission. The Contractor shall take such action with respect to any such subcontract or purchase order as the Commission may direct as a means of enforcing such provisions including sanctions for noncompliance in accordance with Connecticut General Statutes § 46a-56; provided, if such Contractor becomes involved in, or is threatened with, litigation with a subcontractor or vendor as a result of such direction by the Commission, the Contractor may request the State of Connecticut to enter into any such litigation or negotiation prior thereto to protect the interests of the State and the State may so enter.

i.    Pursuant to subsection (c) of section 4a-60 and subsection (b) of section 4a-60a of the Connecticut General Statutes, the Contractor, for itself and its authorized signatory of this Contract, affirms that it understands the obligations of this section and that it will maintain a policy for the duration of the Contract to assure that the Contract will be performed in compliance with the nondiscrimination requirements of such sections. The Contractor and its authorized signatory of this Contract demonstrate their understanding of this obligation by (A) having provided an affirmative response in the required online bid or response to a proposal question which asks if the contractor understands its obligations under such sections, (B) signing this Contract, or (C) initialing this

nondiscrimination affirmation in the following box: ☐

## 66. Reserved

## 67. Whistleblower Provision

This Contract may be subject to the provisions of Section 4-61dd of the Connecticut General Statutes. In accordance with this statute, if an officer, employee or appointing authority of the Contractor takes or threatens to take any personnel action against any employee of the Contractor in retaliation for such employee's disclosure of information to any employee of the contracting state or quasi-public agency or the Auditors of Public Accounts or the Attorney General under the provisions of such statute, Contractor shall be liable for a civil penalty of not more than five thousand dollars for each offense, up to a maximum of twenty percent of the value of this Contract. Each violation shall be a separate and distinct offense and in the case of a continuing violation, each calendar day's continuance of the violation shall be deemed to be a separate and distinct offense. The State may request that the Attorney General bring a civil action in the Superior Court for the Judicial District of Hartford to seek imposition and recovery of such civil penalty. In accordance with such statute, each large state contractor, as defined in the statute, shall post a notice of the provisions of the statute relating to large state contractors in a conspicuous place which is readily available for viewing by the employees of the Contractor.

## 68. Summary of State Ethics Laws

Pursuant to the requirements of section 1-101qq of the Connecticut General Statutes (a) the State has provided to the Contractor the summary of State ethics laws developed by the State Ethics Commission pursuant to section 1-81b of the Connecticut General Statutes, which summary is incorporated by reference into and made a part of this Contract as if the summary had been fully set forth in this Contract; (b) the Contractor represents that the chief executive officer or authorized signatory of the Contract and all key employees of such officer or signatory have read and understood the summary and agree to comply with the provisions of state ethics law; (c) prior to entering into a contract with any subcontractors or consultants, the Contractor shall provide the summary to all subcontractors and consultants and each such contract entered into with a subcontractor or consultant on or after July 1, 2021, shall include a representation that each subcontractor or consultant and the key employees of such subcontractor or consultant have read and understood the summary and agree to comply with the provisions of state ethics law; (d) failure to include such representations in such contracts with subcontractors or consultants shall be cause for Termination of the Contract; and (e) each contract with such contractor, subcontractor or consultant shall incorporate such summary by reference as a part of the contract terms.

## 69. Campaign Contribution Restriction

For all State contracts, defined in section 9-612 of the Connecticut General Statutes as having a value in a calendar year of $50,000 or more, or a combination or series of such agreements or contracts having a value of $100,000 or more, the authorized signatory to this Contract represents that they have received the State Elections Enforcement Commission's notice advising state contractors of state campaign contribution and solicitation prohibitions, and will inform its principals of the contents of the notice.

## 70. Reserved

## 71. Reserved

## 72. Reserved

**73. Reserved**

**74. Force Majeure**

   a.  The parties shall not be excused from their respective Contract obligations except in the case of Force Majeure Events and as otherwise provided for in this Contract.

   b.  If a Force Majeure Event prevents a party from complying with any obligation or satisfying any conditions under this Contract, then that failure to comply will not constitute a Breach if (A) that party uses reasonable efforts to comply; (B) that party's failure to comply is not due to its failure to (i) take reasonable measures to protect itself against Force Majeure Events or (ii) develop and maintain a reasonable contingency plan to respond to Force Majeure Events; and (C) that party complies with its obligations under subsection (c) of this Section.

   c.  If a Force Majeure Event occurs, then the noncomplying party shall promptly notify the other party of occurrence of that Force Majeure Event, its effect on its obligations under this Contract, and how long the noncomplying party expects the noncompliance to last. Thereafter, the noncomplying party shall update that information as reasonably necessary, or as the other party may reasonably request, whichever is more frequent. During a Force Majeure Event, the noncomplying party shall use reasonable efforts to limit damages to the other party and to resume complying with its Performance and obligations under this Contract.

   d.  Failure to provide written notice of any Force Majeure Event as soon as the failing party becomes aware of it, or failure by the other party to Act in response to the notice, does not excuse any delays or failures in Performance or obligations.

**75. Notice**

   a.  All notices, demands, requests, consents, approvals or other communications required or permitted to be given or which are given with respect to this Contract (for the purpose of this Section collectively called "Notices") shall be deemed to have been effected at such time as the notice is placed in the U.S. mail, first class and postage pre-paid, return receipt requested or placed with a recognized, overnight express delivery service that provides for a return receipt.  All such Notices shall be in writing and shall be addressed as follows:

   If to DAS:
   State of Connecticut Department of Administrative Services
   Procurement Division
   450 Columbus Boulevard, Suite 1202
   Hartford, CT 06103
   Attention:  Susanne Hawkins


   If to the Contractor:
   AAMVA

4401 Wilson Boulevard, Suite 700
Arlington, VA 22203
Attn: Harold Gollos

b.  Details regarding invoices and all technical or day-to-day administrative matters pertaining to this Contract shall be directed to:

Client Agency:  The individual specified in the applicable Purchase Order.

Contractor:  The individual designated by Contractor in the response to the Solicitation or as the Contractor may otherwise designate in writing to the Client Agency.

## 76. Headings

The headings given to the Sections in this Contract are inserted only for convenience and are in no way to be construed as part of this Contract or as a limitation of the scope of the particular Section to which the heading refers.

## 77. Number and Gender

Whenever the context so requires, the plural or singular shall include each other and the use of any gender shall include all genders.

## 78.  Amendments, Supremacy, Entirety of Contract

No amendment to or modification of this Contract shall be valid or binding unless made in writing, signed by the parties and, if applicable, approved by the Connecticut Attorney General.  Any and all Purchase Orders, Statements of Work or other documents authorized in connection with this Contract shall be subject to the terms of this Contract. Any additional terms within any such Purchase Order, Statement of Work, or other document that contradict the terms of this Contract shall have no force or effect and shall in no way affect, change or modify any of the terms of this Contract. This Contract contains the complete and exclusive statement of the terms agreed to by the parties.

## 79. Severability

If any term or provision of this Contract or its application to any person, entity or circumstance shall, to any extent, be held to be invalid or unenforceable, the remainder of this Contract or the application of such term or provision shall not be affected as to persons, entities or circumstances other than those as to whom or to which it is held to be invalid or unenforceable. Each remaining term and provision of this Contract shall be valid and enforced to the fullest extent possible by law.

## 80. Risk of Loss and Insurance

The State shall not be liable to Contractor for any risk of Deliverable loss or damage while Deliverables are in transit, or while in the Client Agency's possession, except when such loss or damage is due directly to the Client Agency's negligence or intentional misconduct. Nothing in this Section is intended nor shall it be construed, in any manner, as waiving or

compromising the sovereign immunity of the State.

