**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| STATE OF ILLINOIS; DISTRICT OF COLUMBIA; STATE OF CALIFORNIA; COMMONWEALTH OF VIRGINIA; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF HAWAI'I; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF OREGON; Governor of the COMMONWEALTH OF PENNSYLVANIA; STATE OF VERMONT; STATE OF WASHINGTON; STATE OF WISCONSIN; | No. 1:26-mc-19 |

*Movants*,

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY,

*Respondent*.

**DECLARATION OF ROSALIE JOHNSON**

## <u>DECLARATION OF ROSALIE JOHNSON</u>

1.    I, Rosalie Johnson, declare under penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

2.    I am a resident of the State of New Jersey. I am over the age of 18, and I have personal knowledge of the facts from records kept in the ordinary course of business at the New Jersey Motor Vehicle Commission (NJMVC), and information I learned from NJMVC personnel whose work I rely upon and who have assisted me in gathering this information from our institution.

3.    I am currently employed by the NJMVC as the Acting Chair and Chief Administrator and have been in this role since January 21, 2026. Previously I was employed by the State of Colorado Motor Vehicle Division for approximately ten years.

4.    In my current role at the NJMVC, I am responsible for management oversight of the NJMVC. As the Acting Chair and Chief Administrator of the NJMVC, I am responsible for being the decision maker and advisor for agency-wide efficiency and effectiveness analysis, and on project teams that pertain to administrative operations both within NJMVC and performed in conjunction with other State of New Jersey agencies. This includes data sharing, interactions, and transactions with federal agencies.

5.    In New Jersey, the NJMVC is the state driver licensing agency (SDLA) and has powers and duties relating to issuing and renewing both commercial drivers' licenses (CDLs) and non-commercial personal drivers' licenses (PDLs). (See, for example, N.J. Stat. Ann. § 39:3-10.) Among other things, the NJMVC is responsible for verifying each driver's license applicant's legal eligibility and medical fitness, identifying and disciplining problem drivers, and protecting the privacy of drivers' personal information.

1

DECLARATION OF ROSALIE JOHNSON

**New Jersey's Management of Driver Licensing**

6.      The NJMVC is responsible for issuing and renewing CDLs and PDLs to residents of New Jersey.

7.      As part of New Jersey's commitment to traffic safety, the NJMVC follows stringent procedures to ensure that drivers do not receive a license unless they can safely operate a vehicle and observe all traffic laws. In pursuit of that goal, and in accordance with state and federal laws and regulations, the NJMVC administers driving tests, assesses applicants' medical fitness, checks to ensure that each applicant is not the holder of a driver's license from any other state, and checks each applicant's driving history to ensure that the applicant has not been subject to discipline or had their license revoked. For CDLs, the NJMVC also verifies the applicant's immigration status.

8.      To comply with our legal obligations and ensure that each driver's record is properly reviewed, it is necessary for the NJMVC to have a means of checking each driver's history, not only in New Jersey, but in other states where the applicant may have a license.

9.      For CDLs, this check of identity and license-status is conducted through a database called the Commercial Driver's License Information System (CDLIS)where the check verifies the applicant's identity, confirms that the applicant does not already hold a CDL in another state, identifies any out-of-state commercial driving history, and checks for disqualifications or withdrawals, and ensures national compliance.

**The Commercial Driver's License Information System (CDLIS)**

10.      CDLIS is a database that contains driver records owned and maintained by the states. It operates as a clearinghouse where states can assist one another in verifying the identity and history of individual CDL applicants. CDLIS is operated on behalf of the states as a cooperative endeavor by the American Association of Motor Vehicle Administrators (AAMVA), a trade association for SDLAs, of which all states and some foreign jurisdictions are members.

DECLARATION OF ROSALIE JOHNSON

11.     CDLIS does not contain a driver's full record. Rather, CDLIS contains a Master Pointer Record (MPR) for each CDL holder in the United States, which consists of each driver's: state of record, driver's license number, name, date of birth, social security number (SSN), sex, the date and time the driver was added to CDLIS, the date and time the record was last updated, and indicators showing whether a change in the state of record is in progress, and whether the number in the SSN field is an SSN, a substitute SSN, or a pseudo SSN.

