**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| STATE OF ILLINOIS; DISTRICT OF COLUMBIA; STATE OF CALIFORNIA; COMMONWEALTH OF VIRGINIA; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF HAWAI'I; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF OREGON; Governor of the COMMONWEALTH OF PENNSYLVANIA; STATE OF VERMONT; STATE OF WASHINGTON; STATE OF WISCONSIN; <br><br> *Movants*, <br> v. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY, <br><br> *Respondent*. | No. 1:26-mc-19 |

**DECLARATION OF HTET WINT**

**Declaration of New Mexico MVD Director Htet Wint**

I, Htet Wint, declare under penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

1. I am a resident of the State of New Mexico. I am over the age of 18, competent to testify as to the facts herein, and I testify based on personal knowledge, records kept in the ordinary course of business at the New Mexico Motor Vehicle Division of the Taxation & Revenue Department ("MVD"), and information I learned from MVD personnel whose work I rely upon and who have assisted me in gathering this information from our institution.

2. I am currently employed by MVD as MVD Director since March 4, 2023. I previously served as Deputy Director of MVD for Field Operations, as Bureau Chief for MVD Field Operations in southern New Mexico, as Manager of the MVD Field Office in Alamogordo New Mexico, and as Accounting Technician at Holloman Air Force Base.

3. In my current role at MVD, I am responsible for general oversight of all MVD operations. As the Director of MVD, I am responsible for ensuring that MVD meets its mission of serving the motoring public of New Mexico by ensuring customers receive excellent customer service from MVD, that MVD's data is safeguarded in compliance with applicable laws, that MVD complies with all State and federal laws and regulations, and that MVD safeguards its financial and human resources. My role includes oversight of MVD's commercial vehicles bureau, which is responsible for registration, licensing, regulation, administration, and compliance of commercial vehicles, commercial driver's licenses, and motor carriers operating within the state.

4. In New Mexico, MVD is the state driver licensing agency ("SDLA") and has powers and duties relating to issuing and renewing both commercial drivers' licenses ("CDL") and non-commercial drivers' licenses. (See, for example, the New Mexico Commercial Driver's License Act, Sections 66-5-52 through 66-5-72 NMSA 1978.) Among other things, MVD is responsible for verifying each driver's license applicant's legal eligibility and medical fitness, identifying and disciplining problem drivers, and protecting the privacy of drivers' personal information pursuant to Section 66-2-7.1 NMSA 1978.

**New Mexico's Management of Driver Licensing**

1

5. MVD is responsible for issuing and renewing CDL and noncommercial driver's licenses ("NCL") to residents of New Mexico.

6. As part of New Mexico's commitment to traffic safety, MVD follows stringent procedures to ensure that drivers do not receive a license unless they can safely operate a vehicle and observe all traffic laws. In pursuit of that goal, and in accordance with state and federal laws and regulations, MVD administers driving tests, assesses applicants' medical fitness, checks to ensure that each applicant is not the holder of a driver's license from any other state, and checks each applicant's driving history to ensure that the applicant has not been subject to discipline that results in suspension or revocation. For CDLs, MVD also verifies the applicant's immigration status for the purpose of determining eligibility.

7. To comply with our legal obligations and ensure that each driver is eligible, it is necessary for MVD to have a means of checking each driver's history, not only in New Mexico, but in other states where the applicant may have held a license.

8. For CDLs, this check is conducted through a database called the Commercial Driver's License Information System ("CDLIS").

**The Commercial Driver's License Information System (CDLIS)**

9. CDLIS is a database that contains driver records owned and maintained by the states. It operates as a clearinghouse where states can assist one another in verifying the identity and history of individual CDL applicants. CDLIS is operated on behalf of the states as a cooperative endeavor by the American Association of Motor Vehicle Administrators (AAMVA), a trade association for SDLAs, of which all states and some foreign jurisdictions are members.

10. It is my understanding that CDLIS does not contain a driver's full record. Rather, CDLIS contains a "Master Pointer Record" ("MPR") for each CDL holder in the United States, which consists of each driver's: state of record, driver license number, name, date of birth, social security number ("SSN"), sex, the date and time the driver was added to CDLIS, the date and time the record was last updated, and indicators showing whether a change in the

DECLARATION OF HTET WINT

state of record is in progress, and whether the number in the SSN field is an SSN, a substitute SSN, or a pseudo SSN.

11. It is my understanding that if MVD queries CDLIS and finds that an applicant has a Master Pointer Record, MVD would then send the identified state of record for that driver a request for the driver's full history, called a "driver record" or "Driver History Record" ("DHR") which the state of record would provide directly to the requesting state. Similarly, if another state queries CDLIS and finds a Master Pointer Record for a driver licensed in New Mexico, MVD would send that driver's record to the requesting state.

12. It is my understanding that to query CDLIS, a user must know either the driver's name and date of birth, the driver's license number, or the driver's SSN. Users cannot conduct indiscriminate batch searches, such as searching for all drivers born in 1987, or all drivers with the last name "Smith."

13. As stated above, the data in CDLIS is owned and maintained by the states. MVD has the power to add, delete, or change its own records maintained in CDLIS—and regularly does so, to ensure that our data remains accurate and up-to-date. Neither AAMVA nor the Federal Motor Carrier Safety Administration (FMCSA), on the other hand, has any power to make additions, deletions, or changes to New Mexico's CDLIS data.

