**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

|  |  |
|---|---|
| STATE OF ILLINOIS; DISTRICT OF COLUMBIA; STATE OF CALIFORNIA; COMMONWEALTH OF VIRGINIA; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF HAWAI'I; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF OREGON; Governor of the COMMONWEALTH OF PENNSYLVANIA; STATE OF VERMONT; STATE OF WASHINGTON; STATE OF WISCONSIN;<br><br>    *Movants*,<br>  v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>    *Respondent*. | No. 1:26-mc-19 |

**DECLARATION OF K. BRUNETTI IRELAND**

I, K. Brunetti Ireland, declare under penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

1.  I am a resident of the State of Nevada. I am over the age of 18, competent to testify as to the facts herein, and I testify based on personal knowledge.

2.  I am the Chief of Special Litigation at the Nevada Attorney General's Office, counsel of record for Plaintiff State of Nevada in this matter.

3.  Attached as Exhibit 1 is a true and correct copy of the American Association of Motor Vehicle Administrators' list of member jurisdictions as of August 6, 2026, available at https://www.aamva.org/membership/membership-types-and-benefits/jurisdiction-membership.

4.  Attached as Exhibit 2 is a true and correct copy of the Nevada Department of Motor Vehicles' (NV DMV) webpage on motor carrier regulations as of August 6, 2026, available at https://dmv.nv.gov/mcoverview.htm.

5.  Section 481.063 of the Nevada Revised Statutes limits the circumstances under which personal information in NV DMV's possession may be released.

* * *

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.

Executed on August 9, 2026, in Las Vegas, Nevada.

K. Brunetti Ireland
Digitally signed by K. Brunetti Ireland
Date: 2026.08.09 19:58:38 -07'00'

_____

K. Brunetti Ireland

# Exhibit 3

**American Association of
Motor Vehicle Administrators**

HOME > MEMBERSHIP > MEMBERSHIP TYPES & BENEFITS > JURISDICTION MEMBERSHIP

# Jurisdiction Membership

AAMVA's jurisdiction members are comprised of the 50 U.S. states, District of Columbia, 5 U.S. territories, 10 Canadian provinces, and 3 Canadian territories and the agencies within those jurisdictions who administer and enforce motor vehicle laws. AAMVA's members handle driver licensing, vehicle registration and titling, and roadway law enforcement.

AAMVA is organized into four regions to facilitate the sharing of geographic priorities. See the list of jurisdictions that fall within each region below.

## Benefits

Jurisdiction membership in AAMVA includes the following benefits:

- Access to our online members-only directory
- Complimentary subscription to AAMVA's award-winning MOVE Magazine
- Complimentary subscriptions to AAMVA's members-only weekly e-newsletters TWIR (The Week in Review) and Regional News
- Timely Legislative & Regulatory alerts and other special alerts
- Travel assistance to our Annual International Conference, Workshop & Law Institute, and regional conferences
- Opportunity to participate in our Leadership Academy
- Use of AAMVA's popular online survey tool
- Program support: Jurisdiction to Jurisdiction Learning Visits.
- Standard Verification Programs: DL/ID Card and License Plate
- Access to staff subject matter experts
- Access to jurisdiction only content on our website
- Access to members-only webinars
- Participation on AAMVA's volunteer groups, such as boards, committees, subcommittees, and working groups
- Complimentary job postings on our website
- The ability to submit individuals or programs to our awards program

If you are a law enforcement agency, please see how you can additionally benefit from active membership in AAMVA.



**Region 1 Jurisdictions**

Connecticut

Delaware

District of Columbia

Maine

Maryland

Massachusetts

New Brunswick

Newfoundland and Labrador

New Hampshire

New Jersey

New York

Nova Scotia

Ontario

Pennsylvania

Prince Edward Island

Quebec

Rhode Island

Vermont



**Region 2 Jurisdictions**

Alabama

Arkansas

Florida

Georgia

Kentucky

Louisiana

Mississippi

North Carolina

Oklahoma

South Carolina

Tennessee

Texas

Virginia

Virgin Islands

West Virginia

Puerto Rico



**Region 3 Jurisdictions**

Illinois

Indiana

Iowa

Kansas

Manitoba

Michigan

Minnesota

Missouri

Nebraska

North Dakota

Ohio

South Dakota

Wisconsin



**Region 4 Jurisdictions**

Alaska

Alberta

American Samoa

Arizona

British Columbia

California

Colorado

Guam

Hawaii

Idaho

Montana

Nevada

New Mexico

Northern Mariana Islands

Northwest Territories

Nunavut

Oregon

Saskatchewan

Utah

Washington

Wyoming

Yukon Territory

---

For questions or more information about jurisdiction membership, please contact <u>Member Services</u>.

CONTACT US

COPYRIGHT © 2026, AMERICAN ASSOCIATION OF MOTOR VEHICLE ADMINISTRATORS (AAMVA) - 012

# Exhibit 2





# Motor Carrier Regulations

**Help ensure everyone pays their fair share!**

Report the illegal sale or use of dyed diesel fuel or other form of untaxed product, such as used motor oil, biodiesel produced or sold from a source other than a retail location, other waste oil or any case of fuel tax evasion.

