**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| STATE OF ILLINOIS; DISTRICT OF COLUMBIA; STATE OF CALIFORNIA; COMMONWEALTH OF VIRGINIA; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF HAWAI'I; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF OREGON; Governor of the COMMONWEALTH OF PENNSYLVANIA; STATE OF VERMONT; STATE OF WASHINGTON; STATE OF WISCONSIN; | No. 26-mc-19 |
| *Movants,* | |
| v. | |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, | |
| *Respondent.* | |

**INDEX OF DECLARATIONS IN SUPPORT OF MOVANT STATES' MOTION TO
QUASH ADMINISTRATIVE SUBPOENA NO. HSI-DC-2026-081167-001**

| ECF No. | Name | State |
|---|---|---|
| 3-1 | Declaration of Katharine Roller (Roller Decl.) | N/A |
| 3-2 | Declaration of Kevin Duesterhaus (Duesterhaus Decl.) | IL |
| 3-3 | Declaration of Marquis Miles (Miles Decl.) | DC |
| 3-4 | Declaration of Kristin Triepke (Triepke Decl.) | CA |
| 3-5 | Declaration of Saundra M. Jack (Jack Decl.) | VA |
| 3-6 | Declaration of Electra Theodorides-Bustle (Bustle Decl.) | CO |
| 3-7 | Declaration of Kelly O'Connell (O'Connell Decl.) | CT |
| 3-8 | Declaration of Shanté A. Hastings (Hastings Decl.) | DE |
| 3-9 | Declaration of Toby Wakumoto (Wakumoto Decl.) | HI |
| 3-10 | Declaration of Steven Vasquezi (Vasquezi Decl.) | MA |
| 3-11 | Declaration of Christine Nizer (Nizer Decl.) | MD |

| 3-12 | Declaration of Shenna Bellows (Bellows Decl.) | ME |
|------|-----------------------------------------------|----|
| 3-13 | Declaration of Ryan Smith (Smith Decl.) | MI |
| 3-14 | Declaration of Rosalie Johnson (Johnson Decl.) | NJ |
| 3-15 | Declaration of Htet Wint (Wint Decl.) | NM |
| 3-16 | Declaration of K. Brunetti Ireland (Ireland Decl.) | NV |
| 3-17 | Declaration of Jasen Catalfamo (Catalfamo Decl.) | NY |
| 3-18 | Declaration of Linda Beuckens (Beuckens Decl.) | OR |
| 3-19 | Declaration of Diosdado Arroyo (Arroyo Decl.) | PA |
| 3-20 | Declaration of Brad Benfield (Benfield Decl.) | WA |
| 3-21 | Declaration of Kristina H. Boardman (Boardman Decl.) | WI |