IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| STATE OF ILLINOIS, *et al.*,<br><br>Movants,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>Respondent. | ) | 1:26-mc-119 (AJT-IDD) |

**ORDER**

Several states and the District of Columbia (collectively the Plaintiff States) have moved pursuant to Federal Rule of Civil Procedure 45 to quash an Administrative Subpoena that Respondent Department of Homeland Security ("DHS") served on the American Association of Motor Vehicle Administrators ("AAMVA"). [Doc. No. 1]. Movants have additionally moved for an Interim Stay Order Pending the Court's Decision on the Motion to Quash. [Doc. No. 4] (the "Motion"). Upon consideration of the Motion, and it appearing that additional time is necessary for the Court to consider the Motion to Quash, and that the ends of justice require that an administrative stay of this action be entered pending its further consideration of the Motion to Quash, it is hereby

**ORDERED** that pursuant to the All Writs Act and the Court's inherent powers to manage its docket, an **ADMINISTRATIVE STAY** be, and the same hereby is, entered in this case until further order of this Court, during which, the time for AAMVA to produce documents pursuant to the Subpoena is continued to a date to be determined, and (1) Respondent DHS should not receive any subpoena documents from the AAMVA pursuant to the Subpoena until further notice; (2)

Respondent DHS must immediately inform AAMVA that AAMVA should not produce the subpoenaed documents until further notice; and (3) if AAMVA produces any documents in response to the Subpoena, Respondent DHS must immediately return such documents and not inspect any such documents until the Court rules on the Motion; and it is further

**ORDERED** that Respondent file its Opposition to Plaintiffs' Motion to Quash by 5:00 PM on Monday, August 17, 2026, and Movants file their Reply by 12:00 p.m. on Wednesday, August 19, 2026; and it is further

**ORDERED** that a hearing on the Motion to Quash, be and is, **SCHEDULED** for Thursday, August 20, 2026 at 10:00 a.m. in Courtroom 1000.

The Clerk is directed to forward copies of this Order to all counsel of record.

Alexandria, Virginia
August 14, 2026

/s/
Anthony J. Trenga
Senior United States District Judge