# CIVIL MOTION MINUTES

Date: 08/20/26

Judge: Trenga

Reporter: R. Montgomery

Time: 10:03 am – 11:23am

Civil Action Number: 1:26mc19

State of Illinois, et al
vs.
United States Department of Homeland Security

Appearances of Counsel:

**Movant** – **Megan Keenan**
**Mitchell Reich**
**Karthik Reddy**

**Respondent- Matthew Mezger**
**Eitan Sirkovich**

#4 Emergency Motion to Stay Pending Decision on Motion to Quash

Argued &
( ) Granted ( ) Denied ( ) Granted in part/Denied in part
( )Held in Abeyance (**X**) Taken Under Advisement ( ) Continued to ( ) Overruled

( ) Memorandum Opinion to Follow

( ) Order to follow