IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| STATE OF ILLINOIS, *et al.*, | ) | |
| | ) | |
| Movants, | ) | |
| | ) | |
| v. | ) | |
| | ) | 1:26-mc-19 (AJT-IDD) |
| U.S. DEPARTMENT OF HOMELAND SECURITY, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER**

Several states and the District of Columbia (collectively the Plaintiff States) have moved pursuant to Federal Rule of Civil Procedure 45 to quash an Administrative Subpoena that Respondent Department of Homeland Security ("DHS") served on the American Association of Motor Vehicle Administrators ("AAMVA"). [Doc. No. 1] (the "Motion").

On August 14, 2026, the Court, finding it would benefit from additional briefing on the Motion, issued an administrative stay, in which it granted the relief sought in Plaintiffs' Emergency Motion for Interim Stay Order Pending Decision on Motion to Quash. [Doc. No. 19]. Respondent opposes Plaintiffs' Motion to Quash, [Doc. No. 21], and the Court held a hearing on the Motion on August 20, 2026. Upon consideration of the briefing and the arguments of counsel at the hearing, and it appearing that issues raised in the Motion are related to unresolved issues and matters in *State of Illinois, et. al. v U.S. Dep't of Transp., et al.,* Civil Action 1:26-cv-2547, it is hereby

**ORDERED** that the administrative stay previously entered [Doc. No. 19] be, and the same hereby is, **VACATED**; and it is further

**ORDERED** that the Motion is held in abeyance and the time for the AAMVA to respond to the subpoena is **CONTINUED**, pending further order of the Court.

The Clerk is directed to forward copies of this Order to all counsel of record.

Alexandria, Virginia
August 20, 2026

/s/
Anthony J. Trenga
Senior United States District Judge