**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| STATE OF ILLINOIS, et al.,<br>*Movants*,<br>v.<br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br>*Respondent*. | No. 1:26-mc-00019-AJT-IDD |

**DECLARATION OF SERVICE VIA CERTIFIED MAIL**

I, Victoria Johnson, declare under penalty of perjury under the laws of the State of Washington and of the United States of America that I am a resident of the State of Washington, over the age of 18 years, and not a party to the above-entitled action. I am competent to be a witness herein.

On August 17, 2026, I caused copies of the following documents filed in the above-referenced matter:

1. Movant States' Motion to Quash Administrative Subpoena No. HIS-DC-2026-081167-001 (ECF No. 1);

2. Case Information Cover Sheet (ECF 1-1);

3. Proposed Order Granting Movant States' Motion to Quash Administrative Subpoena No. HIS-DC-2026-081167-001 (ECF 1-2);

4. Brief in Support of Movant States' Motion to Quash Subpoena (ECF 3);

5. Declaration of Katherine Roller (ECF 3-1);

6. Declaration of Kevin Duesterhaus (ECF 3-2);

7. Declaration of Marquis Miles (ECF 3-3);

8. Declaration of Kristin Triepke (ECF 3-4);

9. Declaration of Saundra M. Jack (ECF 3-5);

10. Declaration of Electra Theodorides-Bustle (ECF 3-6);

11. Declaration of Kelly O'Connel (ECF 3-7);

12. Declaration of Shanté A. Hastings (ECF 3-8);

13. Declaration of Toby Wakumoto (ECF 3-9);

14. Declaration of Steven Vasquezi (ECF 3-10);

15. Declaration of Christine Nizer (ECF 3-11);

16. Declaration of Shenna Bellows (ECF 3-12);

17. Declaration of Ryan Smith (ECF 3-13);

18. Declaration of Rosalie Johnson (ECF 3-14);

19. Declaration of Htet Hilt (ECF 3-15);

20. Declaration of K. Brunetti Ireland (ECF 3-16);

21. Declaration of Jasen Catalfamo (ECF 3-17);

22. Declaration of Linda Beuckens (ECF 3-18);

23. Declaration of Diosdado Arroyo (ECF 3-19);

24. Declaration of Brad Benfield (ECF 3-20);

25. Declaration of Kristina H. Boardman (ECF 3-21);

26. Index of Declarations in Support of Plaintiffs' Application for a Temporary Restraining Order (ECF 3-22);

27. Movant States' Emergency Motion for Interim Stay Order Pending Decision on Motion to Quash (ECF 4);

28. Proposed Order Granting Movant States' Emergency Motion for Interim Stay Order Pending Decision on Motion to Quash (ECF 4-1);

29. Brief in Support of Movant States' Emergency Motion for Interim Stay Order Pending Decision on Motion to Quash (ECF 5);

30. Notice of Hearing Date (ECF 6); and

31. Notice of Appearance of Counsel for Plaintiff Commonwealth of Virginia, Megan C. Keenan (ECF 8);

and on August 14, 2026, I caused copies of the following documents filed in the related civil matter Case No. 1:26-cv-02547-AJT-IDD also before this court:

1. Complaint (ECF No. 1);

2. Case Information Cover Sheet (ECF 1-1);

3. Exhibit 1 (ECF 1-2);

4. Exhibit 2 (ECF 1-3);

5. Exhibit 2A (ECF 1-4);

6. Exhibit 3 (ECF 1-5);

7. Exhibit 4 (ECF 1-6);

8. Exhibit 4A (ECF 1-7);

9. Exhibit 4B (ECF 1-8);

10. Exhibit 4C (ECF 1-9);

11. Exhibit 4D (ECF 1-10);

12. Exhibit 5 (ECF 1-11);

13. Exhibit 6 (ECF 1-12);

14. Plaintiff States' Emergency Motion for Temporary Restraining Order (ECF 2);

15. Proposed Order Granting Temporary Restraining Order (ECF 2-1);

16. Plaintiff States' Brief in Support of Motion for Temporary Restraining Order (ECF 3);

17. Declaration of Katherine Roller (ECF 3-1);

18. Declaration of Kevin Duesterhaus (ECF 3-2);

19. Declaration of Marquis Miles (ECF 3-3);

20. Declaration of Kristin Triepke (ECF 3-4);

21. Declaration of Saundra M. Jack (ECF 3-5);

22. Declaration of Electra Theodorides-Bustle (ECF 3-6);

23. Declaration of Kelly O'Connel (ECF 3-7);

24. Declaration of Shanté A. Hastings (ECF 3-8);

25. Declaration of Toby Wakumoto (ECF 3-9);

26. Declaration of Steven Vasquezi (ECF 3-10);

27. Declaration of Christine Nizer (ECF 3-11);

28. Declaration of Shenna Bellows (ECF 3-12);

29. Declaration of Ryan Smith (ECF 3-13);

30. Declaration of Rosalie Johnson (ECF 3-14);

31. Declaration of Htet Hilt (ECF 3-15);

32. Declaration of K. Brunetti Ireland (ECF 3-16);

33. Declaration of Jasen Catalfamo (ECF 3-17);

34. Declaration of Linda Beuckens (ECF 3-18);

35. Declaration of Diosdado Arroyo (ECF 3-19);

36. Declaration of Brad Benfield (ECF 3-20);

37. Declaration of Kristina H. Boardman (ECF 3-21);

38. Index of Declarations in Support of Plaintiffs' Application for a Temporary Restraining Order (ECF 3-22);

39. Plaintiff States' Notice of Hearing Date (ECF 4);

40. Notice of Appearance of Counsel for Plaintiff Commonwealth of Virginia, Megan C. Keenan (ECF 6); and

41. Summons for Defendants Department of Transportation, Secretary Sean Duffy, Federal Motor Carrier Safety Administration, Administrator Derek D. Barr, American Association of Motor Vehicle Administrators, and the United States Attorney's Office and the Department of Justice (ECF 26);

to be served via Certified Mail upon the Department of Homeland Security, the United States Attorney General, and the United States Attorney's Office at the addresses below:

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Civil - Process Clerk
United States Attorney's Office
Eastern District of Virginia
Justin W. Williams United States Attorney's Building
2100 Jamieson Ave
Alexandria, VA 22314

Office of the General Counsel
U.S. Department of Homeland Security
2707 Martin Luther King Jr. Ave SE
Washington, DC 20528–0485

Postmarked Certified Mail Receipts are attached hereto as Exhibits A and B.

I declare under penalty of perjury and the laws of the State of Washington and the United States that the foregoing is true and correct.

Dated this 19th day of August 2026.

Victoria Johnson

VICTORIA JOHNSON
Paralegal