The insurance required by this Section shall be written on an occurrence basis as opposed to a "claims made" basis and shall be on such forms, and contain such endorsements and terms, as shall be acceptable to DAS.

Before commencing Performance, the Contractor shall obtain and maintain at its own cost and expense for the Term of this Contract, the insurance described below.  Contractor shall assume any and all deductibles in the described insurance policies.  The Contractor's insurers shall have no right of recovery or subrogation against the State and the described Contractor's insurance shall be primary coverage.  Any failure to comply with the claim reporting provisions of the policy shall not affect coverage provided to the State.

### a. Commercial General Liability

Throughout the Term and during the time that any provisions survive the Term, Contractor shall maintain, at Contractor's sole cost and expense, a policy or policies of commercial general liability insurance, including contractual liability coverage, in an amount not less than $1,000,000 for all damages arising out of bodily injuries to, or death of, all persons and injuries to or destruction of property, in any one accident or occurrence, and, subject to that limit per accident, a total (or aggregate) limit of $2,000,000 per occurrence for all damages arising out of bodily injuries to, or death of, all persons and injuries to or destruction of property per policy period. The Contractor shall cause the State and its officers, agents and employees to be named as an additional insureds on the policy and shall provide (1) a certificate of insurance (2) the declaration page and (3) the additional insured endorsement to the policy to DAS all in an electronic format acceptable to DAS prior to the Effective Date evidencing such coverage. The Contractor shall not begin Performance until the delivery of these 3 documents to DAS. Contractor shall provide an annual electronic update of the 3 documents to DAS on or before each anniversary of the Effective Date during the Term. The State shall be entitled to recover under the insurance policy even if a body of competent jurisdiction determines that the State is contributorily negligent.

### b. Automobile Liability

$1,000,000 combined single limit per accident for bodily injury and property damage. Coverage extends to owned, hired and non-owned automobiles. If the Contractor does not own an automobile, but one is used in the execution of this Contract, then only hired and non-owned coverage is required.  If a vehicle is not used in the execution of this Contract, then automobile coverage is not required.

### c. Workers' Compensation and Employer's Liability

Contractor shall maintain Worker's Compensation and Employer's Liability insurance in compliance with the laws of the state of Connecticut, which coverage shall include Employer's Liability coverage with minimum limits of $100,000 for each accident, $500,000 for disease, and $100,000 for each employee, per policy period.

### d. Excess / Umbrella Liability

Excess/umbrella liability insurance may be included to meet minimum requirements. Umbrella coverage must indicate the existing underlying insurance coverage.

**e. Information Security Privacy**

Throughout the Term, Contractor shall carry, at Contractor's sole cost and expense, an information security and privacy Insurance policy with limits not less than $2,000,000 per occurrence or claim, $2,000,000 annual aggregate. Coverage shall be sufficiently broad to respond to the duties and obligations as is undertaken by Contractor in this Contract and shall include, but not limited to, claims involving security breach, system failure, data recovery, business interruption, cyber extortion, social engineering, infringement of intellectual property, including infringement of copyright, trademark, trade dress, invasion of privacy violations information theft, damage to or destruction of electronic information, release of private information, and alteration of electronic information. The policy shall provide coverage for breach response costs, regulatory fines and penalties as well as credit monitoring expenses.

## 81. Chief Information Officer Approval of Subcontractors

In accordance with Conn. Gen. Stat. § 4d-32, Contractor shall not award a subcontract for work under this Contract without having first obtained the written approval of the Chief Information Officer of the Department of Administrative Services or their designee of the selection of the subcontractor and of the provisions of the subcontract.

## 82. Iran Energy Investment Certification

(a) Pursuant to section 4-252a of the Connecticut General Statutes, the Contractor certifies that it has not made a direct investment of twenty million dollars or more in the energy sector of Iran on or after October 1, 2013, as described in Section 202 of the Comprehensive Iran Sanctions, Accountability and Divestment Act of 2010, and has not increased or renewed such investment on or after said date . SAME

(b) If the Contractor makes a good faith effort to determine whether it has made an investment described in subsection (a) of this section then the Contractor shall not be deemed to be in breach of the Contract or in violation of this section. A "good faith effort" for purposes of this subsection includes a determination that the Contractor is not on the list of persons who engage in certain investment activities in Iran created by the Department of General Services of the State of California pursuant to Division 2, Chapter 2.7 of the California Public Contract Code. Nothing in this subsection shall be construed to impair the ability of the State agency or quasi-public agency to pursue a breach of contract action for any violation of the provisions of the Contract.

## 83. Large State Contract Representation for Contractor

Pursuant to section 4-252 of the Connecticut General Statutes and Acting Governor Susan Bysiewicz Executive Order No. 21-2, promulgated July 1, 2021, the Contractor, for itself and on behalf of all of its principals or key personnel who submitted a bid or proposal, represents:

(1)     That no gifts were made by (A) the Contractor, (B) any principals and key

personnel of the Contractor, who participate substantially in preparing bids, proposals or negotiating State contracts, or (C) any agent of the Contractor or principals and key personnel, who participates substantially in preparing bids, proposals or negotiating State contracts, to (i) any public official or State employee of the State agency or quasi-public agency soliciting bids or proposals for State contracts, who participates substantially in the preparation of bid solicitations or requests for proposals for State contracts or the negotiation or award of State contracts, or (ii) any public official or State employee of any other State agency, who has supervisory or appointing authority over such State agency or quasi-public agency;

(2)    That no such principals and key personnel of the Contractor, or agent of the Contractor or of such principals and key personnel, knows of any action by the Contractor to circumvent such prohibition on gifts by providing for any other principals and key personnel, official, employee or agent of the Contractor to provide a gift to any such public official or State employee; and

(3)    That the Contractor is submitting bids or proposals without fraud or collusion with any person.

## 84. Large State Contract Representation for Official or Employee of State

Pursuant to section 4-252 of the Connecticut General Statutes and Acting Governor Susan Bysiewicz Executive Order No. 21-2, promulgated July 1, 2021, the State agency official or employee represents that the selection of the person, firm or corporation was not the result of collusion, the giving of a gift or the promise of a gift, compensation, fraud or inappropriate influence from any person.

## 85. Consumer Data Privacy and Online Monitoring

Pursuant to section 4 of Public Act 23-16 of the Connecticut General Assembly, Contractor shall at all times comply with all applicable provisions of sections 42-515 to 42-525, inclusive, of the Connecticut General Statutes, as the same may be revised or modified.

### 86. Consulting Agreements Representation

Pursuant to section 4a-81 of the Connecticut General Statutes, the Contractor represents that it has not entered into any consulting agreements in connection with this Contract, except for the agreements listed below.  "Consulting agreement" means any written or oral agreement to retain the services, for a fee, of a consultant for the purposes of (A) providing counsel to a contractor, vendor, consultant or other entity seeking to conduct, or conducting, business with the State, (B) contacting, whether in writing or orally, any executive, judicial, or administrative office of the State, including any department, institution, bureau, board, commission, authority, official or employee for the purpose of solicitation, dispute resolution, introduction, requests for information, or (C) any other similar activity related to such contracts. "Consulting agreement" does not include any agreements entered into with a consultant who is registered under the provisions of chapter 10 of the Connecticut General Statutes as of the date such contract is executed in accordance with the provisions of section 4a-81 of the Connecticut General Statutes.

_____          _____
Consultant's Name and Title              Name of Firm (if applicable)

_____    _____        _____
Start Date              End Date                     Cost

The basic terms of the consulting agreement are: _____
_____
_____

Description of Services Provided: _____
_____
_____

Is the consultant a former State employee or former public official?☐  YES      ☐  NO
If YES:_____        _____
        Name of Former State Agency        Termination Date of Employment

The parties are executing this Contract on the date below their respective signatures.