12.     If the NJMVC queries CDLIS and finds that an applicant has an MPR, the NJMVC would then send the identified state of record for that driver a request for the driver's full history, called a "driver record" or Driver History Record, which the state of record would provide directly to the requesting state. Similarly, if another state queries CDLIS and finds an MPR for a driver licensed in New Jersey, the NJMVC would send that driver's record to the requesting state.

13.     To query CDLIS, a user must know (a) the driver's name and date of birth, (b) the driver's license number, or (c) the driver's SSN. Users cannot conduct indiscriminate batch searches, such as searching for all drivers born in 1987, or all drivers with the last name "Smith."

14.     As stated above, the data in CDLIS is owned and maintained by the states. The NJMVC has the power to add, delete, or change its own records maintained in CDLIS—and regularly does so, to ensure that our data remains accurate and up-to-date. Neither AAMVA nor the Federal Motor Carrier Safety Administration (FMCSA) has any power to make additions, deletions, or changes to New Jersey's CDLIS data.

15.     Before issuing a CDL, New Jersey, like all states, is required to use CDLIS to determine whether an applicant for a CDL already holds a CDL in another state, whether their license has been disqualified, and whether the applicant is disqualified from operating a motor vehicle.

16.     New Jersey has participated in and relied on CDLIS to operate its CDL program since 1991. Even if we were not legally required to use CDLIS, we would need CDLIS or some system like it: the NJMVC needs to know whether an applicant has a history of dangerous or unlawful driving in

3

DECLARATION OF ROSALIE JOHNSON

order to fulfill its public safety mission. If CDLIS were to shut down, particularly on short notice, it would be a major impediment to the operation of our CDL program.

17.    The NJMVC participates in CDLIS pursuant to a contract with AAMVA.

18.    In addition to CDLIS, AAMVA also operates other critical programs that the NJMVC uses.  For example, AAMVA operates the Problem Driver Pointer System (PDPS), which allows states to search the National Driver Registry, which contains information on problem drivers. By carrying out a PDPS search, the NJMVC obtains information that directs it to the jurisdiction that has a full record of a driver's history.  Based on this information, the NJMVC can determine whether an applicant for a driver's license is eligible. Like CDLIS, PDPS was created by statute and is a function of the National Highway Transportation Safety Administration.

19.    In addition, NJMVC also uses several other AAMVA services as listed:

    a.  Driver's License Data Verification - Allows approved businesses and government groups check driver's licenses and ID cards in real time against official state motor vehicle records to confirm if the printed data is real.

    b.  National Motor Vehicle Title Information System – Protects consumers from fraud and unsafe vehicles and prevents the resale of stolen vehicles.

    c.  Commercial Skills Test Information Management System – Commercial driver tests

    d.  VLS – Verification of lawful status

    e.  Social Security Online Verification Service - Allows a jurisdiction to immediately verify an individual's social security number during the driver's license issuance or renewal process.

    f.  HAVV – Help America Vote Verification.

    g.  U.S. Passport Verification System - Verify U.S. passport document data.

DECLARATION OF ROSALIE JOHNSON

20.    The NJMVC queries at least one AAMVA system every time an individual applies for a driver's license.

### FMCSA's Demand for CDLIS Data

21.    On or about July 27, 2026, the NJMVC learned of FMCSA's demand that AAMVA turn over to FMCSA the entire contents of CDLIS, including New Jersey's records via an email and letter from AAMVA.

22.    I am unaware of FMCSA or any other federal agency ever previously requesting or demanding that AAMVA turn over the contents of CDLIS or any other database.

23.    I understand that FMCSA has asserted that it needs this data so that it can verify CDL validity and conduct motor carrier safety assessments. As described above, the NJMVC already carries out those functions, as is typical for state agencies, in accordance with federal and state statutes and regulations.

24.    I also understand that FMCSA has asserted that, once it obtains this data, it could lawfully share it with any other federal agency for use in carrying out that agency's functions.  I am not aware of any data-security protections that would ensure the security and confidentiality of this data once it is in the hands of either FMCSA or any other agency.

### Irreparable Harm of Disclosure to FMCSA

25.    FMCSA's demand seeks New Jersey's confidential records and data which are protected from disclosure pursuant to the New Jersey Drivers' Privacy Protection Act as codified at N.J. Stat. Ann. §§ 39:2-3.3 to -3.7.