14. Before issuing a CDL, New Mexico, like all states, is required to use CDLIS to determine whether an applicant for a CDL already holds one, whether his or her license has been disqualified, and whether the applicant is disqualified from operating a motor vehicle. [49 CFR 383.73(b)(ii)].

15. MVD has participated in and relied on CDLIS to operate its CDL program for many years. Even if we were not legally required to use CDLIS, we would need CDLIS or some other system like it in order to serve our public safety mission -- MVD needs to know whether an applicant is eligible to be issued a CDL. If CDLIS were to shut down, particularly on short notice, it would be a major impediment to the operation of our CDL program.

16. MVD also queries CDLIS before issuing a NCL. Thus, our operation of our NCL program would also be impaired by the loss of CDLIS.

DECLARATION OF HTET WINT

17. MVD participates in CDLIS pursuant to a contract with AAMVA. Attached as Exhibit A is a true and correct copy of New Mexico's CDLIS contract with AAMVA.

18. In addition to CDLIS, AAMVA also operates other critical programs that MVD uses. For example, AAMVA operates the Problem Driver Pointer System ("PDPS"). PDPS allows states to search the National Driver Registry ("NDR"), which contains information on problem drivers. By carrying out a PDPS search, MVD obtains information that directs them to the jurisdiction that has a full record of a driver's history. Based on this information, MVD can determine whether an applicant for a driver's license is eligible.

19. It is my understanding that like CDLIS, PDPS was created by statute and is a function of the National Highway Transportation Safety Administration ("NHTSA").

20. Our contract with AAMVA gives MVD access to the following services:

- SSOLV (Social Security Online Verification)
- VLS/SAVE (Verification of Lawful Status)
- USPVS (U.S. Passport Verification System)
- PDPS (Problem Driver Pointer System)
- CDLIS (Commercial Driver License Information System)
- S2S (State to State Verification)
- NMVTIS (National Motor Vehicle Title Information System)
- CSTIMS (Commercial Skills Test Information Management)
- DIAEP (Digital Image Access and Exchange)

21. MVD queries at least one AAMVA system every time an individual applies for a driver's license.

**FMCSA's Demand for CDLIS Data**

22. On July 27, 2026, MVD learned that FMCSA has demanded that AAMVA turn over to FMCSA the entire contents of CDLIS, including New Mexico's records. MVD learned of FMCSA's demand from an email sent on behalf of AAMVA President & CEO Ian Grossman on that date.

4

DECLARATION OF HTET WINT

23. I am unaware of FMCSA or any other federal agency ever previously requesting or demanding that AAMVA turn over the contents of CDLIS or any other database.

24. I understand that FMCSA has asserted that it needs this data so that it can verify CDL validity and conduct motor carrier safety assessments. As described above, MVD already carries out those functions, as is typical for state agencies, in accordance with federal and state statutes and regulations.

25. I also understand that FMCSA has asserted that, once it obtains this data, it could lawfully share it with any other federal agency for use in carrying out that agency's functions. I am not aware of any data-security protections that would ensure the security and confidentiality of this data once it is in the hands of either FMCSA or any other agency.

### **Irreparable Harm of Disclosure to FMCSA**

26. FMCSA's demand seeks New Mexico's proprietary and confidential records and data.

27. Once New Mexico's data is in FMCSA's hands, New Mexico would lose control and oversight of its confidential records. To my knowledge, FMCSA has not made any commitments to AAMVA that it will maintain the confidentiality of this data; to the contrary, it has affirmatively stated that it is authorized to redisclose it to any other federal agency. And even if FMCSA made promises to AAMVA regarding the security and/or privacy of this data, New Mexico would not be in a position to enforce those promises, and these new records, which would be federal and not state records, could be used for purposes that violate our state law and regulations regarding the confidentiality of information.

28. In particular, MVD understands itself to be bound by Section 66-2-7.1 NMSA 1978 requiring confidentiality of MVD records except as provided in that section. Section 66-2-7.1(A)(2) allows disclosure of confidential MVD records for use by a governmental agency in carrying out its functions. MVD interprets this provision to authorize disclosure only to the extent necessary to support the governmental function for which the information is requested, and not authorizing redisclosure to other governmental agencies outside the purview of MVD. Further, Section 66-2-7.1(B) provides that it is unlawful for MVD records to be disclosed for the purpose of enforcing the federal Immigration and Nationality

5

DECLARATION OF HTET WINT

Act, except felony criminal provisions of that act. Handing over New Mexico's proprietary and confidential information to FMCSA is incompatible with those obligations.

29. If the data were turned over to FMCSA, New Mexico would not be able to ensure that it is accurate or current, creating the risk that out-of-date or erroneous data attributed to New Mexico could form the basis or justification for federal action.

30. Finally, residents of New Mexico entrust the state with their personal data when they apply for a commercial driver's license. That trust would be destroyed if the data is turned over to FMCSA without controls and without a clear statement of FMCSA's purpose in seeking it.

31. A readily foreseeable result of this breach of trust is that fewer people will seek CDLs from New Mexico. This means New Mexico will lose revenue, as each applicant for a CDL must pay a fee of $18 for a four-year CDL or $34 for an eight-year CDL.

32. There is also an acute risk that some individuals who are concerned about broadly disclosing their personal information to the federal government—such as individuals who are lawfully qualified to obtain a CDL but are part of mixed-status immigration families—may avoid the CDL process entirely and attempt to drive commercial motor vehicles without a license. If that occurs in even a small number of cases, it would pose grave public-safety risks, as states would not be able to identify the drivers of those motor vehicles or ensure that they are properly qualified to drive commercial motor vehicles.