**Motor Carrier**  >  Motor Carrier Regulations

## Nevada Regulations

In Nevada, the DMV's Motor Carrier section regulates **Interstate Motor Carriers** and **Intrastate Common Goods Carriers**. **Intrastate Motor Carriers** and **Household Goods Movers** are regulated by the Nevada Transportation Authority.

**Skip to main content**

Precise definitions of the different types of carriers are outlined in Nevada Revised Statutes Chapter 706.

# Key Regulations & Requirements



### Commercial Driver License (CDL)

You must have a CDL to operate vehicles 26,001 pounds or heavier, vehicles designed to transport 16 or more passengers, including the driver, or any vehicle which transports placarded hazardous materials. Driving records are checked nationally through the Commercial Driver License Information System (CDLIS).

**Resources:**

**Federal CDL Regulations**  ↗

**Hazmat Information**  →

**Nevada CDL Handbook**



### Apportioned Vehicle Registration

Nevada is a member of the International Registration Plan (IRP), which is a cooperative agreement for registering vehicles that travel into two or more jurisdictions (states or Canadian provinces). Each state receives a portion of a vehicle's registration fees based on the percentage of miles traveled in that state.

**Resources:**

**International Registration Plan**  ↗

**Skip to main content**

 ## Special Fuel Taxes (IFTA)

Nevada is a member of the International Fuel Tax Agreement (IFTA), which provides for payment of special fuel taxes based on mileage driven in each jurisdiction. Truckers file quarterly tax returns detailing mileage driven in each state. Fuels such as diesel, kerosene, LPG, CNG and A55 water-phased hydrocarbon fuel are subject to Special Fuel Tax.

**Resources:**

[International Fuel Tax Agreement](#) ↗

[Nevada Revised Statutes Chapter 366](#) ↗

[Federation of Tax Administrators](#) ↗

[Nevada Motor Carrier Forms](#) →

 ## Heavy Vehicle Use Tax (IRS)

The federal government levies specific excise taxes on the trucking industry. You must pay the Heavy Vehicle Use Tax on any vehicle over 55,000 pounds Gross Vehicle Weight before it can be registered.

**Resources:**

[IRS Form 2290 (Heavy Vehicle Use Tax)](#) ↗

[Publication 510 (Excise Taxes)](#) ↗

[IRS Form 2290 (Heavy Vehicle Use Tax)](#) ↗

[Skip to main content](#)    ## Federal Motor Carrier Safety

Federal Motor Carrier Safety Regulations apply to interstate motor carriers with vehicles having a GVWR of 10,001 pounds or more, passenger vehicles transporting more than 16 passengers, or any size vehicle carrying placarded hazardous materials. You need a U.S. DOT number and possibly an MC number and Operating Authority.

**Resources:**

**FMCSA/DOT Unified Registration System** [↗]

**US Code Title 49** [↗]

**Commercial Vehicle Safety Alliance (CVSA)** [↗]

**Code of Federal Regulations** [↗]

 ## Unified Carrier Registration (UCR)

Any company that operates a truck or bus in interstate or international commerce must comply with the Unified Carrier Registration Agreement. Nevada is a non-participating state, so Nevada-based carriers must register with a participating state. Online registration is available.

**Resources:**

**UCR Requirements, Fees and Contacts** [↗]

**US Code Title 49** [↗]

# Nevada Regulatory Agencies

Truckers must follow size and time restrictions on specific roadways and obtain permits for unusual loads.

**Skip to main content**

### DMV Motor Carrier Division

Issues overlength, overweight and single-trip permits.

###  Nevada DOT

Issues over-dimensional permits and provides road and weather information.

**Nevada Department of Transportation** ☑

### Nevada Highway Patrol

Issues amber light, emergency light and hazardous materials permits. Enforces commercial traffic and safety laws.

**Nevada Highway Patrol** ☑

## Nevada Transportation Authority

The Nevada Transportation Authority regulates Intrastate Motor Carriers and Household Goods Movers. They ensure that carriers operating within Nevada comply with state regulations for safety, insurance, and proper operating authority. If you're transporting goods or passengers exclusively within Nevada, you'll need to register with this authority.

**Resources:**

**Visit Nevada Transportation Authority Website** ☑

**Contact NTA** ☑

**Skip to main content**



## Nevada Taxicab Authority (Clark County Only)

The Nevada Taxicab Authority, Clark County only, regulates taxicab services and other for-hire transportation services operating in Clark County. This includes licensing, permits, and enforcement of regulations for taxi operators and drivers to ensure public safety and fair business practices.

**Resources:**

**Visit Nevada Taxicab Authority Website** ⬀

**Driver Permits Requirements** ⬀

**Taxicab Regulations** ⬀

**DMV Info**

**DMV Services**

**Careers**

**News & Media**

**Connect With Us**

Instagram      Facebook      YouTube      LinkedIn      X



Copyright © 2026 Nevada DMV

**Skip to main content**

Privacy Policy     About Us     Accessibility     Contact Us

Privacy Policy     About Us     Accessibility     Contact Us