**American Association of Motor**
**Vehicle Administrators (AAMVA)**

BY: __Wendy Sibley__ Digitally signed by Wendy Sibley
Date: 2024.04.11 15:00:57 -04'00'

Name: Wendy Sibley

Title:  Chief Financial Officer
Duly Authorized

Date: ___4/11/2024_____

**STATE OF CONNECTICUT**
**Department of Administrative Services**

BY: __Mark Raymond__ Digitally signed by Mark Raymond
Date: 2024.04.15 10:00:43 -04'00'

Name:  Mark Raymond

Title: Chief Information Officer
Duly Authorized

Date: __4/15/2024_____

APPROVED AS TO FORM
STATE OF CONNECTICUT
Office of the Attorney General

BY: __Jeffrey Zeman__ Digitally signed by Jeffrey Zeman
Date: 2024.04.30 17:00:53 -04'00'

Name:  Jeffrey Zeman
Title:   Assistant Attorney General

Date: _____

**38** of **38**

State of Connecticut

**Contract #: 20PSX0075**
**EXHIBIT A**

**DESCRIPTION OF DELIVERABLES**

**A. Scope of Services:**

The Contractor shall provide the Client Agency with data exchange systems for verification of driver, vehicle and identity information, interface software and network services.

**B. Contractor shall provide the following Deliverables:**

a) Develop and maintain information technology systems that facilitate the electronic exchange of driver, vehicle, and identity information.

b) Provide data exchange application software for messages, communicating via the AAMVAnet, the Contractor's telecommunication network.

c) Provide Open Text Interchange Services for information exchange of state motor vehicle agency (MVA) data between states and messaging tools.

d) Provide and develop any additional data exchange applications that are federally mandated or required by law.

e) Provide the Unified Network Interfaces Software (UNI). The UNI enables the AAMVAnet to interface between the Client Agency's system to share information and data securely.

**C. Contractor shall provide Client Agency with unlimited access to the following systems:**

1. **Commercial Driver's License Information System (CDLIS)**:  A system that enables the Client Agency to confirm that a commercial driver license holder has only one driver license and one complete driver record. CDLIS is used to:

      I. Transmit out-of-state convictions and withdrawals;
     II. Transfer the driver records when a commercial driver license holder moves to another state; and
    III. Respond to requests for driver status and history.

 The Contractor shall credit the Client Agency's monthly invoice as a line item in the total amount of $2,943.82 to offset the monthly cost of the Ethernet Access Dual 1M port, Single Router connection. If this credit amount changes or terminates AAMVA will provide Client Agency with written advance notice.

2. **Commercial Skills Test Information Management System (CSTIMS)**:  A system that allows Client Agency and third-party examiners to track the scheduling and results of skills tests administered by the Commercial driver license (CDL) program to a commercial driver license applicant by another jurisdiction. Additional provisions concerning CSTIMS are attached as Attachment 1 – CSTIMS Additional Provisions.

State of Connecticut

**Contract #: 20PSX0075**
**EXHIBIT A**

**DESCRIPTION OF DELIVERABLES**

3. **Driver's License Data Verification System (DLDV System)**: The DLDV System verifies data contained in driver license, driver permit and identification card documents (Driver License Data) against the databases of the issuing MVA.  Additional provisions are attached as Attachment 2 – DLDV Additional Provisions.

4. **Help America Vote Verification (HAVV):** A system that verifies voter registration and identity information with the Social Security Administration (SSA).

   Pursuant to an agreement between SSA and the Contractor, SSA  provides an invoice to the Contractor at the commencement of each of AAMVA's fiscal years, setting forth the projected cost of all HAVV transactions. The Contractor then calculates the projected costs attributable to each jurisdiction by dividing the invoice amount by the number of jurisdictions participating in HAVV. The Contractor will then charge the Client Agency this amount as a one-time fee on each August or September invoice. At the end of the year, SSA automatically provides the Contractor a reconciliation and all supporting documentation. If the estimate at the commencement of each fiscal year was too high, then SSA issues the Contractor a refund and Contractor, in turn, shall reimburse the Client Agency on the next issued invoice. If the estimate was too low, SSA invoices the Contractor the difference and the Contractor shall then add the additional cost to the next Client Agency invoice.

5. **National Motor Vehicle Titling Information System (NMVTIS)**:  A system that contains automobile information from states, insurance carriers and the salvage industry. The NMVTIS system verifies information on the title paperwork with the electronic data against the electronic data from the issuing state of the title.

6. **Problem Driver Pointer System (PDPS)**:  A system that allows the Client Agency to search the National Driver Register (NDR) data.  The NDR is a repository of information on problem drivers provided by all 51 U.S. jurisdictions. Based on information received as a result of a NDR search, PDPS "points" the inquiring MVA to the state of record (SOR), where an individual's driver status and history information is stored. Based on the information received from the SOR, the issuing MVA decides if the applicant is eligible to receive a new or renewed driver license.

   Contractor shall not charge the Client Agency for use of the PDPS. The PDPS service is currently supported by a Cooperative Agreement between the Contractor and the National Highway Traffic Safety Administration (NHTSA) which allows participation in the PDPS system free of charge.

7. **Social Security Number Online Verification (SSOLV)**: A system run in conjunction with the SSA. The Client Agency may submit in real time an inquiry to the SSA via SSOLV to verify a driver's social security number, name and date of birth.

8. **State-to-State Verification Service (S2S)**: S2S system enables jurisdictions participating in the S2S program (Participating Jurisdictions) to determine whether an applicant for a driver license or identification card (DL/ID) holds a driver license or identification card issued by another Participating Jurisdiction. Additional provisions are attached as Attachment 3 – S2S Additional Provisions.

Page **2** of **3**

State of Connecticut

## Contract #: 20PSX0075
## EXHIBIT A

### DESCRIPTION OF DELIVERABLES

9.  **Verification of Lawful Status (VLS)**: A system that is integrated into the MVA's driver licensing and ID card issuing systems and provides an interface to the Systematic Alien Verification for Entitlements (SAVE) system to verify the lawful status of driver license and identification card applicants. The SAVE program is an intergovernmental initiative designed to aid federal, state and local benefit-issuing agencies and licensing bureaus in verifying an applicant's immigration status.

D.  **Contractor shall provide the following network services:**

1.  **Verizon Business Managed Services**: Secure network services including connectivity to the Verizon Business PIP network, backup and redundancy for network connectivity and managed firewall services.

2.  **Verizon Multi-Protocol Label Switching (MPLS) Services**: A private and secure network environment utilizing a layer 3 MLPS core that provides an integrated, secure and scalable network infrastructure. MPLS provides Verizon Dual 256K PIP telecommunications to connect to CDLIS.

**Attachment 1**
CSTIMS Additional Provisions

1. **Use of the Service.** Client Agency shall use CSTIMS for the sole purpose of managing information and records related to the knowledge and skills test portions of the Commercial Driver License ("CDL") program operated under the oversight of the Federal Motor Carrier Safety Administration "(FMCSA").

2. **Fees.** CSTIMS is currently supported by funds Contractor receives in the form of an annual grant from FMCSA of the Department of Transportation. Contractor shall not charge the Client Agency any fees while CSTIMS is supported by the annual FMCSA grant. Should FMCSA not renew the grant funding Contractor shall establish a fee on 12 months' prior written notice.

3. **Compliance.** Client Agency shall use CSTIMS in accordance with the terms and conditions in this Attachment 1, all applicable CDL regulations, the Driver Privacy Protection Act, and any applicable State and Federal laws and regulations.