26.    Once New Jersey's data is in FMCSA's hands, New Jersey would lose control and oversight of its confidential records.  To my knowledge, FMCSA has not made any commitments to

DECLARATION OF ROSALIE JOHNSON

AAMVA that it will maintain the confidentiality of the requested data; to the contrary, FMCSA has affirmatively stated that it is authorized to redisclose it to any other federal agency.  And even if FMCSA made promises to AAMVA regarding the security and/or privacy of the requested data, New Jersey would not be in a position to enforce those promises, and these new records, which would be federal and not state records, could be used for purposes that violate our state law and regulations regarding the confidentiality of information.

27.     In particular, the NJMVC understands itself to be bound by New Jersey laws limiting the disclosure of personal information connected with motor vehicle records.  (See N.J. Stat. Ann. § 39:2-3.4.)  Handing over New Jersey's confidential information to FMCSA would be incompatible with those obligations.

28.     The NJMVC's agreement with AAMVA includes provisions requiring AAMVA to follow federal requirements in regard to data security and confidentiality and the NJMVC's security policies, but the latter obligations would not run to FMCSA.

29.     Moreover, if New Jersey's data were turned over to FMCSA, New Jersey would not be able to update the data or ensure that it is accurate, creating the risk that out-of-date or erroneous data attributed to New Jersey could form the basis or justification for federal action.

30.     Finally, residents of New Jersey entrust the state with their personal data when they apply for a CDL.  That trust would be destroyed if the data were to be turned over to FMCSA without controls and without a clear statement of FMCSA's purpose in seeking it.

31.     A readily foreseeable result of this breach of trust is that fewer people will seek CDLs from New Jersey. This means New Jersey will lose revenue, as each applicant for a CDL must pay a $125 fee for the CDL examination test and a $42 fee for the CDL.

32.     There is also an acute risk that some individuals who are concerned about broadly disclosing their personal information to the federal government—such as individuals who are lawfully

DECLARATION OF ROSALIE JOHNSON

qualified to obtain a CDL but are part of mixed-status immigration families—may avoid the CDL process entirely.

## New Jersey would be harmed if AAMVA's programs were impaired

33. I understand that FMCSA has threatened to terminate all of its funding to and contracts with AAMVA, including the funding that provides for the upkeep of CDLIS.

34. New Jersey would be seriously harmed if FMCSA carried out those threats.

35. As stated above, the NJMVC heavily relies on CDLIS, the PDPS, and other resources and services operated by AAMVA.

36. In particular, without an effective, functioning, and up-to-date CDLIS, the NJMVC would not be able to issue new CDLs or renew existing ones in compliance with federal law and regulations. This would compound the shortage of CDL holders, particularly school bus drivers, that has afflicted New Jersey for years. And even if those laws and regulations did not apply, New Jersey would be harmed by losing access to an important public safety resource that keeps unsafe drivers off of New Jersey's roads.

## The NJMVC participated in CDLIS on the understanding that its records would be kept secure

37. I understand that New Jersey's participation in the CDLIS system is a condition to receiving certain federal highway funds.

38. It has never been New Jersey's understanding that FMCSA or any other federal agency has lawful authority to obtain the contents of CDLIS, nor that granting FMCSA the right to obtain and redisclose New Jersey's records was a condition of participation in CDLIS.

DECLARATION OF ROSALIE JOHNSON

39.     New Jersey has relied on the security and confidentiality of CDLIS records in designing its own information systems, in establishing practices relating to the maintenance of such records, and in notifying applicants for CDLs about how their information would be used and shared. NJMVC designs its CDL systems with the expectation that CDLIS data is secure and confidential. Because CDLIS protects personal and commercial driver information through strict federal and AAMVA security controls, NJMVC can safely use the CDLIS for identity checks, one-license verification, and interstate record matching without keeping duplicate sensitive data. This trusted confidentiality allows NJMVC to rely on CDLIS responses for licensing decisions.

40.     If FMCSA is able to obtain and redisclose New Jersey's records whenever it wishes, New Jersey will need to alter its practices.  Among other things, New Jersey will need to revise the assurances of confidentiality it provides to CDL applicants, which will require the expenditure of substantial state resources.

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.

Executed on August 8, 2026, in Trenton, New Jersey.



ROSALIE JOHNSON
Acting Chair and Chief Administrator
New Jersey Motor Vehicle Commission

DECLARATION OF ROSALIE JOHNSON