**New Mexico would be harmed if AAMVA's programs were impaired**

33. I understand that FMCSA has threatened to terminate all of its funding to and contracts with AAMVA, including the funding that provides for the upkeep of CDLIS.

34. New Mexico would be seriously harmed if FMCSA carried out those threats.

35. As stated above, MVD heavily relies on CDLIS, the PDPS, and other resources and services operated by AAMVA.

36. In particular, without an effective, functioning, and up-to-date CDLIS, MVD would not be able to issue new CDLs or renew existing ones in compliance with federal law and regulations. This would result in disruption of interstate trucking, disruption of supply chains, delivery delays, increased unemployment, and price inflation due to higher shipping costs.

DECLARATION OF HTET WINT

And even if those laws and regulations did not apply, New Mexico would be harmed by losing access to an important public safety resource that keeps unsafe drivers off New Mexico's roads.

**New Mexico participated in CDLIS on the understanding that its records would be kept secure**

37. I understand that New Mexico's participation in the CDLIS is a condition to receiving certain federal highway funds.

38. It has never been New Mexico's understanding that FMCSA or any other federal agency has lawful authority to obtain the contents of CDLIS, nor that granting FMCSA the right to obtain and redisclose New Mexico's records was a condition of participation in CDLIS.

39. New Mexico has relied on the security and confidentiality of CDLIS records in designing its own information systems, in establishing practices relating to the maintenance of such records.

40. If FMCSA is able to obtain and redisclose New Mexico's records whenever it wishes, New Mexico will need to alter its practices.

FURTHER DECLARANT SAYETH NAUGHT.

\* \* \*

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.

Executed on August 7, 2026, in Santa Fe, New Mexico.

Htet Wint
Digitally signed by Htet Wint
Date: 2026.08.10 10:16:10 -06'00'

Htet Wint

Director

New Mexico Motor Vehicle Division

7

DECLARATION OF HTET WINT

# Exhibit A

Docusign Envelope ID: 116702CB-CC5F-81CC-80A5-00EF24312C65

## State of New Mexico

## TAXATION AND REVENUE DEPARTMENT

Agreement No.  #27-333-6001-00019

THIS Agreement ("Agreement") is made by and between the State of New Mexico, Taxation and Revenue Department, hereinafter referred to as the "Procuring Agency" and American Association of Motor Vehicle Administrators (AAMVA), hereinafter referred to as the "Contractor" and collectively referred to as the "Parties."

WHEREAS, pursuant to the Procurement Code, NMSA 1978 13-1-28 *et. seq.* and Procurement Code Regulations, NMAC 1.4.1 *et. seq.* the Contractor has held itself out as an entity with the ability to provide the required services to implement the Scope of Work as contained herein and the Procuring Agency has selected the Contractor as the offeror most advantageous to the State of New Mexico; and

NOW, THEREFORE, THE FOLLOWING TERMS AND CONDITIONS ARE MUTUALLY AGREED BETWEEN THE PARTIES:

1.    **Definitions.**

   A.    "New Mexico State Purchasing Agent" or "NMSPA" means the purchasing agent for the State of New Mexico or a designated representative. May be used interchangeably with "State Purchasing Agent" or "SPA".

   B.    "The New Mexico Administrative Code" "NMAC" means the official collection of current rules (regulations) written and filed by state agencies to clarify and interpret laws passed by the Legislature.

   C.    "Procuring Agency" means any state agency or local public body that enters into an Agreement to procure products or services.

   D.    "Products and Services schedule" refers to the complete list of  services under the Scope of Work on page 2 of this Agreement and the price for each, which is referenced in Section 3 of this Agreement.  Product and service descriptions may be amended only through a written amendment signed by all required signatories and with the prior approval of the Agreement Administrator, if any.  New products and services beyond those in the original procurement (whether RFP or ITB) shall not be added to the Products and Services Schedule.

   E.    "We," "us" or "our" refers to the State of New Mexico, agencies, commissions, institutions, political sub-divisions and local public bodies allowed by law to participate in the Agreement and whose accounts are created under this Agreement.

   F.    "You" and "your" refers to **American Association of Motor Vehicle Administrator or AAMVA**.

Purchasing Division: 1100 St. Francis Drive, Santa Fe, NM 87505; PO Box 6850, Santa Fe, NM  87502 (505) 827-0472

**Exhibit A**

2.  **Scope of Work**.

Annual Subscription Fee and for access to the American Association of Motor Vehicle Administrator's services via AAMVA.net including the following:
- SSOLV (Social Security Online Verification)
- VLS/SAVE (Verification of Lawful Status)
- USPVS (U.S. Passport Verification System)
- PDPS (Problem Driver Pointer System)
- CDLIS (Commercial Driver License Information System)
- S2S (State to State Verification)
- NMVTIS (National Motor Vehicle Title Information System)
- CSTIMS (Commercial Skills Test Information Management)
- DIAEP (Digital Image Access and Exchange)-no cost to state

Employees of the Motor Vehicle Division (MVD) must use these services with the Tapestry Motor Vehicle System as part of their job duties on a day-to-day basis. All listed services assist the Motor Vehicle Division in serving its customers while adhering to all State and Federal laws that affect both driver and vehicle transactions.

The following services are required for REAL ID compliance as stated in the REAL ID Act of 2005:
- SSOLV (Social Security Online Verification)
- VLS (Verification of Lawful Status)
- USPVS (U.S. Passport Verification System
- S2S (State to State Verification)

All other services may be required by the U.S. Department of Transportation's Federal Motor Carrier Safety Administration (FMSCA) or State compacts. Some services are not required by law but are leveraged to mitigate fraud or improve data quality.