4. **Information Ownership**. Client Agency has ownership of the information it enters into CSTIMS. Client Agency acknowledges that it has no rights of ownership with respect to any other data it accesses through the use of CSTIMS.

5. **Security, Confidentiality and Privacy**. CSTIMS data includes personal identifiable information that can be used on its own or with other information to identify, contact, or locate a single person, or to identify an individual in context ("PII"). Client Agency acknowledges that such information is sensitive and confidential. Client Agency shall implement all necessary administrative, technical and physical safeguards to prevent unauthorized use or disclosure of PII in accordance with all applicable Federal and State privacy protection requirements.

   1. Client Agency shall restrict access to CSTIMS Web user interface to those persons who require such access to perform their official duties. Client Agency shall:

      i. Immediately disable accounts upon resignation/termination, or when access is no longer needed.

      ii. Conduct a review of access accounts at least every 120 days to ensure that any obsolete accounts are disabled.

      iii. Monitor use of accounts having access to CSTIMS information.

   2. Client Agency shall enter into written agreements with any independent contractors or organizations working on behalf of Client Agency and using CSTIMS services including, without limitation, third party testers such as organizations contracted by the Client Agency to administer driving tests on behalf of the Client Agency under which such contractors and organizations shall comply with the provisions of this Section 5 (Security, Confidentiality and Privacy) of this Attachment 1.

   3. Client Agency or its Users shall connect to CSTIMS services over the public internet using a compatible browser.

6. **Integration with Tablet Solutions**. The following shall apply to Client Agency's interfacing tablet solutions with CSTIMS, either internally, or through a tablet solution contractor:

   1. Contractor shall conduct a certification test of the table solution based on its own structured test prior to the Client Agency implementing the solution in the

Page **1** of **2**

**<u>Attachment 1</u>**

CSTIMS Additional Provisions

production environment.

2. Contractor may require changes to the business rules governing its CDL testing program and may require modification of the tablet solution. In such an event, Contractor shall conduct are-certification test of the integration prior to implementing the solution in the production environment.

3. Should Client Agency rely on a tablet solution contractor, Client Agency shall not provide such contractor to access CSTIMS in order to protect the confidentiality of the CSTIMS data.

**Attachment 2**
DLDV Additional Provisions

1. **Purpose and Participants.**

    1. Client Agency shall provide authorized Participants with the capability of receiving select verified data contained in driver license, driver permit and identification card documents ("Driver License Data") in the DLDV System in order to help identity theft and fraud.

    2. Participants: means organizations or governmental entities that enter into an agreement with Contractor to utilize the DLDV System and are in compliance with the terms and conditions of that agreement and applicable information privacy and security policies established by Contractor.

2. **Key Operational Characteristics of the DLDV System.**

    1. The DLDV System is based on request data provided by Participants with respect to inquiry subjects, and data records provided by Client Agency that are matched by the Contractor's verification engine.

    2. The DLDV System verifies Driver License Data elements submitted by Participants and made available by the Client Agency, from among the following data elements:

        i. date of birth;

        ii. document number;

        iii. last name;

        iv. first name;

        v. middle name;

        vi. name suffix;

        vii. state code;

        viii. address;

        ix. document type;

        x. expiration date;

        xi. eye color;

        xii. gender;

        xiii. height; and

        xiv. weight.

    3. After Participants transmit inquiry information from among the foregoing data fields to Contractor, the Contractor shall send a request for a driver status inquiry to Client Agency. Client Agency shall respond to the request with data from the driver license or identification card document record. Contractor shall then attempt to match the data elements on the Participant's inquiry against the document holder's record provided by Client Agency. If Client Agency is not able to locate the driver record requested by Contractor, then Client Agency shall return a no match or similar response.

3. **Responsibilities of the Parties with Respect to DLDV System, Data Update and Coordination.**

   1. Client Agency shall:

      i. Continue to operate the driver status inquiry system that it has in operation on the effective date of this Contract;

      ii. Upon receipt of a request for driver status inquiry verification originated by a Participant with respect to an inquiry subject, provide pertinent Driver License Data in accordance with DLDV System specifications; and

      iii. Be responsible for all costs associated with the ongoing maintenance of Client Agency's internal processing capability of the driver status inquiry transactions related to the operation of the DLDV System.

   2. Contractor shall:

      i. Operate and maintain those elements of the DLDV System between the interface through which Client Agency connects to the DLDV System and the interface through which Participants connect to the DLDV System.

      ii. Restrict use of the DLDV System to Participants who have entered into a DLDV services agreement with the Contractor and who use the DLDV System in a manner that promotes compliance with applicable privacy and data security requirements.

      iii. Be responsible for all costs associated with development and ongoing maintenance of the DLDV System identified in section 3.b.i as well as enhancement costs determined by Contractor to be necessary or appropriate.

      iv. Remit payment of Royalty fees described in the below Section 6 (Royalty Fees).

4. **Obligations of the Parties Concerning Privacy and Data Security**.

   1. Contractor and Client Agency shall comply with the Driver Privacy Protection Act (DPPA; 18 U.S.C. 2721 et seq.), Federal Information Processing Standards and pertinent provisions of the Federal Information Security Management Act (44 U.S.C. 3541 et seq.), the DLDV Privacy Policy (the current version of the DLDV Privacy Policy as of the Effective Date is attached to this Attachment 2 as Appendix 1) and the security policies of Contractor and the Client Agency.

   2. Contractor shall not store any Confidential Information after performing the verification check. Contractor shall only log message header data and envelope information for monitoring and billing purposes and the response indicators for the purposes of evaluating the DLDV System.

   3. Client Agency shall provide written notice (unless otherwise specified) to Contractor within forty-eight (48) hours following any confirmed incidents of data breach of the Client Agency's interconnected systems or unauthorized use or disclosure of Confidential Information shared under this DLDV Attachment 2.

   4. The parties shall immediately notify each other by telephone or email in the event of any disruption in the normal operation of the connected systems.

5.  Participants shall have no access to driver license and identification card data furnished by Client Agency.

5. **Disposition of Data**. Contractor shall temporarily store the Participant request data to compare against the Client Agency response data. Once the verification is complete and the result is sent to the Participant, Contractor shall delete both the request data and response data from the Client Agency such that the data will be expunged in a manner to make retrieval of such data impossible.

6. **Royalty Fees**.

    1.  Client Agency shall earn a royalty fee from the sale of driver license verification transactions ("Royalty Fee"). The Royalty Fee will be equal to 50% of revenue (net of applicable state and local sales taxes) derived from driver license data verification request submitted to the Client Agency for which driver status inquiry response data is returned. Client Agency acknowledges that Contractor may allow any Participant to submit test transactions ("Test Transactions") free of charge for the purpose of testing and analysis at the outset of Participant's initial access to the DLDV System. Client Agency shall receive no royalty payments with respect to Test Transactions.

    2.  Royalty Fees earned shall be remitted to Client Agency either through direct payment or through the establishment of an account credit that can be accumulated and applied to Contractor related service fees as designated by Client Agency. Client Agency shall annually elect whether a direct payment of account credit is desired. Such requests must be made by no later than September 30th of any year with respect to Royalty Fees earned during the fiscal year ending on the following September 30th. Royalty Fees shall be earned monthly and the payment shall be made within 45 days of the last month for which the Royalty Fee was earned.

## Attachment 3
## S2S Additional Provisions

1.      **Onboarding.**

1.   Client Agency shall develop and maintain a coded interface to S2S that is compliant with the current version of the *S2S Specifications* as described in the document titled "SPEXS System Specification (AMIE Version)), B.0.0" as it may be amended from time to time under the authority of the S2S/DLC Governance Committees. A copy of the current version of this document as of the Effective Date is located at the following website: State-to-State (S2S) Verification Service - American Association of Motor Vehicle Administrators - AAMVA. Contractor shall provide reasonable assistance to Client Agency to facilitate interfacing with S2S. Client Agency shall consult with Contractor prior to making any modification to the coded interface.