The American Association of Motor Vehicle Administrators (AAMVA) is a tax-exempt, nonprofit organization developing model programs in motor vehicle administration, law enforcement and highway safety. The association also services as an information clearinghouse in these areas. Both Federal and State laws required the establishment of a clearing house for both driver and vehicle information. AAMVA is the only source for all of the listed services. These applications are proprietary to the association and are not available by any other means.

Due to federal law requirements, AAMVA is the only way of accessing these services through AAMVA Anet.

3.  **Compensation.**

A.  Payment. The total compensation under this Agreement shall not exceed

Page **2** of **14**

**$331,472.21 Three Hundred Thirty-One Thousand Four Hundred Seventy Two Dollars and Twenty-One Cents, excluding New Mexico gross receipts tax. PLEASE NOTE NO PROPERTY TAX WILL BE PAID TO THE CONTRACTOR BY THE STATE. This amount is a maximum and not a guarantee that the work assigned to be performed by Contractor under this Agreement shall equal the amount stated herein. The Parties do not intend for the Contractor to continue to provide Services without compensation when the total compensation amount is reached. Contractor is responsible for notifying the Procuring Agency when the Services provided under this Agreement reach the total compensation amount. In no event will the Contractor be paid for Services provided in excess of the total compensation amount without this Agreement being amended in writing prior to services, in excess of the total compensation amount being provided.**

Payment shall be made upon Acceptance of each Deliverable and upon the receipt and Acceptance of a detailed, certified Payment Invoice. Payment will be made to the Contractor's designated mailing address. In accordance with Section 13-1-158 NMSA 1978, payment shall be tendered to the Contractor within thirty (30) days of the date of written certification of Acceptance. All Payment Invoices MUST BE received by the Procuring Agency no later than fifteen (15) days after the termination of this Agreement. Payment Invoices received after such date WILL NOT BE PAID.

B.  Payment shall be made upon Acceptance of each Deliverable and upon the receipt of a detailed, certified Payment Invoice. Payment will be made to the Contractor's designated mailing address. In accordance with Section 13-1-158 NMSA 1978, payment shall be tendered to the Contractor within thirty (30) days of the date of written Invoice. All Payment Invoices MUST BE received by the Procuring Agency no later than fifteen (15) days after the termination of this Agreement. Payment Invoices received after such date WILL NOT BE PAID.

C.  Taxes.  The Contractor shall be reimbursed by the Procuring Agency for applicable New Mexico gross receipts taxes, excluding interest or penalties assessed on the Contractor by any authority.  **PLEASE NOTE NO PROPERTY TAX WILL BE PAID TO THE CONTRACTOR BY THE STATE.** The payment of taxes for any money received under this Agreement shall be the Contractor's sole responsibility and should be reported under the Contractor's Federal and State tax identification number(s).

Contractor and any and all subcontractors shall pay all Federal, state and local taxes applicable to its operation and any persons employed by the Contractor.  Contractor shall require all subcontractors to hold the Procuring Agency harmless from any responsibility for taxes, damages and interest, if applicable, contributions required under Federal and/or state and local laws and regulations and any other costs, including transaction privilege taxes, unemployment compensation insurance, Social Security and Worker's Compensation.

4.    **Term.**

THIS AGREEMENT SHALL NOT BECOME EFFECTIVE UNTIL APPROVED BY THE FINAL REQUIRED SIGNATORY. This Agreement shall end on June 30, 2027 unless terminated pursuant to this Agreement's Termination Clause or Appropriations Clause. This Agreement cannot be renewed.

5.    **Termination**

A.    <u>Grounds</u>. The Procuring Agency may terminate this Agreement for convenience or cause.  The Contractor may only terminate this Agreement based upon the Procuring Agency's uncured, material breach of this Agreement.

B.    <u>Notice; Procuring Agency Opportunity to Cure.</u>

1.    Except as otherwise provided in sub-paragraph A of this Clause and the Appropriations Clause of this Agreement, the Procuring Agency shall give Contractor written notice of termination at least thirty (30) days prior to the intended date of termination.

2.    Contractor shall give Procuring Agency written notice of termination at least thirty (30) days prior to the intended date of termination, which notice shall (i) identify all the Procuring Agency's material breaches of this Agreement upon which the termination is based and (ii) state what the Procuring Agency must do to cure such material breaches.  Contractor's notice of termination shall only be effective (i) if the Procuring Agency does not cure all material breaches within the thirty (30) day notice period or (ii) in the case of material breaches that cannot be cured within thirty (30) days, the Procuring Agency does not, within the thirty (30) day notice period, notify the Contractor of its intent to cure and begin with due diligence to cure the material breach.

3.  Notwithstanding the foregoing, this Agreement may be terminated immediately upon written notice to the Contractor (i) if the Contractor becomes unable to perform the services contracted for, as determined by the Procuring Agency; (ii) if, during the term of this Agreement, the Contractor is suspended or debarred by the State Purchasing Agent; or (iii) the Agreement is terminated pursuant to the Appropriations Clause of this Agreement.