2.   Testing with Contractor is limited to transactions between Client Agency and S2S. Contractor shall have no responsibility for testing Client Agency's graphical user interface (GUI) through which it will access S2S.

3.   Client Agency shall not access S2S until Contractor has completed, to its satisfaction, structured tests of Client Agency's application (including testing of the initial load process) and has issued written authorization for Client Agency to access S2S.

2.   **Data Use, Privacy and Security.**

1.   Contractor

    i.   Contractor shall institute the controls as detailed in the *S2S System Security and Privacy Plans* (the "Plans") which Contractor shall provide copies upon Client Agency request.  The Plans are subject to modification by Contractor as amended from time to time under the authority of the S2S/DLC Governance Committee. Controls include, but are not limited to, the following privacy and security tenets in the Plans:

        1.   Access and Authorization;

        2.   Contingency Planning;

        3.   Data and Communication Protections; and

        4.   Security Event Monitoring

    ii.   Contractor shall implement the administrative, technical and physical safeguards created to protect and ensure the proper handling of personally identifiable information ("PII"). Contractor shall not disclose, reuse or sell the S2S data per the privacy protections described in the SPEXS Privacy Impact Assessment 6.0.2.0 ("S2S Privacy Impact Assessment") which is subject to modification by Contractor as amended from time to time under the authority of the S2S/DLC Governance Committee. A copy of the S2S Privacy Impact Assessment as of the Effective Date is located at the following website: State-to-State (S2S) Verification Service - American Association of Motor Vehicle Administrators - AAMVA

2.   Client Agency

i. Client Agency's use of any data furnished by a participating jurisdiction is strictly limited to the uses permitted under this Contract. Client Agency shall limit the use of, and access to, S2S information and the records created by the data exchange under this Contract for the purpose of administering their driver's license and/or identification card ("DL/ID") programs, including investigations of DL/ID related fraud. Client Agency shall not allow any other state or local governmental agency or other organization or person to have access to S2S, or information obtained by Client Agency from S2S, without prior written authorization by Contractor.

ii. Client Agency shall adopt policies and procedures to ensure that data exchanged under this Attachment 3 is used in accordance with the terms and conditions of this Attachment 3, the Contract, and any applicable laws.

iii. Contractor represents that the jurisdiction that contributes original data to a driver history record has a continuing right to make that data available, subject to applicable federal law or applicable law of the jurisdiction that contributed the original data, whether or not that jurisdiction is the state of record ("SOR") for the pointer associated with that data.

iv. Client Agency shall maintain all pointers that it creates or that it receives as a result of a SOR transaction. This maintenance responsibility extends to any driver history associated with such pointers.

1. A participating jurisdiction that is the SOR for a pointer may make available, subject to applicable federal law or applicable law of the jurisdiction of the SOR, all driver history data that the SOR originated or received for that pointer.

2. A participating jurisdiction that served as the SOR for a pointer but that no longer is the SOR for that pointer may make available, subject to applicable federal law or applicable law of the jurisdiction of the SOR, all driver history data it originated or received during the time the jurisdiction served as SOR for that pointer.

v. Client Agency implementation and use of S2S shall have no impact on the operational and legal requirements established from time to time for state participation in CDLIS.

3. Client Agency acknowledges that a positive "match" verification only establishes that the data it submitted matches the data contained within the S2S pointer service, subject to the tolerances established in the S2S matching routines. The jurisdiction receiving S2S data is then responsible, among other things, for:

i. authenticating the identity of the applicant;

ii. determining if the information received pertains to the applicant; and

iii. determining whether or not to issue a driver's license or identification card.

4. Client Agency shall limit the storage of data received from participating jurisdictions through S2S, as follows:

i. If Client Agency determines that the information received does not pertain

to the person applying for a DL/ID, Client Agency may retain only the minimum information that is needed for its governmental business purposes and agrees to securely destroy the remaining information it received from the other participating jurisdiction.

ii. If Client Agency determines that the information received does pertain to the person applying for a DL/ID, and for any reason decides not to issue a DL/ID, Client Agency may retain only the minimum information needed for its governmental business purposes and agrees to securely destroy the remaining information it received from the other participating jurisdiction.

iii. If Client Agency determines that the information received pertains to the person applying for a DL/ID, and decides to issue a DL/ID, Client Agency may add some or all of the received driver history to the person's driver record in the receiving participating jurisdiction.

5. Client Agency shall restrict access to the information obtained from S2S, through Client Agency's systems or directly through the S2S web user interface, to only those authorized Client Agency employees, agents, representatives, or contractors who need it to perform their official duties in connection with the intended uses of the information authorized in this Attachment 3. Client Agency shall restrict access to S2S information by taking actions including, but not limited to:

i. Immediately disabling accounts upon resignation/termination, or when access is no longer needed;

ii. Conducting a review of access accounts at least every 120 days to ensure that any obsolete accounts are disabled; and

iii. Monitoring use of accounts having access to S2S information.

6. Client Agency shall audit user access to the systems and network infrastructure connecting to S2S, processing S2S information or storing S2S information.

7. Client Agency shall, to the extent provided in Attachment 3, adopt security protocols intended to prevent, detect, and deter unauthorized access to its driver files, or to the systems and network infrastructure connecting to S2S, processing S2S information, or storing S2S information.

8. Client Agency shall notify Contractor within forty-eight hours following any confirmed incidents of data breach.

9. Client Agency shall establish and enforce penalties for misuse of S2S data within its state.

10. Client Agency acknowledges and agrees that when it sends data to another participating jurisdiction, the receiving participating jurisdiction may choose to retain all or parts of the data, and the protection of the retained data is governed by the receiving participating jurisdiction's data retention and disclosure rules.

11. Client Agency agrees to use the *Deterrence and Detection of Fraud Best Practices, Edition 2* as a guideline for state policy and procedures for safeguarding information provided under this S2S Attachment 3. A copy of this document is located at the following website: Best Practices - American Association of Motor Vehicle

Administrators - AAMVA.

12. Client Agency shall provide notice to the applicants that the PII collected for the purpose of issuing a DL/ID card may be verified against nationwide systems for accuracy.

13. Client Agency shall comply with the requirements and procedures set forth in the *S2S Enforcement of Compliance 1.1,* as amended under the authority of the S2S/DLC Governance Committee from time to time. A copy of the version of this document as of the Effective Date is located at the following website: State-to-State (S2S) Verification Service - American Association of Motor Vehicle Administrators - AAMVA.

**3. Termination and Suspension of Service.**

1. Contractor may terminate this Attachment 3 upon 90 days' prior written notice to the Client Agency in the event that financial, legal, or other circumstances makes it impossible or impractical for Contractor to provide the State-to-State Verification Service to all states and territories of the United States. Such termination will be effective 90 days from the date of the notice, or at a later date specified in the notice.

2. Contractor may immediately temporarily suspend the Client Agency's access to S2S if it determines that Client Agency has: (1) incurred an unauthorized use of S2S, (2) violated or failed to comply with the terms of this S2S Attachment 3 or (3) if suspension is required to protect the integrity of S2S.

3. Following suspension of Client Agency's access to S2S, Contractor shall work with Client Agency to resolve the issues necessitating the suspension, with the goal of restoring Client Agency's access as soon as possible.