C.    <u>Liability.</u>  Except as otherwise expressly allowed or provided under this Agreement, the Procuring Agency's sole liability upon termination shall be to pay for acceptable work performed prior to the Contractor's receipt or issuance of a notice of termination; <u>provided</u>, <u>however</u>, that a notice of termination shall not nullify or otherwise affect either party's liability for pre-termination defaults under or breaches of this Agreement. The Contractor shall submit an invoice for such work within thirty (30) days of receiving or sending the notice of termination. *THIS PROVISION IS NOT EXCLUSIVE AND DOES NOT WAIVE THE PROCURING AGENCY'S OTHER LEGAL RIGHTS AND REMEDIES CAUSED BY THE CONTRACTOR'S DEFAULT/BREACH OF THIS AGREEMENT.*

6.    **Appropriations.**

The terms of this Agreement are contingent upon sufficient appropriations and authorization being made by the Legislature of New Mexico for the performance of this Agreement. If sufficient appropriations and authorization are not made by the Legislature, this Agreement shall terminate immediately upon written notice being given by the Procuring Agency to the Contractor. The Procuring Agency's decision as to whether sufficient appropriations are available shall be accepted by the Contractor and shall be final. If the Procuring Agency proposes

an amendment to the Agreement to unilaterally reduce funding, the Contractor shall have the option to terminate the Agreement or to agree to the reduced funding, within thirty (30) days of receipt of the proposed amendment.

7.      **Status of Contractor.**

The Contractor and its agents and employees are independent contractors performing professional or general services for the Procuring Agency and are not employees of the State of New Mexico. The Contractor and its agents and employees shall not accrue leave, retirement, insurance, bonding, use of state vehicles, or any other benefits afforded to employees of the State of New Mexico as a result of this Agreement. The Contractor acknowledges that all sums received hereunder are reportable by the Contractor for tax purposes, including without limitation, self-employment and business income tax. The Contractor agrees not to purport to bind the State of New Mexico unless the Contractor has express written authority to do so, and then only within the strict limits of that authority.

8.      **Conflict of Interest; Governmental Conduct Act.**

A.      The Contractor represents and warrants that it presently has no interest and, during the term of this Agreement, shall not acquire any interest, direct or indirect, which would conflict in any manner or degree with the performance or services required under the Agreement.

B.      The Contractor further represents and warrants that it has complied with, and, during the term of this Agreement, will continue to comply with, and that this Agreement complies with all applicable provisions of the Governmental Conduct Act, Chapter 10, Article 16 NMSA 1978. Without in any way limiting the generality of the foregoing, the Contractor specifically represents and warrants that:

1)      in accordance with NMSA 1978, § 10-16-4.3, the Contractor does not employ, has not employed, and will not employ during the term of this Agreement any Procuring Agency employee while such employee was or is employed by the Procuring Agency and participating directly or indirectly in the Procuring Agency's contracting process;

2)      this Agreement complies with NMSA 1978, § 10-16-7(A) because (i) the Contractor is not a public officer or employee of the State; (ii) the Contractor is not a member of the family of a public officer or employee of the State; (iii) the Contractor is not a business in which a public officer or employee or the family of a public officer or employee has a substantial interest; or (iv) if the Contractor is a public officer or employee of the State, a member of the family of a public officer or employee of the State, or a business in which a public officer or employee of the State or the family of a public officer or employee of the State has a substantial interest, public notice was given as required by NMSA 1978, § 10-16-7(A) and this Agreement was awarded pursuant to a competitive process;

3)      in accordance with NMSA 1978, § 10-16-8(A), (i) the Contractor is not, and has not been represented by, a person who has been a public officer or employee of the State within the preceding year and whose official act directly resulted in this Agreement and (ii) the Contractor is not, and has not been assisted in any way regarding this transaction by, a former public officer or employee of the State whose official act, while in State employment, directly resulted in the Procuring Agency's making this Agreement;

Page **5** of **14**

4)  this Agreement complies with NMSA 1978, § 10-16-9(A)because (i) the Contractor is not a legislator; (ii) the Contractor is not a member of a legislator's family; (iii) the Contractor is not a business in which a legislator or a legislator's family has a substantial interest; or (iv) if the Contractor is a legislator, a member of a legislator's family, or a business in which a legislator or a legislator's family has a substantial interest, disclosure has been made as required by NMSA 1978, § 10-16-7(A), this Agreement is not a sole source or small purchase contract, and this Agreement was awarded in accordance with the provisions of the Procurement Code;

5)  in accordance with NMSA 1978, § 10-16-13, the Contractor has not directly participated in the preparation of specifications, qualifications or evaluation criteria for this Agreement or any procurement related to this Agreement; and

6)  in accordance with NMSA 1978, § 10-16-3 and § 10-16-13.3, the Contractor has not contributed, and during the term of this Agreement shall not contribute, anything of value to a public officer or employee of the Procuring Agency.

C.  Contractor's representations and warranties in paragraphs A and B of this Clause are material representations of fact upon which the Procuring Agency relied when this Agreement was entered into by the parties. Contractor shall provide immediate written notice to the Procuring Agency if, at any time during the term of this Agreement, Contractor learns that Contractor's representations and warranties in paragraphs A and B of this Clause were erroneous on the effective date of this Agreement or have become erroneous by reason of new or changed circumstances. If it is later determined that Contractor's representations and warranties in paragraphs A and B of this Clause were erroneous on the effective date of this Agreement or have become erroneous by reason of new or changed circumstances, in addition to other remedies available to the Procuring Agency and notwithstanding anything in the Agreement to the contrary, the Procuring Agency may immediately terminate the Agreement.

D.  All terms defined in the Governmental Conduct Act have the same meaning in this Agreement.

9.  **Amendment.**

A.  This Agreement shall not be altered, changed or amended except by instrument in writing executed by the parties hereto and all other required signatories.