4. As of the effective date of termination of Client Agency's access to S2S or the suspension of access to S2S, Client Agency shall no longer have visibility or access to S2S data or functionality. S2S data provided by Client Agency prior to termination or suspension of service shall be removed from the system as a part of the termination process.

d. The parties acknowledge that Client Agency's participation in S2S requires significant modification of Client Agency's information technology systems, and that the termination of Client Agency's participation in S2S may require significant programming and administrative transitions. In the event of termination of Client Agency's participation in S2S as provided above, the parties shall cooperate in good faith to accomplish the programming, administrative and other aspects of the required transition in a manner that promotes the effective administration of state driver licensing and the commercial driver license and other federal and state governmental programs. Client Agency acknowledges that it shall have exclusive responsibility for its expenses associated with the termination of its participation in S2S.

**<u>Appendix 1 to Attachment 2</u>**
DLDV Privacy Provisions



# DLDV

## Privacy Policy

### 1.1

This document details the privacy requirements of the Driver's License Data Verification (DLDV) service.

AAMVA – OFFICIAL USE ONLY

The American Association of Motor Vehicle Administrators (AAMVA) is a non-profit organization, representing the state and provincial officials in the United States and Canada who administer and enforce motor vehicle laws.



Address ▤: AAMVA
        4401 Wilson Boulevard
        Suite 700
        Arlington, VA 22203
Telephone ☎: 1-888-226-8280
        1-703-522-4200
Fax ▤: 1-703-522-1553
E-mail ✉: AAMVA Help Desk (helpdesk@aamva.org)
Website ▭: http://www.aamva.org/

The American Association of Motor Vehicle Administrators (AAMVA) produced this document. No part of this document may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying, recording, or information storage or retrieval systems, for any purpose other than the intended use by AAMVA, without the express written permission of AAMVA.

© 2019 AAMVA. All rights reserved.

**AAMVA Public**

**AAMVA DLDV Privacy Policy**

# Contents

1    Definitions ...................................................................................................................................iv

2    System Purpose............................................................................................................................iv

3    System Overview ........................................................................................................................ v

4    Characterization of the Information.........................................................................................vi

5    Authority .....................................................................................................................................vii

6    Uses of Information....................................................................................................................vii

7    Notice, Redress and Correction ............................................................................................ viii

8    Security ..................................................................................................................................... viii

9    Notice......................................................................................................................................... viii

**Contents**                                                                                      iii

**AAMVA DLDV Privacy Policy**

# 1  DEFINITIONS

**AAMVA:** The American Association of Motor Vehicle Administrators (AAMVA) is a tax-exempt, non-profit organization developing model programs in motor vehicle administration, law enforcement and highway safety. The association also serves as an information clearinghouse in these areas, and acts as the international spokesman for these interests.

**Applicant:** A person applying for a service with a DLDV Participant (e.g., opening a bank account), and authorizing an electronic verification of the information on his/her driver's license, or ID card.

**DLDV:** The Driver License Data Verification (DLDV) system connects Motor Vehicle Agencies in the U.S., and industry, to create a uniform identity verification solution that allows government and commercial entities to verify data on a state-issued license, or ID card, against that held by the issuing Jurisdiction

**DLDV Customer:** An organization, private or governmental, that connects to AAMVA for the purpose of conducting DLDV transactions.

**MVA:** Motor Vehicle Agency – the agency in charge of licensing drivers in a given state—AAMVA uses "MVA" as a general term that applies whether the MVA is an independent agency or part of a law enforcement department or a revenue department.

**PDPS:** The Problem Driver Pointer System (PDPS) allows SDLAs and other organizations to search the National Driver Register (NDR) data. The NDR is a repository of information on problem drivers provided by all 51 U.S. Jurisdictions. Based on information received as a result of an NDR search, PDPS "points" the inquiring Jurisdiction to the State of Record (SOR) where an individual's driver status and history information is stored. Based on the information received from the SOR, the issuing state decides if the applicant is eligible to receive a new or renewed driver license.

**PII:** Information which can be used to distinguish or trace an individual's identity, such as their name, social security number, biometric records, etc. alone, or when combined with other personal or identifying information which is linked or linkable to a specific individual, such as date and place of birth, mother's maiden name, etc.

# 2  SYSTEM PURPOSE

Reliance on the driver's license as a widely-accepted form of identity has commercial and government entities looking for more reliable ways to strengthen and streamline their identity verification processes. More specifically, these entities need an electronic system to verify driver's license and identification card attributes in real-time against authoritative data source to reduce the risk of identity fraud. With input from jurisdiction and industry working groups, AAMVA has launched the Driver License Data Verification system, also known as "DLDV".

DLDV provides commercial and government markets and jurisdictions with a uniform, nationwide solution for driver's license verification and an identification card verification solution in most jurisdictions. Through participation in DLDV, jurisdictions can advance help achieve the following goals:

- Curb identity theft

- Prevent documentation fraud

- Prevent a state-issued credential from being used for illegitimate purposes

DLDV Customers rely on the service for purposes such as:

- Strengthen identify vetting

- Compliance

- ID security services

While a powerful tool, DLDV alone is not sufficient to:

- Validate that a physical ID document is genuine

- Validate the legitimacy of the card holder

- Match on, or return, the photo or signature

In other words, verification of driver license attributes through DLDV does not imply verification of the validity of the physical driver license document, nor does it verify that the person presenting the document is the same person whose identity the document describes.

## 3 SYSTEM OVERVIEW

DLDV accepts DL data submitted by a DLDV customer, and then verifies whether or not the information on the DL matches the information on record at the issuing jurisdiction. The matching is performed by a proprietary verification software developed by AAMVA. DLDV only returns "match"/"no-match" indicators to a DLDV Customer for each of the data elements submitted for verification.

DLDV is designed so that commercial and government entities may either be direct users of the service, or serve as a gateway partner that offers identity management services to their customers (banks, retailer, etc.) who are, indirectly, DLDV Customers. DLDV gateway partners aggregate real-time DL verification requests across a vertical market on behalf of their customers, and submit those requests to AAMVA.

AAMVA DLDV Privacy Policy



Note: DLDV can be configured to meet Jurisdiction's privacy rules by allowing jurisdictions to opt-in for verifications issued by commercial and/or government users.

# 4    CHARACTERIZATION OF THE INFORMATION

**Data provided to DLDV**

DLDV matching is performed by a proprietary verification software developed by AAMVA. The verification is done for each data element, and is limited to those data elements provided in the verification request. The table below summarizes the data elements supported by DLDV, and whether they are required or optional:

- Driver license number (Required)
- Driver license issuing jurisdiction (Required)
- Driver license expiration date (Optional)
- Driver license category (ID card, DL etc.) (Optional)
- Person name (Optional)
- Person date of birth (Optional)
- Person sex (Optional)
- Person eye color (Optional)
- Person height (Optional)
- Person weight (Optional)
- Person address (Optional)

The photo or the signature are not a supported DLDV data elements, and therefore cannot be provided to DLDV for verification.

The data provided to DLDV is considered PII.

**AAMVA DLDV Privacy Policy**

**Data Returned by DLDV**

The DLDV returns a match/no-match indicator for each of the data element provided in the verification request.

The DLDV does not:

- Return the actual data on file at the MVA

- Return the data provided in the verification request

- Provide a reason for the mismatch

## 5  AUTHORITY

DLDV is operated in accordance with the following regulations and agreements:

- Jurisdiction regulations

- Driver Privacy Protection Act

- AAMVA-Jurisdiction DLDV Memorandum of Agreements

- AAMVA-DLDV Customer Agreements

DLDV data successfully verified (i.e. data for which a positive match was returned) has the same status as data provided directly by the issuing MVA. As such, this data must be protected in accordance to the MVA data security policies and the associated Jurisdiction PII protection regulations.