B.  If the Procuring Agency proposes an amendment to the Agreement to unilaterally reduce funding due to budget or other considerations, the Contractor shall, within thirty (30) days of receipt of the proposed Amendment, have the option to terminate the Agreement, pursuant to the termination provisions as set forth in the Terminations Clause of this Agreement, or to agree to the reduced funding.

10.  **Merger.**

This Agreement incorporates all the Agreements, covenants and understandings between the parties hereto concerning the subject matter hereof, and all such covenants, Agreements and understandings have been merged into this written Agreement. No prior Agreement or understanding, oral or otherwise, of the parties or their agents shall be valid or enforceable unless embodied in this Agreement.

11.    **<u>Penalties for violation of law.</u>**

The Procurement Code, NMSA 1978 §§ 13-1-28 through 13-1-199, imposes civil and criminal penalties for violation of the statute. In addition, the New Mexico criminal statutes impose felony penalties for illegal acts, including bribes, gratuities and kickbacks.

12.    **<u>Equal Opportunity Compliance.</u>**

The Contractor agrees to abide by all applicable federal and state laws and rules and regulations, and executive orders of the Governor of the State of New Mexico, pertaining to equal employment opportunity. In accordance with all such laws of the State of New Mexico, the Contractor assures that no person in the United States shall, on the grounds of race, religion, color, national origin, ancestry, sex, age, physical or mental handicap, or serious medical condition, spousal affiliation, sexual orientation or gender identity, be excluded from employment with or participation in, be denied the benefits of, or be otherwise subjected to discrimination under any program or activity performed under this Agreement. If Contractor is found not to be in compliance with these requirements during the life of this Agreement, Contractor agrees to take appropriate steps to correct these deficiencies.

13.    **<u>Workers Compensation.</u>**

The Contractor agrees to comply with state laws and rules applicable to workers compensation benefits for its employees. If the Contractor fails to comply with the Workers Compensation Act and applicable rules when required to do so, this Agreement may be terminated by the Procuring Agency.

14.    **<u>Applicable Law.</u>**

The laws of the State of New Mexico shall govern this Agreement, without giving effect to its choice of law provisions. Venue shall be proper only in a New Mexico court of competent jurisdiction in accordance with NMSA 1978, § 38-3-1 (G). By execution of this Agreement, Contractor acknowledges and agrees to the jurisdiction of the courts of the State of New Mexico over any and all lawsuits arising under or out of any term of this Agreement.

15.    **<u>Records and Financial Audit.</u>**

The Contractor shall maintain detailed time and expenditure records that indicate the date, time, nature and cost of services rendered during the Agreement's term and effect and retain them for a period of three (3) years from the date of final payment under this Agreement. The records shall be subject to inspection during normal business hours and with at least five (5) business day's notice, by the Procuring Agency, the Department of Finance and Administration and the State Auditor. The Procuring Agency shall have the right to audit billings both before and after payment. Payment under this Agreement shall not foreclose the right of the Procuring Agency to recover excessive or illegal payments

16.     **Invalid Term or Condition.**

If any term or condition of this Agreement shall be held invalid or unenforceable, the remainder of this Agreement shall not be affected and shall be valid and enforceable.

17.     **Enforcement of Agreement**

A party's failure to require strict performance of any provision of this Agreement shall not waive or diminish that party's right thereafter to demand strict compliance with that or any other provision.  No waiver by a party of any of its rights under this Agreement shall be effective unless express and in writing, and no effective waiver by a party of any of its rights shall be effective to waive any other rights.

18.     **Non-Collusion**

In signing this Agreement, the Contractor certifies the Contractor has not, either directly or indirectly, entered into action in restraint of free competitive bidding in connection with this offer submitted to the State Purchasing Agent or agency or entity.

19.     **Notices.**

Any notice required to be given to either party by this Agreement shall be in writing and shall be delivered in person, by courier service or by U.S. mail, either first class or certified, return receipt requested, postage prepaid, as follows:

To the Procuring Agency:

Taxation and Revenue, MVD
Tye Franz
1100 S. St. Francis Drive
Santa Fe, NM  87505
505-490-2834
Tye.Franz1@tax.nm.gov

To the Contractor:

AAMVA
Wesley Day
4250 Fairfax Dr. Suite 1000
Arlington, VA 22203
703-908-2941
wday@aamva.org.

20.     **Succession**

This Agreement shall extend to and be binding upon the successors and assigns of the parties.

Docusign Envelope ID: 116702CB-CC5F-81CC-89A5-00EF24312C65

21.     **<u>Headings</u>**

Any and all headings herein are inserted only for convenience and ease of reference and are not to be considered in the construction or interpretation of any provision of this Agreement.  Numbered or lettered provisions, sections and subsections contained herein, refer only to provisions, sections and subsections of this Agreement unless otherwise expressly stated.

22.     **<u>Default/Breach.</u>**

In case of Default and/or Breach by the Contractor, for any reason whatsoever, the Procuring Agency and the State of New Mexico may procure the goods or Services from another source and hold the Contractor responsible for any resulting excess costs and/or damages, including but not limited to, direct damages, indirect damages, consequential damages, special damages and the Procuring Agency and the State of New Mexico may also seek all other remedies under the terms of this Agreement and under law or equity.