## 6  USES OF INFORMATION

The information provided to DLDV by the DLDV Customer, or the MVA, is used for the sole purpose of conducting the verification.

AAMVA only holds data from DLDV Customer verification requests and jurisdiction driver status response messages while the verification is being processed. After the "match"/"no-match" responses are returned to the DLDV Customer, AAMVA immediately purges all personally identifiable information in both the DLDV Customer verification request and the MVA's response.

AAMVA logs the metadata (i.e., the date, time, message identifier, requestor and the MVA) and the match indicators of each transaction. The message identifiers provide an audit chain that could be used to link the transactions between all the parties involved.

The logged information can be used internally, and shared with the DLDV Customer for the following purpose:

- Technical operations and support of the system, including troubleshooting

- Performance of the project (e.g. SLA)

- Costs analysis, capacity management etc.

The logs are retained for a period of seven (7) years.

## 7   NOTICE, REDRESS AND CORRECTION

The DLDV Customer are required to notify the Applicant that their driver license information will be verified electronically prior to issuing a DLDV transaction.

DLDV Customer may opt to develop an interface that allows a DLDV verification retry. The retries are meant to address situation where a no-match occurred due to a mistake with the data-entry.

In the event there is a no-match and no data entry problem, the Applicant will be instructed by the DLDV Customer to visit the MVA of the document issuing jurisdiction to review, and correct, the data on record. If it is determined that the data on record is correct and matches the data on the card, the document issuing jurisdiction, AAMVA and the DLDV Customer entity will work together to resolve the discrepancy. This process, however, will be initiated by the jurisdiction and not the Applicant.

## 8   SECURITY

Access to the DLDV service and data is restricted to authorized users only.

AAMVA and the DLDV Customer:

- Maintain rules of conduct and conducts background checks for persons involved in the internal design, development, operation, or maintenance of the DLDV system and data.

- Maintain appropriate administrative, technical and physical safeguards to insure the security and confidentiality of PII. PII shall be protected by reasonable security safeguards against such risks as loss or unauthorized access, destruction, use, modification, or disclosure. All DLDV information containing PII is encrypted at rest and in transit.

- Ensure that all employees are require to take an annual security and privacy training and are legally bound in writing to protect the DLDV information.

## 9   NOTICE

The Privacy Policy shall be available online to the general public.

Operator shall revise this Privacy Policy from time to time without further notice. Updates to the Privacy Policy shall be available online.

Questions or comments concerning this Privacy Policy may be directed to AAMVA's Chief Information Security Officer 703-522-4200 or privacy@aamva.org.

**EXHIBIT B**

**PRICE SCHEDULE**

Rev. 10-30-19  Prev. Rev. 7-16-19

<u>**Standardization Transaction #20PSX0075**</u>

| CONTRACTOR NAME: | American Association of Motor Vehicle Administrators (AAMVA) | |
|---|---|---|
| DELIVERY: | **As Required** | PROMPT PAYMENT TERMS: **NET 60 DAYS** |

| DESCRIPTION OF AAMVA SERVICE FEES / RATES | 2024 FEES EFFECTIVE 10/01/2023 | 2025 ANNUAL ESTIMATED FEES EFFECTIVE 10/01/2024 | 2026 ANNUAL ESTIMATED FEES EFFECTIVE 10/01/2025 | 2027 ANNUAL ESTIMATED FEES EFFECTIVE 10/01/2026 | 2028 ANNUAL ESTIMATED FEES EFFECTIVE 10/01/2027 |
|---|---|---|---|---|---|
| **AMMVA ACCOUNT ID: CTMST DEPARTMENT: CT DEPT. OF MOTOR VEHICLES (CTDMV) ESTIMATED SERVICE FEES:** | | | | | |
| **AAMVA PROGRAM SERVICE FEE** | $4,516.33 per Month | **$143,127.51 (Estimated Cost). Actual Cost to be Quoted Upon Client Agency Request** | **$150,283.88 (Estimated Cost). Actual Cost to be Quoted Upon Client Agency Request** | **$157,798.07 (Estimated Cost). Actual Cost to be Quoted Upon Client Agency Request** | **$165,687.98 (Estimated Cost). Actual Cost to be Quoted Upon Client Agency Request** |
| **AAMVA TECHNOLOGY FEE** | $1,951.27 per Month | | | | |
| **AAMVA SERVICE FEE** | $40.00 per Month | | | | |
| **UNI MAINTENANCE FEE (UNI WINDOWS)** | $1,206.97 per Month | | | | |
| **SSOLV VERIFICATION FEE ($0.05 PER TRANSACTION)** | $1,996.81 per Month | | | | |
| **CDLIS FEE** | $0.00 per Month | | | | |
| **ETHERNET ACCESS DUAL 1M PORT, SINGLE ROUTER FEE** | $2,943.82 per Month | | | | |
| **ETHERNET ACCESS DUAL 1M PORT, SINGLE ROUTER (CREDIT)** | $2,943.82 Credit per Month | | | | |

Page **1** of 3

**EXHIBIT B**
**PRICE SCHEDULE**
Rev. 10-30-19  Prev. Rev. 7-16-19

| CONTRACTOR NAME: | American Association of Motor Vehicle Administrators (AAMVA) |
|---|---|

| DESCRIPTION OF AAMVA SERVICE FEES / RATES | 2024 FEES EFFECTIVE 10/1/2023 THROUGH 9/30/2024 | 2025 ANNUAL ESTIMATED FEES EFFECTIVE 10/1/2024 | 2026 ANNUAL ESTIMATED FEES EFFECTIVE 10/1/2025 | 2027 ANNUAL ESTIMATED FEES EFFECTIVE 10/1/2026 | 2028 ANNUAL ESTIMATED FEES EFFECTIVE 10/1/2027 |
|---|---|---|---|---|---|
| **AMMVA ACCOUNT ID: CTMST** **DEPARTMENT: CT DEPT. OF MOTOR VEHICLES** **VERIFICATION OF LAWFUL STATUS (CTDMVVLS) ESTIMATED SERVICE FEE:** VLS SUPPORT SERVICE FEE ($0.30 PER TRANSACTION) | $1,128.00 per Month | | | | |
| **AAMVA ACCOUNT ID: CTMST** **DEPARTMENT: CT OFFICE OF THE SECRETARY OF THE STATE (CTOSOS) ESTIMATED SERVICE FEES:** **AAMVA HAVV MAINTENANCE FEE** | $1,100.00 Quarterly Fee | | | | |
| **SSA HAVV MAINTENANCE FEE** | $1,322.00 Annual Fee | | | | |
| **Annual Jurisdictional Dues** | $20,000.00 | $20,000.00 | $20,000.00 | $20,000.00 | $20,000.00 |
| **Annual National Motor Vehicle Title Information System (NMVITS) Fee** | $122,605.00 | $128,735.25 | $135,172.001 | $141,930.61 | $149,027.14 |

Page **2** of **3**

**EXHIBIT B**
**PRICE SCHEDULE**
Rev. 10-30-19  Prev. Rev. 7-16-19

| CONTRACTOR NAME: | American Association of Motor Vehicle Administrators (AAMVA) |
| --- | --- |

| DESCRIPTION OF AAMVA SERVICE FEES / RATES | 2024 FEES EFFECTIVE 10/1/2023 THROUGH 9/30/2024 | 2025 ANNUAL ESTIMATED FEES EFFECTIVE 10/1/2024 | 2026 ANNUAL ESTIMATED FEES EFFECTIVE 10/1/2025 | 2027 ANNUAL ESTIMATED FEES EFFECTIVE 10/1/2026 | 2028 ANNUAL ESTIMATED FEES EFFECTIVE 10/1/2027 |
| --- | --- | --- | --- | --- | --- |
| Annual State to State Flat Rate Fee | $29,651.00 | $29,651.00 | $29,651.00 | $29,651.00 | $29,651.00 |
| Annual State to State Per Driver Fee | $108,495.00 | $113,919.75 | $119,615.74 | $125,596.52 | $131,876.35 |
| Estimated Annual AAMVA Cost Totals: | $ 416,545.77 | $434,890.51 | $454152.48 | $474,377.56 | $496,613.89 |

**Years 2025, 2026, 2027 and 2028 are estimates only and subject to change.**

Standardization Transaction # **20PSX0075**

## EXHIBIT C

## SERVICE LEVEL AND MAINTENANCE AND SUPPORT AGREEMENT

**1.1 System Availability**

Throughout the Term and at all times in connection with its actual or required Performance under the Contract, Contractor shall:

(a)  Provide System Availability (as defined hereinafter) at least 99.5% of the Available-Time-per-Month, as measured over the course of each calendar month, 24 hours per day, 7 days per week during the Term which the Contractor does or is required to Perform under the Contract.