23.     **<u>Equitable Remedies.</u>**

Contractor acknowledges that its failure to comply with any provision of this Agreement will cause the Procuring Agency irrevocable harm and that a remedy at law for such a failure would be an inadequate remedy for the Procuring Agency, and the Contractor consents to the Procuring Agency's obtaining from a court of competent jurisdiction, specific performance, or injunction, or any other equitable relief in order to enforce such compliance. Procuring Agency's rights to obtain equitable relief pursuant to this Agreement shall be in addition to, and not in lieu of, any other remedy that Procuring Agency may have under applicable law, including, but not limited to, monetary damages.

24.     **<u>New Mexico Employees Health Coverage.</u>**

A.      If Contractor has, or grows to, six (6) or more employees who work, or who are expected to work, an average of at least 20 hours per week over a six (6) month period during the term of this Agreement, Contractor certifies, by signing this Agreement, to have in place, and agree to maintain for the term of the Agreement, health insurance for those employees and offer that health insurance to those employees if the expected annual value in the aggregate of any and all contracts between Contractor and the State exceed $250,000 dollars.

B.      Contractor agrees to maintain a record of the number of employees in the State of New Mexico who have (a) accepted health insurance; (b) declined health insurance due to other health insurance coverage already in place; or (c) declined health insurance for other reasons. These records are subject to review and audit by a representative of the state upon reasonable notice during normal business hours.

C.      Contractor agrees to advise all employees in the State of New Mexico of the availability of State publicly financed health care coverage programs by providing each employee with, as a minimum, the following web site link to additional information: https://bewellnm.com.

25.    **Indemnification.**

In accordance with NMAC 1.4.1.11, the Contractor shall defend, indemnify and hold harmless the Procuring Agency and the State of New Mexico from all actions, proceeding, claims, demands, costs, damages, attorneys' fees and all other liabilities and expenses of any kind from any source which may arise out of the performance of this Agreement, caused by the negligent act or failure to act of the Contractor, its officers, employees, servants, subcontractors or agents,
resulting in injury or damage to persons or property during the time when the Contractor or any officer, agent, employee, servant or subcontractor thereof has or is performing services pursuant to this Agreement. In the event that any action, suit or proceeding related to the services performed by the Contractor or any officer, agent, employee, servant or subcontractor under this Agreement is brought against the Contractor, the Contractor shall, as soon as practicable but no later than two (2) days after it receives notice thereof, notify the legal counsel of the Procuring Agency and the Risk Management Division of the New Mexico General Services Department by certified mail.

26.    **Default and Force Majeure.**

The State reserves the right to cancel all or any part of any orders placed under this Agreement without cost to the State, if the Contractor fails to meet the provisions of this Agreement and, except as otherwise provided herein, to hold the Contractor liable for any excess cost occasioned by the State due to the Contractor's default. The Contractor shall not be liable if failure to provide the services set forth in this Agreement arises out of causes beyond the control and without the fault or negligence of the Contractor; such causes include, but are not restricted to, acts of God or the public enemy, acts of the State or Federal Government, fires, floods, epidemics, quarantine restrictions, strikes, freight embargoes, unusually severe weather and defaults of subcontractors due to any of the above, unless the State shall determine that the supplies or services to be furnished by the subcontractor were obtainable from other sources in sufficient time to permit the Contractor to meet the required delivery scheduled. The rights and remedies of the State provided in this Clause shall not be exclusive and are in addition to any other rights now being provided by law or under this Agreement.

27.    **Assignment.**

The Contractor shall not assign or transfer any interest in this Agreement or assign any claims for money due or to become due under this Agreement without the prior written approval of the Procuring Agency.

28.    **Subcontracting.**

The Contractor shall not subcontract any portion of the services to be performed under this Agreement without the prior written approval of the Procuring Agency. No such subcontract shall relieve the primary Contractor from its obligations and liabilities under this Agreement, nor shall any subcontract obligate direct payment from the Procuring Agency.

29.    **Inspection of Plant.**

Docusign Envelope ID: 116702CB-CC5F-81CC-89A5-00EF24312C65

The State Purchasing Agent or agency or entity that is a party to this Agreement may inspect, at any reasonable time during Contractor's regular business hours and upon at least 5 business days' prior written notice, the Contractor's plant or place of business, or any subcontractor's plant or place of business, which is related to the performance of this Agreement.

30.    **Commercial Warranty.**

The Contractor agrees that the tangible personal property or services furnished under this Agreement shall be covered by the most favorable commercial warranties the Contractor gives to any customer for such tangible personal property or services, and that the rights and remedies provided herein shall extend to the State and are in addition to and do not limit any rights afforded to the State by any other Clause of this Agreement or order. Contractor agrees not to disclaim warranties of fitness for a particular purpose or merchantability.

31.    **Condition of Proposed Items.**

Where tangible personal property is a part of this Agreement, all proposed items are to be NEW and of most current production, unless otherwise specified.

32.    **Release.**

Final payment of the amounts due under this Agreement shall operate as a release of the Procuring Agency, its officers and employees, and the State of New Mexico from all liabilities, claims and obligations whatsoever arising from or under this Agreement.

33.    **Confidentiality.**

Any Confidential Information provided to the Contractor by the Procuring Agency or, developed by the Contractor based on information provided by the Procuring Agency in the performance of this Agreement shall be kept confidential and shall not be made available to any individual or organization by the Contractor without the prior written approval of the Procuring Agency. Upon termination of this Agreement, Contractor shall deliver all Confidential Information in its possession to the Procuring Agency within thirty (30) Business Days of such termination. Contractor acknowledges that failure to deliver such Confidential Information to the Procuring Agency will result in direct, special and incidental damages.