(b) Calculation. The 99.5% required System Availability (Computed % Availability) for the System (exclusive of scheduled and routine maintenance) during any calendar month of productive Client Agency use is computed as follows:

$$\text{Computed \% Reliability} = \frac{(\text{Available-Time-per-Month}) - (\text{Downtime-per-Month})}{(\text{Available-Time-per-Month})}$$

with "Available-Time-per-Month" equated to 24 hours times the number of days in the month, less the Excluded Unavailability (as defined hereinafter), which shall be deemed to correspond to 7 days per week, 24 hours per day during each calendar month and Downtime-per-Month equated to those hours of Available-Time-per-Month during which the Department or any specific site does not have System Availability.

EXAMPLE:

Given:  Available-Time-per-Month was 720 hours.

Cumulative Downtime per-Month was 3.60 hours.

$$\text{Then: Computed \% Reliability} = \frac{(720 - 3.60 \text{ hours})}{720} = 99.5\%$$

(c)    Definitions:

"System Availability" means that the Hosted Services meet the System Reliability standards and are available and operable for access and use by Client Agency and its Users over the Internet in accordance with the Contract and the Contract Exhibits.

"Excluded Unavailability" means: scheduled downtime, subject to Section (e) below and lack of System Availability due to the negligent act or omission of Client Agency or anyone accessing the System through Client Agency; or Force Majeure Event (as defined in the Contract).

(d)  System downtime will not exceed 3.60 hours of the time in any calendar month.

(e)  Scheduled downtime. Contractor shall notify Client Agency at least seven (7) Business Days in advance of any scheduled downtime and required outages of the System, in whole or in part.

Standardization Transaction # **20PSX0075**

## <u>EXHIBIT C</u>

## SERVICE LEVEL AND MAINTENANCE AND SUPPORT AGREEMENT

Such scheduled downtime must (1) last no longer than (3.60) hours per calendar month; (2) be pre-approved by Client Agency; and (3) be scheduled on a weekend day, the specific date and time to be determined by Client Agency, unless otherwise agreed to by Client Agency .

Client Agency acknowledges that large System Improvements, Upgrades, or Updates will take longer than the allotted 3.60 hours per calendar month of cumulative downtime. The parties will mutually agree on the date and time that large System Improvements, Upgrades, or Updates will take place. Contractor will inform Client Agency of the amount of time expected for such implementation.  Client Agency shall waive the cumulative downtime allotment for System Improvements, Updates or Upgrades on a case by case basis, provided that the parties shall agree to a substitute downtime allotment for that System Improvement, Upgrade or Update. To the extent downtime for a System Improvement, Upgrade or Update exceeds a substituted time such excess will count toward the (3.60) hours cumulative downtime allotment. The Contractor shall provide a monthly report, sent electronically to the Client Agency designated email, to document any and all System interruptions that are not scheduled or otherwise agreed to between parties.

(f) System Availability Reports:

Contractor shall give the Client Agency access to the System Availability performance data which access will allow Client Agency to independently generate reports utilizing search parameters acceptable to Client Agency.

(g) System Reliability:
The reliability, at any point in time, of the System shall be determined by the System's operational capability for productive Client Agency use as configured, hosted, and installed as applicable within the specified operating environment. Continued acceptability of the reliability of the System's performance shall be based on System operating errors or failures that preclude productive Client Agency use of the System according to the requirements of this Contract and Contract Exhibits.

### 1.2   Redundant Hosting and Data Back Up

a)   The Contractor shall perform daily backups of the System database with a thirty (30) day retention period.

b)   The Contractor shall perform a nightly System database backup with a seven (7) day retention period.

c)    The daily and nightly backups of the System databases shall be encrypted at rest.

d)   The Contractor shall make all System database backups available to the Client Agency for download at any time, at no cost, as requested by the Client Agency.

Page **2** of **4**

Standardization Transaction # **20PSX0075**

## <u>EXHIBIT C</u>

## SERVICE LEVEL AND MAINTENANCE AND SUPPORT AGREEMENT

e) The backup database will be stored in a data center geographically separate from the production database to provide Client Agency with instantaneous failover for database recovery.

**1.3      Maintenance and Support Services**

The Contractor shall Update and Upgrade the System as required for the System as a whole and not on a per module basis.

a) The Contractor shall provide a help desk with well-trained help desk staff capable of delivering help desk services to the Client Agency for all service issues with the System during support hours of 7:00 am to 7:00 pm, Eastern Standard Time, Monday through Friday ("Support Hours").  The response time for System issues during these hours must be fifteen (15) minutes from the time the phone call is received by Contractor, with an issue resolution time of less than one (1) hour. For any System outage issues, outside of the Support Hours, the Contractor shall immediately address the issue with a resolution time of less than one (1) hour after the Contractor is notified of such System outage issue.

b) The Contractor's help desk must provide the Client Agency with on-call services 24 hours per day, 7 days per week, 365 days per year to report all System technical and operational System issues. The Contractor's help desk staff shall provide the following support services:

- Document all relevant information into a help desk ticket activity log.
- Research business processes to provide solutions.
- Monitor call hold times in the help desk queue.
- Investigate application anomalies to provide end-user solutions,
- Use appropriate tools to investigate and research end-user problems.
- Prepare reports as directed.
- Post all relevant information into the help desk ticket activity log.
- Escalate help desk tickets that are unable to be resolved.

c) Contractor's help desk support staff shall provide the below listed tiered levels of support to resolve issues. Each tiered level of support must offer increasing levels of expertise and resources to resolve the help desk ticket(s):

**Tier 1 Support Staff**:  Filters help desk calls and provides basic support and trouble-shooting issues and escalates calls if necessary.

**Tier 2 Support Staff**:  Resolves escalated issues that Tier 1 support is not equipped to resolve such as, but not limited to, break/fix, configuration issues, troubleshooting software installations and hardware repair.

**Tier 3 Support Staff**:  The uppermost expert level of back-end support which resolves the most difficult technical issues.

Standardization Transaction # **20PSX0075**

## <u>EXHIBIT C</u>

## SERVICE LEVEL AND MAINTENANCE AND SUPPORT AGREEMENT

**1.4   Training Services:**

Contractor shall provide training services to designated Client Agency staff with full functionality training module, at no cost to the Client Agency. Contractor shall provide training via a learning management system on a self-served basis, which system will allow users to seek and receive training on every aspect of functionality of each module. Training is organized by each System and contains several tutorials based on each System. Contractor shall coordinate and work with the Client Agency to implement additional training sessions with the Client Agency's field staff.