34.    **Incorporation by Reference and Precedence.**

In the event of a dispute under this Agreement, applicable documents will be referred to for the purpose of clarification or for additional detail in the following order of precedence: (1) amendments to the Agreement in reverse chronological order; (2) the Agreement, including the scope of work and all terms and conditions thereof.

35.    **Inspection.**

If this Agreement is for the purchase of tangible personal property (goods), final inspection and acceptance shall be made at Destination.  Tangible personal property rejected at

Destination for non-conformance to specifications shall be removed at Contractor's risk and expense promptly after notice of rejection and shall not be allowable as billable items for payment.

36.    **Inspection of Services.**

If this Agreement is for the purchase of services, the following terms shall apply.

A.  Services, as used in this Clause, include services performed, workmanship, and material furnished or utilized in the performance of services.

B.  The Contractor shall provide and maintain an inspection system acceptable to the State Purchasing Agent or other party to this Agreement covering the services under this Agreement.  Complete records of all inspection work performed by the Contractor shall be maintained and made available to the State Purchasing Agent or other party to this Agreement during the term of performance of this Agreement and for as long thereafter as the Agreement requires.

C.  The State Purchasing Agent or other party to this Agreement has the right to inspect and test all services contemplated under this Agreement to the extent practicable at all times and places during the term of the Agreement. The State Purchasing Agent or other party to this Agreement shall perform inspections and tests in a manner that will not unduly delay or interfere with Contractor's performance.

D.  If the State Purchasing Agent or other party to this Agreement performs inspections or tests on the premises of the Contractor or a subcontractor, the Contractor shall furnish, and shall require subcontractors to furnish, at no increase in Agreement price, all reasonable facilities and assistance for the safe and convenient performance of such inspections or tests.

E.  If any part of the services do not conform with the requirements of this Agreement, the State Purchasing Agent or other party to this Agreement may require the Contractor to re-perform  the services  in conformity with the requirements of this Agreement at no increase in Agreement amount. When the defects in services cannot be corrected by re-performance, the State Purchasing Agent or other party to this Agreement may:

(1) require the Contractor to take necessary action(s) to ensure that future performance conforms to the requirements of this Agreement; and

(2) reduce the Agreement price to reflect the reduced value of the services performed.

F.  If the Contractor fails to promptly re-perform the services or to take the necessary action(s) to ensure future performance in conformity with the requirements of this Agreement, the State Purchasing Agent or other party to this Agreement may:

(1) by Agreement or otherwise, perform the services and charge to the Contractor any cost incurred by the State Purchasing Agent or other party to this Agreement that is directly related to the performance of such service; or

(2) terminate the Agreement for default.

*THE PROVISIONS OF THIS CLAUSE ARE NOT EXCLUSIVE AND DO NOT WAIVE THE STATE PARTIES TO THIS AGREEMENT OTHER LEGAL RIGHTS AND REMEDIES CAUSED BY THE CONTRACTOR'S DEFAULT/BREACH OF THIS AGREEMENT.*

37.    **Insurance.**

If the services contemplated under this Agreement will be performed on or in State facilities or property, Contractor shall maintain in force during the entire term of this Agreement,

Docusign Envelope ID: 116702CB-CC5F-81CC-89A5-00EF24312C65

the following insurance coverage(s), naming the State of New Mexico, General Services Department or other party to this Agreement as additional insured.

    A.  Workers Compensation (including accident and disease coverage) at the statutory limit. Employers' liability: $100,000.

    B.  Comprehensive general liability (including endorsements providing broad form property damage, personal injury coverage and contractual assumption of liability for all liability the Contractor has assumed under this Agreement). Limits shall not be less than the following:
- a. Bodily injury: $1,000,000 per person /$1,000,000 per occurrence.
- b. Property damage or combined single limit coverage: $1,000,000.
- c. Automobile liability (including non-owned automobile coverage): $1,000,000.
- d. Umbrella: $1,000,000.

    C.  Contractor shall maintain the above insurance for the term of this Agreement and name the State of New Mexico, General Services Department or other party to this Agreement as an additional insured and provide for 30 days cancellation notice on any Certificate of Insurance form furnished by Contractor.  Such certificate shall also specifically state the coverage provided under the policy is primary over any other valid and collectible insurance and provide a waiver of subrogation.

IN WITNESS WHEREOF, the Parties hereby execute this Agreement, which will take effect on the last signature date of the required approval authorities below.  Each of the signatories, below, may execute this Agreement by hard copy original, facsimile, digital or electronic signature, any of which shall be deemed to be a true and original signature hereunder.

By: *Stephanie Schardin Clarke*      Date: 7/7/2026
Stephanie Schardin Clarke, Cabinet Secretary
Taxation and Revenue Department

By: *Kelly Kitzman*      Date: 7/7/2026
Kelly Kitzman, Chief Legal Counsel – Certifying legal sufficiency
Taxation and Revenue Department

By: *Denise Irion*      Date: 7/7/2026
Denise Irion, Chief Financial Officer
Taxation and Revenue Department

By: *Wendy Sibley*      Date: 7/7/2026
Wendy Sibley, VP Finance, CFO
AAMVA

The records of the Taxation and Revenue Department reflect that the Contractor is registered with the Taxation and Revenue Department of the State of New Mexico to pay gross receipts and compensating taxes.

NM BTIN Number:   02-478146-00-0

By: _____ *Ann Marie Lucero* _____     Date:7/6/2026 _____

DocuSigned by:

A1E23200AE974AA...

Taxation and Revenue Department